```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| v. | : | |
| DONALD VAUGHN et al. | : | NO. 02-2688 |

<u>ORDER</u>

AND NOW, this 8th day of January, 2003, upon consideration of plaintiff's report that the parties have agreed to extend until January 27, 2003 the deadline for plaintiff's response to defendant Ralph Smith's motion to dismiss, it is hereby ORDERED that the parties' stipulation is APPROVED.

BY THE COURT:

_____
Stewart Dalzell, J.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

AUGUSTO SUAREZ : CIVIL ACTION
:
   v. :
:
JO ANNE B. BARNHART : NO. 01-6016

## JUDGMENT

AND NOW, this 7th day of January, 2003, the Court having this day (1) approved and adopted the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells, (2) granted defendant's motion for summary judgment, and (3) denied plaintiff's motion for summary judgment, in accordance with <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993) and <u>Kadelski v. Sullivan</u>, 30 F.3d 399 (3d Cir. 1994), it is hereby ORDERED that:

    1. JUDGMENT IS ENTERED in favor of defendant Jo Anne B. Barnhart and against plaintiff Augusto Suarez; and

    2. The Clerk of Court shall CLOSE this case statistically.

                                         BY THE COURT:

                                         _____
                                         Stewart Dalzell, J.