IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY            :          CIVIL ACTION
                              :
        v.                    :
                              :
DONALD VAUGHN et al.          :          NO. 02-2688

ORDER

        AND NOW, this 4th day of February, 2003, upon

consideration of defendants Donald T. Vaughn, Julie Knauer, and

John L. Thomas's unopposed motion for enlargement of time (docket

entry # 17), it is hereby ORDERED that:

        1.  Defendants' motion is GRANTED; and

        2.  Defendants shall RESPOND to the complaint by

February 17, 2003.

                              BY THE COURT:


                              _____
                              Stewart Dalzell, J.