```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY           :        CIVIL ACTION
                             :
        v.                   :
                             :
DONALD VAUGHN et al.         :        NO. 02-2688
```

## ORDER

AND NOW, this 28th day of February, 2003, upon consideration of plaintiff's unopposed motion for an enlargement of time to respond to defendant Ralph Smith, M.D.'s motion to dismiss the amended complaint (docket entry # 22), it is hereby ORDERED that:

    1.  Plaintiff's motion is GRANTED; and

    2.  Plaintiff shall RESPOND to the motion by March 7, 2003.

                                       BY THE COURT:


                                       _____
                                       Stewart Dalzell, J.