```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| v. | : | |
| DONALD VAUGHN et al. | : | NO. 02-2688 |

### ORDER

AND NOW, this 11th day of March, 2003, upon consideration of defendant Ralph W. Smith, M.D.'s motion to dismiss the amended complaint (docket entry # 20), and the Court finding that:

(a)  On February 28, 2003, we granted plaintiff's motion for an enlargement of time until March 7, 2003 to respond to the motion to dismiss; and

(b)  Plaintiff did not file a response by that date;

It is hereby ORDERED that:

1.  Defendant's motion to dismiss is GRANTED AS UNCONTESTED pursuant to Loc. R. Civ. P. 7.1(c); and

2.  All claims against defendant Ralph W. Smith, M.D. are DISMISSED.

BY THE COURT:

_____
Stewart Dalzell, J.