```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY            :        CIVIL ACTION
                              :
        v.                    :
                              :
DONALD VAUGHN et al.          :        NO. 02-2688
```

ORDER

AND NOW, this 11th day of March, 2003, upon consideration of defendant Ralph W. Smith, M.D.'s motion to dismiss the complaint (docket entry # 14), and the Court finding that:

    (a)  Plaintiff has filed an amended complaint; and

    (b)  Defendant has filed a motion to dismiss the amended complaint;

It is hereby ORDERED that defendant's motion to dismiss the original complaint is DENIED AS MOOT.

BY THE COURT:

_____
Stewart Dalzell, J.