```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| v. | : | |
| DONALD VAUGHN et al. | : | NO. 02-2688 |

<u>ORDER</u>

AND NOW, this 13th day of March, 2003, the Court finding that:

(a) On February 28, 2003, we granted plaintiff's motion for an enlargement of time until March 7, 2003 to respond to defendant Ralph Smith's motion to dismiss the amended complaint;

(b) On March 11, 2003, after the Clerk of Court confirmed that plaintiff had not filed a response to date, we granted defendant's motion as unopposed;

(c) Plaintiff subsequently reported to the Court that he had mailed a response (which was apparently never docketed) on Thursday, March 6, 2003 and that opposing counsel did not object to the reinstatement of claims against defendant and our consideration of the motion to dismiss on the merits;

It is hereby ORDERED that:

1. Our Order of March 11, 2003 (docket entry # 26) is VACATED; and

2. Pending resolution of defendant's motion to dismiss, all claims against defendant Ralph Smith are REINSTATED.

BY THE COURT:

_____
Stewart Dalzell, J.