UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7399

April 9, 2003

Angus R. Love, Esq.
Institutional Law Project
924 Cherry St., Ste. 523
Philadelphia, PA 19107

Edward C. Wright, Esq.
Office of the Attorney General
21 S. 12th St., 3rd Floor
Philadelphia, PA   19107-3603

Sean Robins, Esq.
Manor Professional Bldg.
7837 Old York Road
Elkins Park, PA 19027

      Re: C.A. No. 02-2688, Peay v. Vaughn, et al.

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at 3:30 p.m. on Monday, April 21, 2003, in his chambers.

      As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences.  You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter.  You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

                            Very truly yours,

                              Eileen Adler
                              Courtroom Deputy

ec
Enc.