IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY          :          CIVIL ACTION
                            :
        v.                  :
                            :
DONALD VAUGHN et al.        :          NO. 02-2688

ORDER

AND NOW, this 21st day of April, 2003, after a Rule 16 conference today, it is hereby ORDERED that:

1.  The parties shall endeavor to COMPLETE all discovery by June 6, 2003;

2.  On June 11, 2003, after conferring with opposing counsel, plaintiff's counsel shall PROVIDE the Court by fax (215-580-2156) with a list of two-day periods in the month of July for which all parties are available for trial; and

3.  Further scheduling shall abide the Court's consideration of plaintiff's report.


                        BY THE COURT:


                        _____
                        Stewart Dalzell, J.