```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY            :        CIVIL ACTION
                              :
        v.                    :
                              :
DONALD VAUGHN et al.          :        NO. 02-2688
```

ORDER

      AND NOW, this 1st day of May, 2003, upon consideration of defendants' motion for leave to depose plaintiff Stratton Neal Peay, Inmate No. DP-4246 (docket entry # 34), it is hereby ORDERED that:

      1.  The motion is GRANTED; and

      2.  The Pennsylvania Department of Corrections shall PERMIT defendants to take Peay's deposition in person, by telephone, or by video-conferencing, before June 6, 2003.

                              BY THE COURT:

                              _____
                              Stewart Dalzell, J.