```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

STRATTON NEAL PEAY         :         CIVIL ACTION
:
    v.                      :
:
DONALD VAUGHN et al.      :         NO. 02-2688

ORDER

        AND NOW, this 5th day of May, 2003, upon consideration of defendant Dr. Ralph Smith's motion for leave to depose plaintiff Stratton Neal Peay, Inmate No. DP-4246 (docket entry # 35), it is hereby ORDERED that:

        1.  The motion is GRANTED;

        2.  Dr. Smith shall COOPERATE with the other defendants in arranging a date for the deposition, see Order of May 1, 2003; and

        3.  The Pennsylvania Department of Corrections shall PERMIT Dr. Smith to take Peay's deposition in person, by telephone, or by video-conferencing, before June 6, 2003.

                                        BY THE COURT:

                                        _____
                                        Stewart Dalzell, J.