IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al., | : | |
| Defendants | : | NO. 02-2688 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Commonwealth defendants, Vaughn, Knauer

and Thomas, in the above captioned case.


D. MICHAEL FISHER
ATTORNEY GENERAL


BY: _Patrick J. McMonagle_
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone No. (215) 560-2933
Fax: (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al., | : | |
| Defendants | : | NO. 02-2688 |

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, hereby certify that a true and correct copy of the Entry of

Appearance was mailed on July 28, 2003, by first class mail, postage prepaid, to:

Stratton Neal Peay
Inmate DP-4246
SCI-Graterford
P.O. Box 244
Graterford, PA 19426-0244

Angus R. Love
Institutional Law Project
924 Cherry Street
Suite 523
Philadelphia, PA 19107

Alan S. Gold
Gold Butkovitz & Robins
Manor Professional Building
7837 Old York Road
Elkins Park, PA 19027

D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _____
Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone No. (215) 560-2933
Fax:  (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section