IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| DONALD VAUGHN, et al., | : | |
| Defendants | : | No. 02-2688 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance as counsel for defendants Vaughn, Knauer and Thomas in the above-referenced action.

                                              D. MICHAEL FISHER
                                              ATTORNEY GENERAL

BY: _____
                                  Edward C. Wright
                                  Deputy Attorney General
                                  Identification No. 67192

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2141