UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY,                          :
                                             :   CIVIL ACTION
          v.                                 :   NO. 02-2688
                                             :
SUPERINTENDENT DONALD VAUGHN,                :
JULIE KNAUER, RALPH W. SMITH,                :
SGT. THOMAS and CORRECTIONAL                 :
HEALTH CARE, INC.                            :

## ORDER

　　　AND NOW, this     day of          , 2003, upon consideration of the Motion for Summary Judgement, RALPH W. SMITH, M.D., it is hereby ORDERED that the Motion is GRANTED and judgment is entered in favor of Ralph W. Smith, M.D. on all claims set forth in the Amended Complaint of Stratton Neal Peay.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JACOB P. HART
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE