4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Peay Stratton
DP-4246
11-4-76
SCIG    (L)

Drug Allergies:    NKDA

Self-Medication Program ☐ Yes    ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 12-9-01 7°° | 20 B | Tylenol 325, TT PO q 8° PRN X 30 DAYS |
| | | Zantac 150, T PO BID X 30 DAYS |
| | | Schedule for Doctor Line this Week |
| | | noted 12/9/01 (L) 1250 ✓ ✓ ✓ ✓ |
| | | ANTHONY IACCARINO D.O. PHS PHYSICIAN |
| 12-18-01 8°° | 22 B | Schedule for Doctor Line within Next Week sens |
| | | ANTHONY IACCARINO D.O. PHS |
| | | noted 12/18/01 1305 ___ RN |

**PLEASE USE BALL POINT PEN ONLY**

# PHYSICIAN'S ORDERS

RECEIVED

DEC 1 7 2001

MEDICAL RECORDS DEPT
SCI GRATERFORD

Drug Allergies:

Self-Medication Program ☐ Yes      ☐ No

Patient Name: P E A Y
Patient Number: DP 4246
DOB: S
Institution: SCIG

(1)

| Date/<br>Military<br>Time | Prob<br># | DO NOT USE THIS SHEET<br>UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 12/14/01<br>1300 | | CHART UNAVAILABLE<br>Zantac 150mg po BID × 15 days<br><br>SAMUEL KOTOH, M.D.<br>PHYSICIAN |
| | | Noted 12/14/01 @ 1600 J Sweezon |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE USE BALL POINT PEN ONLY**

4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Name: Peay, Stratton

Inmate Number: DP 4246

DOB: 11-4-76

Institution: SCIG

Drug Allergies:

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 11/5/01 1105 | #18 | Obstruction series & UA consign / Abst test — Ralph Smith M.D. Physician   J.C. KORSZNIAK, PA-C   #6 053d |
| | | noted 11/5/01 1105 M Leniego RN |
| 11/16/01 1420 | #20 | Refer chronic disease clinic — SAMUEL KOTOH, M.I PHYSICIAN |
| | | noted 11/16/01 1430 M Leniego RN |
| 11/26/01 1010 | #21 | Pepto Bismol 20cc PO PRN & BID x 5d — Ralph Smith M.D. Physician   J.C. KORSZNIAK, PA-C |
| | | noted 11/26/01 1010 M Leniego RN |

**PLEASE USE BALL POINT PEN ONLY**

## PHYSICIAN'S ORDERS

Pesy Strattan,
DP4246
DOB: 11-4-76
SCJGRA

Ⓔ

Drug Allergies: NKA

Self-Medication Program ☐ Yes    ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9/24/01 1410 9.24.01 | #18 | ① MOM 30cc PO x 1 dose ② Mineral Oil 30cc PO x 1 dose  Poss / given |
| | | Noted 9/24/01 1410  Ralph Smith M.D. Physician  9.25.01 pen |
| Ⓔ 10/13/01 1120 | | Milk of Magnesia 30 cc po  dsp pass for 3pm today Colace 100mg Tpo sd x 1mo.  pass 72° given  SAMUEL KOTOH, M.D. PHYSICIAN  Noted A Gilligan - Rogers Rn 10-13-01  11.30 |
| 10/14/01 11/01 | #18 | ① Mineral Oil 30cc PO Now ② MOM 30cc PO Now ③ Metamucil 1 packets ē H₂O  Poss for 1315  T HS. x 30 d  Ralph Smith M.D. Physician  10.16.01 6cc  J.C. KORSZNIAK, PA-C  Noted 10/16/01 1100 M |

**PLEASE USE BALL POINT PEN ONLY**

4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Cray, Stratton
DP4246
11-4-74
SCI Gra

(D)

Drug Allergies: Ø

Self-Medication Program ☐ Yes   ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7/30/01 1570 | (13) | Sick Call |
| | | Pepto Bismol # tabs Po tid |
| | | Zantac 150mg Po BID } × 14 Days |
| | | Ampicillin 500mg Po BID |
| | | Metronidazole 500mg Po BID |
| | | RALPH W SMITH MD MEDICINE |
| | | Noted 7/30/01 1605 M Lewgood LPN |
| 8/24/01 1730 | B | Dispensary |
| | ① | ½ bottle PCRate MgTT Now  80ran 0.35 180 (free |
| | ② | Zantac 150 T Itd. |
| | ③ | Naprosyn B 75 BID |
| | ④ | Lab - UA ) Dg Insod (USC) Azler-Lynal 8-27-01 |
| | ⑤ | CHG Now soon free wn |
| | | DENNIS IACCARINO D.O. PHS PHYSICIAN |
| | | Noted 8/24/01 1800 B Bardsjon RN |
| 9/7/01 1120 | B | — Dispensary — |
| | ⑬ | — Dulcolax ⅔ # tabs Po stat given |
| | | — Return to Dispensary 9-11-01 @ 1030 |
| | | Pass given |
| | | RALPH W SMITH MD MEDICINE |

**PLEASE USE BALL POINT PEN ONLY**

# PHYSICIAN'S ORDERS

| | |
|---|---|
| Inmate Name: | Peay, Stratton |
| Inmate Number: | DP4246 |
| DOB: | 11-4-76 |
| Institution: | SCI G |

RECEIVED
JUN 1 8 2001
MEDICAL R...
SCI GR...

Drug Allergies: _____

Self-Medication Program ☐ Yes   ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 6/11/01 10:50 | 1 | Zantac 150, 1 BID x 2 weeks |
| | | A. Iaccarino |
| | | noted 6/11/01 1050 M. Levengood LPN |
| 6/28/01 1400 | 1 | ① Uppy GI ↗ Neg H pylori |
| | | M. Earbizar MD |
| | | noted 6/28/01 1400 M. Levengood LPN |
| 7/10/01 1040 | ⑬ | Sick Call      Guard on SC |
| | | — Amoxcillen 500mg ℞ BID x 7 Days |
| | | — Bentyl 10mg ℞ BID x 7 Days |
| | | RALPH W SMITH MD MEDICINE |
| | | noted 7/10/01 1040 M. Levengood LPN |

**PLEASE USE BALL POINT PEN ONLY**

# PHYSICIAN'S ORDERS

| | |
|---|---|
| Inmate Name: | Peay, Stratton |
| Inmate Number: | DP 4246 |
| DOB: | 11/4/76 |
| Institution: | SCI Gra |

Drug Allergies: Nuts, Nut Products.

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 6/8/01 0845 | #14 | X-ray L/S area Ralph Smith M.D. Physician 6-8-01 J.C. Korszniak, PA-C 1130 |
| | | Need A. Gilligan - Rogers RN 6-8-01 0900 |

PLEASE USE BALL POINT PEN ONLY

4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Inmate Name: _Peay Stratton_

Inmate Number: _DP 4546_

DOB: _11-4-76_

Institution: _SCIG_

Drug Allergies: _2 Nuts Nut Products_

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 1/8/01 10/8 | 12 | psych Consult - sent |
| | | noted 1/8/01 1022 M Levengood |
| 1/3/01 1035 1-31 | 8 | ① Penicillin 500g + TID X 7 days - given on S/C |
| | | Marc Jaffee, D.O. CPS Physician |
| | | noted 1/31/00 1040 M Levengood |
| 2/9/01 1055 | ⑧ | ① surgical clinic (rgt sided sebaceous cyst) entries to physician |
| | | Marc Jaffee, D.O. CPS Physician |
| | | noted 2/9/01 1057 M Levengood |
| 5/17/01 1030 | ⑬ | Sick Call — passport — MAG Citarro g + Bistro Po. - one Dose — Mextamucil g + PR / Day Po. X 2 wks |
| | | noted 5/17/01 1030 M Levengood RALPH HEATH MD |
| 6/1/01 | 4A | L - spine x-ray sent |
| | | CPS Physician |
| | | noted 6/1/01 ___ M Levengood |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Peay, Stratton
Inmate Number: DP-4246
DOB: 11-4-76
Institution: SCIG

Drug Allergies: ℞ Nuts, Nut Products

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 4/2/00 2130 | #9 | VTO Dr Beken (FB... DSS) — Emre Beken MD Medical Director 11/3/00 |
| | | ① Stop eating soe nuts |
| | | ② Benadryl 50 mg IO Stat given 2145 |
| | | ③ F/U SIC BRD |
| | | Noted 4/2/00 2145 @ FB... DSU |
| 11/3/00 | #9 | VTO DR. Beken / C Joudrey RNC |
| | | IM SoluMedrol 125 mg Stat given 2145 |
| | | ADM InF For 33° Obs. |
| | | DR Beken To eval in AM 11/3/00 — Emre Beken Medical Dir |
| 11/3/00 1100 9- | #A | zof D/C to block CBC, chem R, U/A — Emre Beken MD Medical Director |
| | | Noted Kartshtovska 11/3/00 1100 |
| 12/18/00 1038 | ⑪ | Cold Sety x 5d. given on S/C |
| | | DENNIS MOYER, M.D. |
| | | Noted 12/18/00 1039 M... RN |

**PLEASE USE BALL POINT PEN ONLY**

# PHYSICIAN'S ORDERS

8/01
OR
9/01

Ⓔ

Drug Allergies:

Patient Name: PETTY Strath
Inmate Number: DP4246
DOB: 11/4/72
Institution: SCIG

Ⓓ

Self-Medication Program ☐ Yes   ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 1/24/00 1525 | | ① RICE |
| | | ② Motrin 800mg PO TID X 5 days |
| | | WSorto 1520 1/24/00 |
| | | Morshim M MD |
| 4/26/00 4:30 PM | 5 | ① lotrimen cream applied BID X 10 days to scalp |
| | | Noted 4/26/00 0945 Marc Jaffee, D.O. MJ CPS Physician M Merb |
| 7/6/00 #7 1040 | | Amoxil 25mg ī po tid X 10d. cold pac up X 5d. |
| | | Richard Benoit, D.O. CPS Physician |
| Noted 7/6/00 1040 DB5K BMarsh | | |
| 10/25/00 11/10 AM | ⑧ | ① Keflex 50cg ī TID X 7 days |
| | | Marc Jaffee, D.O. MJ CPS Physician |
| | | Noted 10/25/00 1114 M Levens |

**PLEASE USE BALL POINT PEN ONLY**

4166-0268-.3c6 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Inmate Name: Peay, S

Inmate Number: DT 4246

DOB:

Institution: SCIV  (E) ERIC  SCIV

Drug Allergies:

Self-Medication Program ☐ Yes     ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET<br>UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9/3/99<br>0913 | ① | i) Bactrim DS ī PO Bid x 7 d<br><br>Noted 9/3/99 ___ 1400  N. Kulayiat, MD  Internal Medicine |
| 9/16/99<br>MD<br>ī | #A | Sick Call.<br>Motrin 600 mg PO TID x 7 days.<br>Amoxicillin 500 mg PO TID x 7 days<br>Emre Beken M.D.  CPS Physician<br>Noted 9/16/99 0915 ___ LBIC |
| 10/28/99<br>#2<br>1015 | | Keflex 500mg ī po tid X 10 d.<br>Richard Benoit, D.O.  CPS Physician<br>Noted 10/28/99 D70 ___ |
| 1/10/00<br>0957 | ③ | TAB ointment TID x 5d.<br>Noted 1/10/2000 1000  DENNIS MOYER, M.D. |

PLEASE USE BALL POINT PEN ONLY

4168-0208-7306 ©1997, Moore® All Rights Reserved - 0305m

# PHYSICIAN'S ORDERS

Inmate Name: Peay, Stratton

Inmate Number: DP4246

DOB: 11/4/76    E    D

Institution:

Drug Allergies: NKDA

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 12/24/98 | | ① Tagamet 1 tab PO BID x 2 wks (300 g) |
| | | ② Maalox 30 cc PO TID x 2 wks. |
| | | noted 1000 12/24/98 |
| | | Theresa _____ M. SALOMON |
| 4/19/99 1400 | | HIV testing |
| | | DENNIS MOYER, M.D. |
| | | noted 4/19/99 1400 BMark EBlk |
| 4/29/99 | #① | ① Flat abdomen x-ray ✓done |
| MD | | ② peptobismal 30 cc No prev (var) ✓done |
| | | ③ Follow up 1 wk |
| | | ④ Advise to cue back if any dizzy. |
| | | ⑤ Tagamet 800 g PO BID for 2 wks. |
| | | noted _____ Miguel Salomon, M.D. CPS Physician |
| | | 4/29/99 1324 Hrs — |
| | | E. Block |

## PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

| Inmate Name: | Peay, Stratton |
|---|---|
| Inmate Number: | DP 4246 |
| DOB: | 11/4/76 |
| Institution: | SCIG |

__NKDA__

Drug Allergies:

Self-Medication Program ☐ Yes    ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| | | Ⓡ Sick Call |
| 11.2.98 11⁰ | | Pass over for ear, throat. Cresteal 11/2/98 ... 0 d ... NKS Sick Call |
| 11/17.98 1030 | | consult Minor Surgery Clinic ... ... FNA lump at ... ... out ... of the ... for FNDS |
| 11.17.98 5²² | | Sick Call. Minor surgery consult Maalox 30 cc (roral 720 x same day Tylenol 500 mg PO BID x 5 d |
| | | noted J Matthys 11/17/98 13²⁰ " L " |
| 12/24/98 | | ① HIV test ② H. Pylorg + CBC ③ Stool culture & Stool prona & gainulle ④ x Ray of sacral area done ⑤ Follow up sick call 2 WKS |

noted 12/24/98 1110 ... M SALOMON

# CONSULTATION RECORD

| | | |
|---|---|---|
| **Part A:** Completed by referring facility: | **Type of Consult:** (Circle)   Initial   Follow-up   On-Site   Off-site   Telemedicine | |
| Referred to: <br> Barium enema | Referred by: <br> Hochric | Appt. Date/Time: |
| Specialty: | Drug Sensitivity: <br> NKDA | Copies of relevant health information attached: (circle) <br> Yes        No |

**Reason for Referral/History of Present Illness/Injury:**

Chronic constipation x 13 mo. Tried metamucil + colace s
success  Lactalose success c Mont integcinate  bc transplant
comes back. Had lapartomy in 1996 2° GSW. has midline scar.
X rays show constipation.

**Treatment to Date/Current Medications and Significant Medication History:**

Signature of Referring Physician    Date  9/11/02

| | |
|---|---|
| Reviewed by Medical Director: (Circle)      Approval      Disapproval | Forwarded to UR (Date): |
| Medical Director Signature:                             Date: | |

| UR Decision: (Circle)      Approval          Disapproval | Date: |
|---|---|

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**
(Revised: 1-01)

Inmate Name: Peay, Shaton

Inmate Number: DP4246

DOB: 11/4/76

Facility: GR

9/10
S7

# CONSULTATION RECORD

**Part A:** Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   (Off-site)   Telemedicine

Referred to: _GI_

Referred by: _A. Jaccarn_

Appt. Date/Time:

Specialty:

Drug Sensitivity: _NKDA_

Copies of relevant health information attached: (circle)   (Yes)   No

Reason for Referral/History of Present Illness/Injury:

Chron abd Pain > 1 year   obstruction Sem moderate Constul

Chronic Constipation > 1 year

Treatment to Date/Current Medications and Significant Medication History:

Bentyl

A. Jaccarn   8-4-02

Signature of Referring Physician    Date

Reviewed by Medical Director: (Circle)   Approval   (Disapproval)

Medical Director Signature: **RALPH SMITH, M.D.**  **MEDICAL DIRECTOR**   Date: _8/7/02_

Forwarded to UR (Date):

UR Decision: (Circle)   Approval   Disapproval   Date:

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

A3 Per DC 472

Ralph Smith M.D.
Physician    8/7/02

Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

Inmate Name: _PEAY, Stratton_

Inmate Number: _DP 4246_

DOB: _11-4-76_

Facility: _SCI Graterford_

MS
8.4.02
1130

*Block    Call*

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-site   Telemedicine | |
|---|---|---|
| Referred to: Gastroenterology | Referred by: A. Iaccanin | Appt. Date/Time: |
| Specialty: | Drug Sensitivity: NKDA | Copies of relevant health information attached: (circle)  (Yes)   No |

**Reason for Referral/History of Present Illness/Injury:**

Chronic abd Pain > 1 year    *obstructive Sevie Moderate Constipati*

Chronic Constipation > 1 year

Please evaluate for endoscopy and/or Colonoscopy

**Treatment to Date/Current Medications and Significant Medication History:**

Colace

ANTHONY IACCARINO D.O.
PHS PHYSICIAN

Signature of Referring Physician    Date    7-4-02

| Reviewed by Medical Director: (Circle)   Approval   Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature   RALPH W. SMITH, MD   MEDICAL DOCTOR   Date: | |

| UR Decision: (Circle)   Approval   Disapproval   Date: |
|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

RECEIVED

JUL 10 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

| **Consultation Record**<br>**Commonwealth of Pennsylvania**<br>**Department of Corrections**<br>**DC-441**<br>(Revised: 1-01)  | Inmate Name: PEAY, STRATTON | |
| Inmate Number: DP 4246 | | DH 7-4 1P00 |
| DOB: 11-4-76 | | |
| Facility: SCI Graterford | | |

RECEIVED
9/5/02
RC

## CONSULTATION RECORD

| | | |
|---|---|---|
| **Part A:** Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-site  Telemedicine | |
| Referred to: _Gastroenterology_ | Referred by: _A. Iaccarino_ | Appt. Date/Time: |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle) (Yes)  No |

Reason for Referral/History of Present Illness/Injury:

_obstruction series Neg_

_Chronic abd Pain > 1 year_
_Chronic constipation > 1 year_
_? etiology of abd Pain_
_No IBS_

Treatment to Date/Current Medications and Significant Medication History:

_Please evaluate for endoscopy_
_Mineral_       _and/or Colonoscopy_
_oil_

ANTHONY IACCARINO D.O.
PHS PHYSICIAN

Signature of Referring Physician    Date  6-12-02

| | |
|---|---|
| Reviewed by Medical Director: (Circle)    Approval    (Disapproval) | Forwarded to UR (Date): |
| Medical Director Signature: ___    RALPH W. SMITH, MD  MEDICAL DOCTOR    Date: 6/19/02 | |
| UR Decision: (Circle)    Approval    Disapproval    Date: | |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

RECEIVED

JUN 2 0 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

_As Per DC 472_

___ Ralph Smith M.D.  6-19-02
Physician

Signature of Medical Director Date/Time              Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**
(Revised

RECEIVED
10/10/02

| | |
|---|---|
| Inmate Name: _PEAY, Stratton_ | 6/12/02 |
| Inmate Number: _DP 4246_ | SM |
| DOB: _11-4-76_ | |
| Facility: _SCI 6_ | |

WHITE: Medical Record            CANARY: Consultant            PINK: Medical Record (Pending)

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-site  Telemedicine | |
|---|---|---|
| Referred to:  *Sigmoidoscopy* | Referred by:  *Dr. Joffe* | Appt. Date/Time: |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)  Yes    No |

**Reason for Referral/History of Present Illness/Injury:**

had been raped months ago (rectal bleeds, constipation and pain c̄ defecation)

**Treatment to Date/Current Medications and Significant Medication History:**

RECEIVED

APR 0 3 2002

MEDICAL RECORDS DEPT
SCI GRATERFORD

_Marie C. Joffe DO 3/27/_
Signature of Referring Physician      Date

| Reviewed by Medical Director:  (Circle)      Approval      (Disapproval) | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: _____  RALPH W. SMITH, MD  MEDICAL DOCTOR      Date: 3/28/02 | |

| UR Decision:  (Circle)      Approval | Disapproval | Date: |
|---|---|---|

**Part B:  To be completed by consulting Physician and returned with officer to the institution:**

Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**
(Revised: 1-01)

3/7/02

RECEIVED
3 28 02

| Inmate Name: | *Peay Stritton* |
|---|---|
| Inmate Number: | DP- 4546 |
| DOB: | 11-4-76 |
| Facility: | SCI G |

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial   Follow-up   On-Site   Off-site   Telemedicine |
|---|---|

| Referred to: _Sigmoidoscopy_ | Referred by: _Dr. Joffe_ | Appt. Date/Time: |
|---|---|---|
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)   Yes      No |

**Reason for Referral/History of Present Illness/Injury:**

had been raped months ago (rectal bleedn, constipation and pain c̄ defecation)

**Treatment to Date/Current Medications and Significant Medication History:**

_MarieC Joffe DO 3/7/_
Signature of Referring Physician          Date

| Reviewed by Medical Director: (Circle)       Approval     (Disapproval) | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: _(signature)_   RALPH W. SMITH, MD   MEDICAL DOCTOR   Date: 3 28 02 | |

| UR Decision: (Circle)       Approval | Disapproval | Date: |
|---|---|---|

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

| **Consultation Record**<br>**Commonwealth of Pennsylvania**<br>**Department of Corrections**<br>**DC-441**<br>(Revised: 1-01) | Inmate Name: _Peay Stratton_ |
|---|---|
| | Inmate Number: _DP - 0 4246_ |
| | DOB: _11-4-76_ |
| | Facility: _SCI G_ |

1/27/02
442
37802

## CONSULTATION RECORD

**Part A:** Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-site   Telemedicine

Referred to:

Gastroenterology

Specialty:

Referred by: Luis MARTINEZ, PAC

Drug Sensitivity: NKDA

Appt. Date/Time:

Copies of relevant health information attached: (circle)
Yes          No

Reason for Referral/History of Present Illness/Injury:

Chronic constipation

Treatment to Date/Current Medications and Significant Medication History:

Colace
Metamucil
Milk of Mag.
Dulcolax.

Signature of Referring Physician   Date: 3/15/02
Luis MARTINEZ

Reviewed by Medical Director: (Circle)          Approval          Disapproval

Medical Director Signature:

RALPH W. SMITH, MD
MEDICAL DOCTOR   Date: 3-18-02

Forwarded to UR (Date):

UR Decision: (Circle)          Approval          Disapproval          Date:

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

As Per DC 472

Ralph Smith M.D.
Physician

Signature of Medical Director Date/Time   3-18-02

Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised: 1-01)

Inmate Name: Peay, S.

Inmate Number: DP4246

DOB:

Facility: SCIG

(L)

RECEIVED

No._____

# CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [X] Initial  [ ] Follow-up | [X] On-Site  [ ] Off-Site |
|---|---|---|
| Referred to : *MSC* | Referred by: (physician name) *Dr. Jaffee* | Appt. Date: *7/2* |
| Specialty: | | Appt. Time: |

Drug Sensitivity: [X] No   [ ] Yes  (Specify)

Copies of lab and X-ray results attached?     Yes    (No)    If yes, specify:

Reason for Referral: *right sebaceous cyst (refractory to course of antibiotics)*

History of Injury/Problem:          Date of Onset: *X 1 year ("comes + goes")*

Treatment to Date/Current Medications and Significant Medication History:

Marc Jaffee, D.O.
CPS Physician
*1050* *2/9/01*
Signature of Referring Physician     Date

| [X] Approval | [ ] Disapproval | Medical Director Signature: | Date: *2/4/01* |
|---|---|---|---|
| Transmittal Date: | Transmitted By: | Emre Beken MD Medical Director | |
| Approval Date: | Approved By: | | |

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:
*Showed but not seen. JR - 3/12/01*
*4/9/01 - No show - JR*
*eval - remot resolving pre animior seb cyst that is nearly*
*resolved + doesn't need surgery @ this time*
*Dennis Moyer, M.D.*
*Surgical Clinic*
*Diney* *4/23/01* *15:30*
Signature of Consulting Physician     Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: *Pearl. Stratton*

Inmate Number: *D P 4246*

DOB: *11-4-76*

Institution: *S C I G*

WHITE: Medical Record     CANARY: Consultant     PINK: Medical Record (Pending)

No._____

## CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [X] Initial   [ ] Follow-up | [X] On-Site   [ ] Off-Site |
|---|---|---|

| Referred to : Psy | Referred by: (physician name) Dr Frayer | Appt. Date: |
| Specialty: | | Appt. Time: |

Drug Sensitivity: [X] No   [ ] Yes  (Specify)

Copies of lab and X-ray results attached?        Yes    (No)        If yes, specify:

Reason for Referral: ? Depression

History of Injury/Problem:        Date of Onset:
Claims he is Sening, emotionally depend'

Treatment to Date/Current Medications and Significant Medication History:
None
please eval. for tx

DENNIS MOYER M.D.    12/28/01
Signature of Referring Physician        Date

[X] Approval   [ ] Disapproval   Medical Director Signature                Date: 1/10/0

Transmittal Date:                Transmitted By:   Emre Beken MD
                                                    Medical Director

Approval Date:                Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:
Pt did NOT want to talk about anything.
He said "This is crazy" - He was
polite & smiling BUT was NOT going to
discuss anything - He said "I want
Now!" - Can I leave?
And he left.
                                                    1/19/01
                Signature of Consulting Physician        Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

RECEIVED
1-9-01
AB

Inmate Name: Peay, S
Inmate Number: DP-4246
DOB: 11-4-76
Institution: SCIG

No._____

## CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [ ] Initial   [ ] Follow-up   [ ] On-Site   [ ] Off-Site | |
|---|---|---|
| Referred to : *HIV testing* | Referred by: (physician name) *Dr Moyer* *Sick call* | Appt. Date: |
| Specialty: | | Appt. Time: |

Drug Sensitivity: [X] No   [ ] Yes  (Specify)

Copies of lab and X-ray results attached?     Yes   (No)   If yes, specify:

Reason for Referral: *Vague Complaint*

History of Injury/Problem:               Date of Onset:
*Relate vague G.I. Complaint*
*Agreed to be tested — See note 1/26/89*

Treatment to Date/Current Medications and Significant Medication History:
*None*

DENNIS MOYER, M.D.   *1401 4/19/99*
Signature of Referring Physician                Date

[X] Approval     [ ] Disapproval     Medical Director Signature: _____ *4-20-99*  Date:

Transmittal Date:                    Transmitted By:

Approval Date:                       Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:
*5-4-99   HIV pre-test counseling*
*consent signed —*
*Kelos drawn*
*M. Because...*

_____
Signature of Consulting Physician        Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: *Peary, Stratton*   *E B203*
Inmate Number: *DP4246*
DOB: *11-4-76*
Institution: *SCIG*

RECEIVED
MAY 07 1999
SCI GRATERFORD

**WHITE:** Medical Record          **CANARY:** Consultant          **PINK:** Medical Record (Pending)

No._____

# CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult:    [ ] Initial    [ ] Follow-up    [ ] On-Site    [ ] Off-Si |
|---|---|

| Referred to :  HIV clinic | Referred by: (physician name)  Dr Solomon | Appt. Date: |
| Specialty: | | Appt. Time: |

Drug Sensitivity:   [ ] No    [ ] Yes  (Specify)

Copies of lab and X-ray results attached?        Yes        No        If yes, specify:

Reason for Referral:

History of Injury/Problem:          Date of Onset:          22 Y WBM who had lost of weight
                    HIV test.          x patient,

Treatment to Date/Current Medications and Significant Medication History:

                    ___M. Hall___  12/24/8
                    Signature of Referring Physician        Date

| [ ] Approval     [ ] Disapproval     Medical Director Signature: | Date: |
| Transmittal Date:                    Transmitted By: | |
| Approval Date:                        Approved By: | |

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:   1/26/99  Inmate seen — given
                    education on HIV — ref. test
                    M. Beckelheue

                    _____
                    Signature of Consulting Physician        Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name:  Peay, Stratton

Inmate Number:  DP 4246

DOB:  11/4/76

Institution:  SCIG

RECEIVED
JAN 2 9 1999
MEDICAL RECORDS DEPT
SCI GRATERFORD

No._____

## CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [ ] Initial    [ ] Follow-up    [ ] On-Site    [ ] Off-Site |
|---|---|

| Referred to : *MJC.* | Referred by: (physician name) *Amre Beken M.D. CPS Physician* | Appt. Date: *12-8* |
|---|---|---|
| Specialty: | | Appt. Time: |

Drug Sensitivity: [ ] No   [ ] Yes  (Specify)

Copies of lab and X-ray results attached?      Yes      No      If yes, specify:

Reason for Referral:

History of Injury/Problem:                Date of Onset: Ⓡ

*35 70 Males Pmtt⊕ has small cyst at the ant. espect of the Ⓡ ear, please evaluate for removal.*

Treatment to Date/Current Medications and Significant Medication History:

Signature of Referring Physician    *11.17.8*    Date

[X] Approval    [ ] Disapproval    Medical Director Signature: *Baddick 11-20-9*    Date:

Transmittal Date:                Transmitted By:            Peter Baddick, D.O.
                                                            Medical Director

Approval Date:                Approved By:

| Part B: To be completed by consulting Physician and returned with officer to the institution: |
|---|

Diagnosis and Recommendations:

*Seb. Cyst at Ⓡ pre auricular area. Non inflamed. Re explain Re schedule for Next Clinic*

*12/17/98 - Re-evt now reveals No significant lesion for excision Disch.*
~~DENNIS MOYER, M.D.~~

Signature of Consulting Physician   DENNIS MOYER, M.D.   Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: *Stratton Peay*

Inmate Number: *OP 4246.*

DOB:

Institution: *SCI - Asha*

RECEIVED
DEC 2 1 1998
MEDICAL RECORDS DEPT
SCI GRATERFORD

WHITE: Medical Record          CANARY: Consultant          PINK: Medical Record (Pending)



**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED
JUL 1 3 2002
MEDICAL RECORDS DEPT.
SCI GRATERFORD

NAME: Peay, Stitte

NUMBER: DP 4246    QUARTERS:

X-RAY NUMBER    DATE OF X-RAY: 6-12-02    TECHNICIAN: BR

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

**Diagnostic Reports**

Name: ALEXACSMITH MD
MEDICAL DOCTOR
Date / Time: 6-17-02   3°
A            N      NCS

ANTHONY IACCARINO B.S.
PHYSICIAN

REPORT

ABDOMEN— Radiographs of the abdomen demonstrate moderate constipation. There is no evidence of obstruction or free air. There are no unusual calcifications or calculi. There are phleboliths in the pelvis bilaterally. A bullet is noted overlying the left femoral head.

IMPRESSION— Moderate constipation. No obstruction.

PETER G. GREGORY, M.D.            06-13-02   lag
DATE OF REPORT

ROENTGENOLOGIST

White—MEDICAL RECORD        Canary—X-RAY FILE        Pink—RADIOLOGIST FILE

---

RECEIVED

**DC-456**

# X-RAY REPORT

SEP 2 4 2002
MEDICAL RECORDS DEPT.
SCI GRATERFORD

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME: Peay

NUMBER: DP4246    QUARTERS: L-B1K

X-RAY NUMBER    DATE OF X-RAY: 9/5/02    TECHNICIAN: BB

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

**Diagnostic Reports**

Name:
Date / Time: 9/10/0
A            N      NCS

PHYSICIAN

REPORT

ABDOMEN— There are some unusual calcifications projecting over the left transverse process of L-2. This could be something within the GI tract but calcifications of the left renal gland cannot be excluded. Phleboliths are seen in the pelvis. Clinical correlation will be important. Bulla is seem projecting over the left femoral head with some sclerosis of the femoral head which maybe related to trauma and associated degenerative changes but without previous film this is difficult to determine.

ROMAS DOVYDAITIS, M.D.            09/06/02   lag
DATE OF REPORT

ROENTGENOLOGIST

White—MEDICAL RECORD        Canary—X-RAY FILE        Pink—RADIOLOGIST FILE

DC-456

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME _Peay_

NUMBER _DP 4246_

QUARTERS

X-RAY NUMBER

DATE OF X-RAY

TECHNICIAN

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

KUB   [_Dy per 519_]

S. _KOTO HM-D_

PHYSICIAN

REPORT

(_inmate refused_)

_DC 462 done_

DATE OF REPORT

ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

---

_4/25/02_

DC-456

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME _PEAY, S_

NUMBER _DP 4246_

QUARTERS _E-B1085_

X-RAY NUMBER

DATE OF X-RAY _5/3/02_

_Bea_ TECHNICIAN

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

_Obst. Series_

Diagnostic Reports
Name: _5/10/a_
Date / Time: _0921_
J.C. KORSZNIAK, PA-C

J.C. KORSZNIAK, PA-C

PHYSICIAN

REPORT OBSTRUCTION SERIES- Radiographs of the abdomen demonstrate moderate constipation. There is no evidence of intestinal obstruction, significant ileus or free air. There are no definite renal or ureteral calculi. There is no active disease in the chest.

IMPRESSION- Moderate constipation.

PETER G. GREGORY, M.D.
05-08-02   lag

DATE OF REPORT

RECEIVED

MAY 10 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

11/5/01

SCI-GRATERFORD

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
| **X-RAY REPORT** | DEPARTMENT OF CORRECTIONS |

NAME  *Peay, Stratton*    NUMBER *DP 4246*   QUARTERS *E B235*

X-RAY NUMBER          DATE OF X-RAY  11/9/01          TECHNICIAN

RECEIVED

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

NOV 2 6 2001

MEDICAL RECORDS DEPT.
SCI GRATERFORD

*Obstruction series to MD*
*Constipation / abstruction. H*
*of GSW to abdomen*

J.C. KORSZNIAK, PA-

PHYSICIAN

REPORT **OBSTRUCTION SERIES**- Radiographs of the abdomen demonstrate a normal intestinal gas pattern with no obstruction or free air. The bones are intact. Phleboliths are incidentally noted. There is a bullet overlying the left femoral head.

Diagnostic Reports
RALPH W SMITH, MD
MEDICAL DOCTOR

PETER G. GREGORY, M.D.    Name:
11-13-01   lag        Date / Time:  11-15-01   15:24

        A        N        NCS

ROENTGENOLOGIST

DATE OF REPORT

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

---

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
| **X-RAY REPORT**  SCI-GRATERFORD | DEPARTMENT OF CORRECTIONS |

NAME  *Peay, Stratton*    NUMBER *DP 4246*   QUARTERS

X-RAY NUMBER          DATE OF X-RAY  8/24/01          TECHNICIAN

RECEIVED

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

SEP 0 6 2001

MEDICAL RECORDS DEPT.
SCI GRATERFORD

*Flat Plate & Erect*
*H/O pain DP GSW*

DENNIS IACCARINO D.O.
PHS PHYSICIAN

PHYSICIAN

REPORT **ABDOMEN**- Radiographs of the abdomen demonstrate moderate constipation. There is no evidence of intestinal obstruction or free air. The bones are grossly intact.

**IMPRESSION**- Moderate constipation. A bullet is incidentally noted overlying the left hip.

RALPH W SMITH MD
MEDICINE

Diagnostic Reports

PETER G. GREGORY, M.D.    Name:
08-27-01   lag        Date / Time:  8-30-01  16:24

        A        N        NCS   ROENTGENOLOGIST

DATE OF REPORT

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

DC-456

# X-RAY REPORT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

| NAME | NUMBER DP4246 | QUARTERS |
| --- | --- | --- |

RECEIVED

| X-RAY NUMBER | DATE OF X-RAY 6/8/01 | TECHNICIAN |
| --- | --- | --- |

☐ TREATMENT  JUN 15 2001  ☐ EXAMINATION    DETAILS:

MEDICAL RECORDS DEPT.
SCI GRATERFORD

Sacrum / coccyx - pain / fell
*old tooraalso*

PHYSICIAN

REPORT
**SACRUM AND COCCYX-** The sacrum and coccyx are intact. There is a bullet projecting over the left femoral head region. There is somewhat increased density of the left femoral head but this is most likely unrelated to the presence of the bullet. Clinical correlation would be important.

Diagnostic Reports

ROMAS DOVYDAITIS, M.D.      Name: MDL 4
06-11-01  lag              Date / Time: 6-13-01 1600
          Ⓐ                    N    NCS

DATE OF REPORT                                      ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

---

SCI-GRATERFORD    6/28/01        9:00

DC-456

# X-RAY REPORT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

| NAME Peay, Stratton | NUMBER DP4246 | QUARTERS D-B2-17 |
| --- | --- | --- |

| X-RAY NUMBER | DATE OF X-RAY 7/3/01 | TECHNICIAN |
| --- | --- | --- |

RECEIVED

☐ TREATMENT  JUL 10 2001  ☐ EXAMINATION    DETAILS:

MEDICAL RECORDS DEPT.
SCI GRATERFORD

↑ GI — pain —

M.E.Akbar MD
PHYSICIAN

REPORT
**UPPER GI-** Single contrast Upper GI study performed without flouroscopy demonstrates the esophagus, stomach, duodenal bulb and proximal small bowel to be grossly normal. There is no evidence of obstruction, mass lesion or peptic ulcer disease.

**IMPRESSION-** Grossly normal examination.

Diagnostic Reports
RALPH W SMITH MD
MEDICINE
Name:
Date / Time: 7 Gas esoph

PETER G. GREGORY, M.D.
07-05-01  lag              Ⓐ         N      NCS

DATE OF REPORT                                      ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

DC-456

SCI-GRATERFORD

# X-RAY REPORT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

RECEIVED

NAME Peay, Stratton

X-RAY NUMBER

NUMBER DP4246

QUARTERS

DATE OF X-RAY 4/29/99

TECHNICIAN

☐ TREATMENT    ☒ EXAMINATION    DETAILS:

*feels sick

Flat Abdom. X Ray

abdominal pain x 24°

Miguel Salomon, M.D.
CPS Physician

PHYSICIAN

REPORT

ABDOMEN - There is a mild ileus gas pattern particularly in the right hemi abdomen, with no obstruction or free air. No significant calculi are seen. There is a bullet overlying the left femoral head.

Peter G. Gregory. M.D.
05/03/99 wls

Diagnostic Reports

Name: _____

Date/Time: _____

NM    NCS

Requires a DC-472 SOAP Note

A

DATE OF REPORT

ROENTGENOLOGIST

**White—MEDICAL RECORD**        **Canary—X-RAY FILE**        **Pink—RADIOLOGIST FILE**

---

6/1/01

DC-456

SCI-GRATERFORD

# X-RAY REPORT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

NAME Peay, Stratton

X-RAY NUMBER

NUMBER DP4246

QUARTERS

DATE OF X-RAY 6/1/01

TECHNICIAN

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

RECEIVED
JUN 12 2001
MEDICAL RECORDS DEPT.
SCI GRATERFORD

Tail bone x ray
AP and. lateral view.

M.D.
CPS Physician

PHYSICIAN

REPORT

COCCYX- Radiographs of the coccyx demonstrates no definite fracture or deformity. The visualized bones are intact and alignment of the sacral and coccygeal segment is grossly satisfactory.

PETER G. GREGORY, M.D.
06-06-01  lag

CPS Physician

Diagnostic Reports

Name: _____

Date / Time: 6/8/01

A

N    NCS

DATE OF REPORT

ROENTGENOLOGIST

**White—MEDICAL RECORD**        **Canary—X-RAY FILE**        **Pink—RADIOLOGIST FILE**

DC-456

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME  *Gray, Stratton*

X-RAY NUMBER

NUMBER  *DP-4246*    QUARTERS

DATE OF X-RAY  *4/27/98*

TECHNICIAN

☐ TREATMENT    ☑ EXAMINATION    DETAILS:

APR 30 1998
MEDICAL ___ PT.
SCI GRATERFORD

PHYSICIAN

REPORT
CHEST – EXAMINATION OF THE CHEST REVEALS CARDIO MEDIASTINAL SILHOUETTE NORMAL.  LUNG FIELDS ARE CLEAR.  DIAPHRAGMS AND COSTOPHRENIC ANGLES SHARP. BONEY STRUCTURES ARE NORMAL.

IMPRESSION:   NORMAL CHEST - NO ACTIVE DISEASE.

DOUGLAS W. PARRILLO, M.D.
04/28/98 WLS

Dr Peter Baddick, D.O.

KAREN PANCZAK, RN II
TB NURSE  *4.29.98*

DATE OF REPORT

Diagnostic Reports
Name:
Date:  *4-29-98*
A            N
A-Requires a DC 472 SOAP Note

ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

---

DC-456

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME  *Gray*

X-RAY NUMBER

NUMBER  *DP 4246*    QUARTERS  *E*

DATE OF X-RAY  *12-24-98*

TECHNICIAN

☐ TREATMENT    ☑ EXAMINATION    DETAILS:

X Ray of  Sacral area.

*no trauma*

*lump on sacrum*

*Salomon*

RECEIVED
DEC 31 1998
MEDICAL RECORDS DEPT
SCI GRATERFORD
*12/24/98*

PHYSICIAN

REPORT
SACRUM – Frontal and lateral radiographs of the sacrum demonstrates a bullet overlying the left hip which is seen to be anterior on the lateral radiograph.  The bones are intact with no evidence of fracture, deformity or bone destruction.

IMPRESSION:   Unremarkable sacrum.  A bullet over the left hip is again noted anteriorly.

Peter G. Gregory, M.D.
WLS

DATE OF REPORT

Diagnostic Reports
Name:
Date:
A
A-Requires a DC 472 SOAP Note

Peter Baddick, D.O.
Medical Director

ROENTGENOLOGIST

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

# PHYSICAL EXAMINATION

| | | |
|---|---|---|
| Exam Date: 9/21/0 Exam Time: 9:00PM | Type of Examination: _____ Initial: _____ Annual: _____ | |
| | Parole Violator: _____ Biennial: _____ Other: _____ | |

| Age: 25 | Sex: M | Height 5'8" | Weight: 177 | Pulse: | BP: | Temp: |
|---|---|---|---|---|---|---|

Next of Kin: Etta Peay    Phone Number: 215 879-6277

Address: 1740 N. Wilson St. Phila Pa 19137    mother

Allergies/Drug Sensitivities: NKDA

| Audiogram: | | | Visual Acuity: | | |
|---|---|---|---|---|---|
| Right: | Normal | Abnormal | Right: Uncorrected | / | Corrected To / |
| Left: | Normal | Abnormal | Left: Uncorrected | / | Corrected To / |

## Laboratory Tests (check if completed)

| check | | check | | check | | check | |
|---|---|---|---|---|---|---|---|
| | CBC with Differential | | STS | | Chest X-Ray | | Electrocardiogram |
| | Chemistry Profile | | PPD | | PAP Smear | ı | Mammogram |
| | Urinalysis | | Hemoccult | | Other: | | |

## Signature of Nurse Completing Top Portion:

Signature:

## Physical Examination

| | Normal | Abnormal | Abnormal Findings — Enter item number and describe in detail. Use reverse side if necessary |
|---|---|---|---|
| 1. Head, Face, Neck, Scalp | ✓ | | |
| 2. Noses/Sinuses | | | |
| 3. Mouth and Throat | | | |
| 4. Teeth | | | |
| 5. Ears | ✓ | | |
| 6. Eyes/Pupils | | | |
| 7. Fundoscopy | NOT ASSESSED | | |
| 8. Lungs and Chest | | | |
| 9. Heart | ✓ | | |
| 10. Vascular System | ✓ | | |
| 11. Abdomen | | | — Ⓧ Old Surgical Scar |
| 12. Anus & Rectum | NOT ASSESSED | | |
| 13. Prostate | | | |
| 14. Endocrine System | | ✓ | |
| 15. Genitalia | | | |
| 16. Extremities | | | |
| 17. Lymph Nodes | | | |
| 18. Feet | | | |
| 19. Musculoskeletal | ✓ | | |
| 20. Skin | | | |
| 21. Neurologic | | | |
| 22. Mental Status | NOT ASSESSED | | |
| 22. Other | | | |

Physical Examination
Commonwealth of Pennsylvania
Department of Corrections
DC-440

Revised 10/00

Inmate Name: Peay

Inmate Number: DP4246

DOB: 11-4-76

Facility: SCIG

**PHYSICAL EXAMINATION — CONTINUED**

| | Normal | Abnormal | Abnormal Findings — Enter item number and describe in detail. |
|---|---|---|---|
| 24. Female Only | | | |
| a.    Breast | | | |
| b.    Vagina | | | |
| c.    Cervix | | | |
| d.    Uterus | | | |
| e.    Adnexa | | | |

Remarks (Recommendations or referrals, treatment plan, etc.)

_Chronic Constipation_
_Psych Disorder_

_[signature]_     _FACCARINO_

Examiner's Signature        9/2?/02 8:00PM   Date/Time

**The Medical Clearance Form is also to be completed.**

# PHYSICAL EXAMINATION

| | |
|---|---|
| Exam Date: 4/17/00    Exam Time: 1000 | Type of Examination:    Initial ___    Annual ___<br>Parole Violator ___    Biennial X    Other ___ |

| | | | | | |
|---|---|---|---|---|---|
| Age: 23 | Sex: M | Height 5'8" | Weight: 177 | Pulse: 72 | BP: 130/80    Temp: |

Next of kin: Etta Peay    (mother)    Phone number: 215-879-6277

Address: 1740 N. Wilton ST. Phila 19131

| Audiogram | | Visual Acuity | | | |
|---|---|---|---|---|---|
| Right: | Normal    Abnormal | Right: | Uncorrected | 20 120 | Corrected to    / |
| | See Audiogram Testing | Left: | Uncorrected | 20 120 | Corrected to    / |
| Left: | Normal    Abnormal | | | | |

## LABORATORY TESTS (check if completed)

| check | | check | | check | | check | |
|---|---|---|---|---|---|---|---|
| | CBC with Differential | | STS | | Chest X-Ray | | Electrocardiogram |
| | Chemistry Profile | | PPD | | PAP Smear | | Mammogram |
| | Urinalysis | | Hemoccult | | Other: | | |

## PHYSICAL EXAMINATION

| | Normal | Abnormal | Abnormal Findings - Enter item number and describe in detail.<br>Use reverse side if necessary |
|---|---|---|---|
| 1. Head, Face, Neck, Scalp | ✓ | | |
| 2. Nose/Sinuses | ✓ | | |
| 3. Mouth and Throat | ✓ | | |
| 4. Teeth | | | |
| 5. Ears | | | |
| 6. Eyes/Pupils | ✓ | | |
| 7. Fundoscopy | ✓ | | |
| 8. Lungs and Chest | ✓ | | |
| 9. Heart | ✓ | | |
| 10. Vascular System | ✓ | | |
| 11. Abdomen | ✓ | | |
| 12. Anus and Rectum | ✓ | | |
| 13. Prostate | ✓ | | 20 cr |
| 14. Endocrine System | ✓ | | |
| 15. Genitalia | ✓ | | |
| 16. Extremities | ✓ | | |
| 17. Lymph Nodes | ✓ | | |
| 18. Feet | ✓ | | |
| 19. Musculoskeletal | ✓ | | midline surgical an |
| 20. Skin | | | |
| 21. Neurologic | ✓ | | |
| 22. Mental Status | ✓ | | |
| 23. Other | NA | | |

## UNDER 50 PHYSICAL

Physical Examination
Commonwealth of Pennsylvania
Department of Corrections
DC-440

Inmate Name: Peay, Stratton

Inmate Number: DP 4246

DOB: 11/4/76

Institution: SCI/GRATERFORD

PHYSICAL EXAMINATION - CONTINUED

| | Normal | Abnormal |
|---|---|---|
| 4. Female Only | | |
| Breast | | |
| b.  Vagina | | |
| c.  Cervix | | |
| d.  Uterus | | |
| e.  Adnexa | | |

Abnormal Findings - Enter item number and describe in detail.

① no acute process

Remarks (Recommendations or referrals, treatment plan, etc.)

_____  4/25/01  1035
Examiner's Signature          Date/Time

J.C. Korszniak, PA-C

**The Medical Clearance Form is also to be completed.**

# MEDICAL CLEARANCE FORM

**TYPE**
[ ]  Initial Classification          [ ]  Annual Physical          [ ]  Revision due to change in Health Status
[ ]  Parole Violator, CCC returns,   [X]  Biennial Physical        [ ]  Boot Camp Clearance
     returned escapees, ATA, HVA,
     with more than six months absence

**FOOD SERVICE**

[✓]  Is approved for food service.          [ ]  Is **not** approved for food service.

**MEDICAL CLEARANCE** (Please Check as appropriate:)

Is medically cleared without limitations for:  [X] Regular Housing   [X] Employment   [X] Activities   [ ] Boot Camp

Is medically cleared with the following limitations:

Housing: _____
_____
_____
_____

Employment: _____
_____
_____
_____
_____

Activities: _____
_____
_____
_____
_____

Other: _____
_____
_____
_____
_____

Is not medically cleared for:     [ ] Regular Housing     [ ] Employment     [ ] Activities     [ ] Boot Camp

_____4/25/00    1030
          Signature                              Date/Time

                                        C. Korszniak, PA-C

**WHITE** - Medical Records          **CANARY** - Inmate Employment Office          **PINK** - Activities

**Medical Clearance Form**          Inmate Name: Peay, Stratton
**Commonwealth of Pennsylvania**
**Department of Corrections**          Inmate Number: DP 4246
**DC - 480**
                                       DOB: 11/4/76

                                       Institution: SCI G

# PHYSICAL EXAMINATION

13

| Exam Date: 5/8/98  1 8 MAY 1998 | Exam Time: 1133 | Type of Examination: Parole Violator | Initial ___ Biennial ___ | Annual ___ Other ___ |

| Age: 21 | Sex: m | Height: 5'9½" | Weight: 172 | Pulse: 64 | BP: 100/66 | Temp: 97 2 |

Next of kin: EHA Conlover  (Mom)   Phone number: (215) 879-6278?

Address: 1740 N. Wilton St

| Audiogram Right: Normal Abnormal | SEE AUDIOGRAM TESTING | Visual Acuity Right: Uncorrected Left: Uncorrected | SEE TELEBINOCULAR TESTING Corrected to / Corrected to / |

## LABORATORY TESTS (check if completed)

| check | | check | | check | | check | |
|---|---|---|---|---|---|---|---|
| ✓ | CBC with Differential | ✓ | STS | ✓ | Chest X-Ray NAD | | Electrocardiogram |
| ✓ | Chemistry Profile | ✓ | PPD 0 0 mm | | PAP Smear | | Mammogram |
| ✓ | Urinalysis | | Hemoccult | | Other: | | |

## PHYSICAL EXAMINATION

| | Normal | Abnormal | Abnormal Findings - Enter item number and describe in detail. Use reverse side if necessary |
|---|---|---|---|
| 1. Head, Face, Neck, Scalp | ✓ | | |
| 2. Nose/Sinuses | ✓ | | |
| 3. Mouth and Throat | ✓ | | |
| 4. Teeth | | | |
| 5. Ears | | | |
| 6. Eyes/Pupils | | | |
| 7. Fundoscopy | deferred | | |
| 8. Lungs and Chest | ✓ | | |
| 9. Heart | ✓ | | |
| 10. Vascular System | | | |
| 11. Abdomen | | | |
| 12. Anus and Rectum | deferred | | |
| 13. Prostate | deferred | | |
| 14. Endocrine System | | | |
| 15. Genitalia | | | |
| 16. Extremities | | | |
| 17. Lymph Nodes | | | |
| 18. Feet | | | |
| 19. Musculoskeletal | | | |
| 20. Skin | | | |
| 21. Neurologic | | | |
| 22. Mental Status | NA | | |
| 23. Other | | | |

#11  tenderness RUQ, no hepatosplenomegaly

Scar mid abd old

Tattoo R upper arm R chest

**Physical Examination**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-440**

Inmate Name: Peay, Stratton

Inmate Number: DP4246

DOB: 11/4/76

Institution: SCI Camp Hill

## PHYSICAL EXAMINATION - CONTINUED

| | Normal | Abnormal |
|---|---|---|
| 24. Female Only | | |
| a. Breast | | |
| b. Vagina | | |
| c. Cervix | | |
| d. Uterus | | |
| e. Adnexa | | |

Abnormal Findings - Enter item number and describe in detail.

S/p abd explorato 2° GSW
@ segaboe.

Remarks (Recommendations or referrals, treatment plan, etc.)

Medically Cleared for Transfer

PHIL RICHARDSON, PA-C
PHYSICIAN ASSISTANT - WHS

12 MAY 1998

1439

_____        _____
Examiner's Signature                    Date/Time

**The Medical Clearance Form is also to be completed.**

# INPATIENT UNIT SUMMARY

| To be completed upon admission: |
|---|

**Date of Admission:** 9-20-02

**Provisional Diagnosis:**
S.I.

**Allergies:** NKDA

**Name and Address of Next of Kin:** Etta Peay
1740 N. Wilson St.
Phila, Pa
19131

**Relationship:** mother    **Phone Number:** 215 879- 6277

| To be completed upon discharge: |
|---|

**Date of Discharge:** 9/23/02

**Discharge Diagnosis:** S/A adm.

**Chief Complaint and History:**
Stomach pain
"... I have most likely colon cancer"

**Procedures/Operations performed during admission:**
POC 1:1

(Summary continues on reverse side)

**Inpatient Unit Summary**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 474**

**Inmate Name:** Peay

**Inmate Number:** DP 4246

**DOB:** 11-4-76

**Institution:** SCIG

## INPATIENT UNIT NURSING CARE PLAN

Admission Date **9/20/02** Discharge Date _____  Diagnosis **S.I**

Please remember that each entry must be signed.

| DATE | PROBLEM OR NURSING DIAGNOSIS | NURSING INTERVENTION | OBJECTIVE AND/OR EXPECTED OUTCOME | DATE RESOLVED/ CHANGED |
|---|---|---|---|---|
| 9/20/02 | Alteration Thought process. Potential for self harm | Provide safe environment 1:1 watch hard cell Medicate per drs orders Encourage verbalization stressors Encourage food & fluids | Inmate will remain free of harm mind in the morning | |

**Inmate Name:** Peay Stratton

**Inmate Number:** DP4246

**DOB:** 11-4-76

**Institution:** SCIG

**Inpatient Unit Nursing Care Plan**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-478**



| MO./DAY/YR. | 9/20/02 | | 9/21/02 | | 9/23/02 | | 9/24/02 | | 9/25/02 | | 9/20/02 | | 9/27/02 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| HOUR | | | | | | | | | | | | | | |

Pulse (Circle) / Temperature (Triangle)

| | 150 | |
| | 140 | |
| | 130 | 106 |
| | 120 | 105 |
| | 110 | 104 |
| | 100 | 103 |
| | 90 | 102 |
| | 80 | 101 |
| | 70 | 100 |
| | 60 | 99 |
| | 50 | 98 |
| | 40 | 97 |
| | 30 | 96 |

| | A.M. | P.M. | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Respirations | 20 | | | | | | | | | | | | | |
| Blood Pressure | 124/74 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Weight | | | | | | | | | | | | | | |
| Intake | | | | | | | | | | | | | | |
| Output | | | | | | | | | | | | | | |
| Initials AM | BM | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | |

**Inpatient Vital Signs Flow Sheet**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-475**

Inmate Name: Peay, Stratton

Inmate Number: DP4246

DOB: 11-4-76

Institution: SCIG

# INPATIENT UNIT SUMMARY

| To be completed upon admission: | |
|---|---|
| Date of Admission: | S I   8·20·02 |
| Provisional Diagnosis: | S I |
| Allergies: | NKDA |
| Name and Address of Next of Kin: | Etta Gray 1740 N. Wilton St. |
| Relationship: Mother | Phone Number: 215-879-6277 |

| To be completed upon discharge: | |
|---|---|
| Date of Discharge: | 08/21/02 |
| Discharge Diagnosis: | |
| Chief Complaint and History: | None |
| Procedures/Operations performed during admission: | 1:1 Infirmary |

(Summary continues on reverse side)

**Inpatient Unit Summary**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 474**

| | |
|---|---|
| Inmate Name: | Peay, S |
| Inmate Number: | DP 4246 |
| DOB: | 11·4·76 |
| Institution: | SCI - G |

INPATIENT UNIT NURSING CARE PLAN

Admission Date 8-20-02 _____ Discharge Date _____

Diagnosis J.J.

Please remember that each entry must be signed.

| DATE | PROBLEM OR NURSING DIAGNOSIS | NURSING INTERVENTION | OBJECTIVE AND/OR EXPECTED OUTCOME | DATE RESOLVED/ CHANGED |
|------|------------------------------|---------------------|----------------------------------|------------------------|
| 8-20-02 | ↑ Risk Self HARM | 1) Poc, 1:1<br>2) All Suicide Precautions,<br>     Finger Foods<br>3) Assess Q t° for AGITATION/<br>     ANXIETY<br>4) Quiet / THERAPEUTIC environment<br>5) THERAPEUTIC Listener<br>6) F/u c̄ Psych | | |

**Inpatient Unit Nursing Care Plan**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-478**

Inmate Name: Pratt, S

Inmate Number: DP 42-76

DOB: 11-7-76

Institution: SCI-G



**Inpatient Vital Signs Flow Sheet**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-475**

Inmate Name: Peat, S

Inmate Number: DP4 246

DOB: 11.4.76

Institution: Sci-6

# INPATIENT UNIT SUMMARY

| To be completed upon admission: | |
|---|---|
| Date of Admission: | 07/15/02 |
| Provisional Diagnosis: | Psycheatric |
| Allergies: | |
| Name and Address of Next of Kin: | Etta Peay (mother) 1740 N. Wilton St. Phila., Pa. 19131 |
| Relationship: | Phone Number: 215-879-6277 |

| To be completed upon discharge: | |
|---|---|
| Date of Discharge: | 07/16/02 |
| Discharge Diagnosis: | None V71.09 |

**Chief Complaint and History:** Pt stated he was suicidal because he wanted medical treatment. Claimed no bowel movement X 2 whs.

**Procedures/Operations performed during admission:**

as per medical

(Summary continues on reverse side)

**Inpatient Unit Summary**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 474**

Inmate Name: PEAY

Inmate Number: DP 4246

DOB:

Institution: SCI GRA

# INPATIENT UNIT NURSING CARE PLAN

Admission Date _____ Discharge Date _____ Diagnosis _____

Please remember that each entry must be signed.

| DATE | PROBLEM OR NURSING DIAGNOSIS | NURSING INTERVENTION | OBJECTIVE AND/OR EXPECTED OUTCOME | DATE RESOLVED/ CHANGED |
|------|------|------|------|------|
| 7/15/0 | Suicidal Ideation | 1. Placed in safe environment <br> 2. Strip cell, suicide vest and blanket, no mattress <br> 3. finger food <br> 4. 1:1 watch by security | Stability | |

Inmate Name: *PEAY*

Inmate Number: *DP 4246*

DOB:

Institution: *SCI GRA*

**Inpatient Unit Nursing Care Plan**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-478**

# INPATIENT UNIT SUMMARY

| To be completed upon admission: |
|---|

**Date of Admission:** 6-24-02

**Provisional Diagnosis:** S.I.

**Allergies:** NKDA

**Name and Address of Next of Kin:**
ETTA Peey
1740 N. Wilton St.
Phil 19131

**Relationship:** Mo    **Phone Number:** 215-879-6279

| To be completed upon discharge: |
|---|

**Date of Discharge:** 6/25/02

**Discharge Diagnosis:** S/A

**Chief Complaint and History:** none

**Procedures/Operations performed during admission:** poc 1:1 Infirmary

(Summary continues on reverse side)

**Inpatient Unit Summary**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 474**

**Inmate Name:** Peay, S

**Inmate Number:** DP 4246

**DOB:** 11.4.76

**Institution:** SciG

## DC14-RECEPTION PSYCHIATRIC/PSYCHOLOGICAL QUESTIONNAIRE/REFERRAL

DC# *DP4246*  NAME *Ray Stratton*  DATE *5/6/98*  TIME *12.15*

1. **Do you have any history of mental illness ?** _____
   *NO*

2. **Have you ever been treated for a nervous condition ?** _____
   *NO*

3. **Have you ever been examined or questioned by a psychologist or psychiatrist ?** _____
   *NO*

4. **Have you ever been hospitalized for a mental illlness ?  If yes, specify General or Mental Health Hospital.**
   *NO*

5. **Are you currently on any psychotropic or nerve medications ?  If yes, list meds.** _____
   *NO*

6. **Have you taken psychotropic or nerve medications in the past ?  If yes, list meds.** _____
   *NO*

7. **Have you ever attempted suicide, self-harm or self-mutilation ?** _____
   *NO*

**RECOMMENDATION/ REFERRAL:** _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signature of Medical or Psychology  Staff Completing Form

(White)--Medical Record    (Canary)-CDCC Psychology    (Pink)- Medical/Control Bubble

ALS/ejj/PSYREF/FORM  Revised  6/97

## INDIVIDUAL TREATMENT PLAN

| (1) Name | (2) DC# | (3) Assigned PSA |
|---|---|---|
| S. Peay | DP-4246 | B. Ladonne |

| (4) ICD Code | (5) GAF | (6) Assigned Psychiatrist |
|---|---|---|
| None | 80 | Dr. Kly astory |

(7) Date of Last Treatment Plan Review

| (8) Problems & Goals (Minimum of 2) | (9) Treatment Objectives (Observable & Measurable) | (10) Objectives Target Date |
|---|---|---|
| No indications of psychiatric psychological problems. Denies any emotional problems & said he was suicidal to RHU grads to get to Graterford get to discuss w/ psychs | Cleared for discharge from psychiatry Must be cleared by medical. | NONE |

| Treatment Modalities Check All That Apply | Projected Frequency & Duration of Treatment | | | | (11) Anticipated Length of Treatment |
|---|---|---|---|---|---|
| | Once/wk | Twice/wk | Every 2 Weeks | Once/Mo. | |
| (12) Individual | | | | | Up to 3 Mos. _____ |
| (13) Group | | | | | Up to 6 Mos. _____ |
| | | | | | More than 1 Year _____ |
| (14) Employment | | | | | |
| (15) Education | | | | | |
| (16) Other (Specify) | | | | | |

### Review/Updates

Review and Update Treatment Plan on a new form as follows:

1. Initial Review (to be completed within 14 days of admission).
2. SNU reviews a minimum of one every 120 days.
3. At the request of the Unit Manager.

RECEIVED

JUN 2 7 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

_____
(17) Client Signature/Date

_____         _____
(19) Counselor Signature              Date

Robert Ladonne 6/25/02   B. Murry M.D
_____   _____   _____
(18) Psychology Staff/Date        (20) Psychiatrist Signature/Date   (21) Unit Manager Signature/Date
Signature

13.8.1, Access to Mental Health Care Procedures Manual
Section 5 - Special Needs Unit                          Attachment 5-4

SUICIDE RISK INDICATORS CHECKLIST FOR RHU'S

INMATE NAME: _____Peay_____   DOC #: __DP 9296__

RHU Officer completing form (print): ___LT. I. SOLER___

Date: __6-3-02__          Time: __1200__

| | | |
|---|---|---|
| Y (N) | 1. | Escorting officer has information that inmate may be a suicidal risk. |
| Y (N) | 2. | Inmate is expressing suicidal thoughts / making threats to harm self. |
| (Y) N | 3. | Inmate shows signs of depression (crying, withdrawn, passive). Stressed |
| Y (N) | 4. | Inmate is acting / talking in a strange manner (hearing / seeing things that aren't there). |
| Y (N) | 5. | Inmate appears to be under the influence of drugs / alcohol. |
| Y (N) | 6. | Inmate has recent family change (e.g., death of child/spouse/parent or "Dear John Letter"). |
| Y (N) | 7. | Inmate has recent legal status change (e.g., parole violation or new detainer). |
| Y (N) | 8. | Inmate has been assaulted (physically or sexually) by another inmate. |
| Y (N) | 9. | Inmate shows anger, hostility, and threats. |
| Y (N) | 10. | Inmate appears anxious, afraid (pacing, wringing hands). |
| Y (N) | 11. | Inmate displays signs of self-neglect or abuse (e.g., poor hygiene or cuts and bruises). |
| (Y) N | 12. | Inmate states this is his / her first placement in RHU. |
| Y (N) | 13. | Inmate states that he / she is taking psychiatric medication. |

RECEIVED

MEDICAL RECORDS

Comments:

Instructions: The ranking CO present shall ensure that this form is completed when an inmate is brought to the RHU. The escorting officer will be asked (a) why the inmate is being brought in and (b) whether there is any information that the inmate may be self-destructive. The inmate will be asked (a) if this is his / her first time in the RHU, (b) if he / she has any special problems or needs of which staff should be aware, (c) if he / she is on any medication, and/or (d) whether he / she has any recent legal status changes (e.g., Parole violation, detainers). The officer will also note any special physical / behavioral characteristics (e.g., crying, poor hygiene, cuts & bruises) or if the inmate is uncooperative.

If any of items #1 through #7 are checked "Yes", the RHU officer shall immediately phone the following staff:

• Between 8:00 a.m. and 4:30 p.m., nursing and Chief Psychologist or MHC. Psychologist will immediately visit the RHU and review the checklist, assess the inmate, and discuss the case with RHU staff. Time of assessment will be recorded on form.

• After hours, or on weekends, the nursing staff and Shift Commander. Nurse will immediately visit RHU to review the checklist, assess the inmate, and discuss case with RHU staff. Time of assessment will be recorded on form.

• At any time the inmate appears in immediate danger of harming him / herself or somebody else, the RHU staff shall also contact the Shift Commander, as well as nursing staff and Chief Psychologist or MHC to request an immediate assessment.

If any of items #8 through #13 are checked, the form will be submitted to the nurse and / or psychologist the next time they visit the RHU, but within 24 hours. The nurse or psychologist will assess the inmate and note the date and time of assessment. The completed form will remain in the Cumulative Adjustment Record until reviewed by PRC. Copies to Medical Records and DC-14.

Clinical Staff Action: __Mr. Peay is denied of having MH problems and his concern is not getting enough medical treatment for his medical condition.__

Date: __6/5/02__          Time: __0940__

Name of Clinical staff (printed): __C. Joseph__          Title: __PSS.__

# EDICATION ADMINISTRATION RECORD

August 2002

| ...T01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

...old Set 6 I po TID — 08, 12

...8/02    8/02/02   20

Colace 100mg — 08
† po BID

/30/02    8/28/02   20

Bentyl 20mg — 08, 12
† po PRN  TID

/8/02    8/14/02   20

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR  08/01/02          THROUGH  08/31/02

...ysician                                      Telephone No.                    Medical Record No.

. Physician  PA Martinez                        Alt. Telephone

...ergies                                        Rehabilitative Potential

...gnosis

| ...caid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

...IENT  P...

| PATIENT CODE | ROOM NO. | BED | FACILITY CO... |
|---|---|---|---|
| NP4246 | SM | N | 9 AUT 19... |

# PROGRESS NOTES

[ ] Outpatient                                          [✓] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9/23/02 | | Ψ | PSYCHIATRIC OBSERVATION ( CH ). (S) "I HAVE A |
| | | | medical problem ē my bowels, ... I |
| | | | TOLD THEM I WAS SUICIDAL BECAUSE THEY |
| | | | ARE DENYING ME CARE." (O) MR PLAY |
| | | | PRESENTED IS SOMEWHAT PARANOID ("the Guards |
| | | | are TRYING TO KILL ME; They're putting stuff |
| | | | IN MY FOOD, and are blowing HARMFUL GAS |
| | | | though the VENTS".) and Delusional |
| | | | (A) It APPEARS THAT MR PLAY could BENEFIT |
| | | | FROM A REGIMEN of PSYCHOTROPIC MEDICATION |
| | | | (P) PSYCHIATRIST Discharged INMATE TO |
| | | | L BLOCK, As he FEELS MR PLAY IS |
| | | | MANIPULATIVE. |
| | | | COLIN OSBURNE PSS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED

SEP 2 5 2002

MEDICAL RECORDS DEPT
SCI GRATERFORD

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

Inmate Name: _PLAY_

Inmate Number: _#DP4246_

DOB:

Facility: _GRA_ 

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ADM to P.O.C.
F/U Ψ Mon
1/20/02

1:1 Security
Watch
1/20/02

Suicide Vest +
blanket +
Mattress on
Floor

1/20/02

F/U ō Medical
re Multiple
Somatic Complaints

9/20/02

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ADM  9.20.02
STARTING FOR  9.02        THROUGH

Physician   Smith

Physician   Klyshtorny

Allergies   Ø

Diagnosis   SI

**RECEIVED**
Dob 11.4.76

**SEP 2 5 2002**

Rehabilitation
Potential

Telephone No.

Alt. Telephone

Medical Record No.

MEDICAL RECORDS DEPT.
SCI GRATERFORD

Medicaid Number        Medicare Number        Complete Entries Checked:

By:                Title:            Date:

PATIENT   PEAY  St...            PATIENT CODE   ...    ROOM NO.   BED   FACILITY

# MEDICATION ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace 100mg PO
BID
7/28/02   7/28/02   18 / 20

Mag Citrate 1 bottle
today
7/3   7/7

Magnesium Citrate
8 oz PO
7/7/02   1 dose only

Cold Set #1 T PO
7/9/02   07/09/02   08 / 12

Colace 100mg
1 po BID
7/30/02   8/28/02   08 / 20

MEDICATIONS   HOUR
NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR   07/01/02   THROUGH   07/31/02

| Physician | Telephone No. | Medical Record No. |
|---|---|---|
| Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | |
|---|---|---|---|
| | | By: | Title: |
| | | | Date: |

PATIENT   PATIENT CODE   ROOM NO.   BED   FACILITY CO

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Colace 100mg caps PO Bid   7/28/02 | 08 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR  06/01/02  THROUGH  06/30/02

| | Telephone No. | Medical Record No. |
|---|---|---|
| Physician | | |
| Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | |
|---|---|---|---|---|---|
| | | By: | Title: | D 210 | Date: |
| PATIENT | | | PATIENT CODE | ROOM NO. D | BED D | FACILITY C |

# MEDICATION ADMINISTRATION RECORD

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| admit to infirmary q.15 min. watch /20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Suicide vest Suicide blanket /20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Finger food /20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperdol 50 mg IM or PO q4x PRN for agitation 8/20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F/U with psyc. J.M 8/21/02 8/20/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAG CITRATE - ½ bottle PO ₓ1 /1.02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUTHORIZATION FORM TO RETRIEVE ED RECORDS FROM H.U.P. (I/M ADMITS TO HAVING USED ALIAS) 1.02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Handwritten notes across rows: "D. Not Give. Questionable order, Call for PRN if indicated. MS" ; "REFUSED" ; "PENDING"

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| STARTING FOR | THROUGH | |
|---|---|---|
| Physician | Telephone No. | Medical Record No. |
| Physician | Alt. Telephone | |
| Allergies   NKDA | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: |
| | | By: |

| PATIENT   Peay, Stratton | PATIENT CODE   DP 4246 | ROOM NO.   G 7 | BED | FACILITY CODE |
|---|---|---|---|---|

Title:
Date:

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admit to hard cell 23° Dx: GI complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continue b/k meds | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AM – round by scheduled physician | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Heart Healthy Diet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 8-3-02    THROUGH 8-31-02

Physician Smith

Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies NKDA

Rehabilitative Potential

Diagnosis GI complaints

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT Peau Stratton

PATIENT CODE DPW2UL

ROOM NO. 2007

BED

FACILITY C 5C15

# EDICATION ADMINISTRATION RECORD

T01

| ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F/U in A.M. c̄ counselor /15/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stays cell suicide vest and blanket, no mattress or pillow /15/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Constant watch /15/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| finger food /15/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thorazine 50 mg q 30 min PRN for agitation max 6X/24 hours /15/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR                    THROUGH

sician

Physician  Choudrey

rgies

gnosis   NKDA

caid Number        Medicare Number        Complete Entries Checked:
                                          By:

IENT   Strotton

Telephone No.
Alt. Telephone
Rehabilitative Potential

RECEIVED
JUL 1 7 2002
MEDICAL RECORDS DEPT.
SCI GRATERFORD

Medical Record No.

Title:                Date:
PATIENT CODE    ROOM NO.    BED   FACILITY C

# EDICATION ADMINISTRATION RECORD

| CATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Colace 100m

Tpo BID

6/1/a            6/30/a      08 / 20

D/C

NOM 30 cc

1/4/02   HS    PRN 6/10/02   20

Mag Citrate T bottle          1200

6/02             6/6/02

Mag Citrate T bottle

6/9/02            6/9/02

Mineral oil 30cc po   08
                      QD

6/11/02           7/10/02

ARTING FOR     6/1/a     THROUGH     6/30/a

sician                          Telephone No.               Medical Record No.

Physician                       Alt. Telephone

rgies                           Rehabilitative
                                Potential

gnosis

caid Number     Medicare Number     Complete Entries Checked:
                                     By:                    Title:          Date:

ENT     Do au

**RECEIVED**

**JUL 1 0 2002**

MEDICAL RECORDS DEPT.
SCI GRATERFORD

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M.O.M. 30cc. PO HS PRN  1/22/02  5/8/02  20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dulcolax ꬳ PO BID  X3  5/16/02  5/18/02 | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | |
| SURFAK ꬳ PO BID  5/9/02  5/28/02 | | | | | | | | | 20 | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

STARTING FOR                     THROUGH    MAY    02

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | | Date: |

PATIENT  Peau

PATIENT CODE  DP424/6    ROOM NO.    BED  FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

03/01/2002

(GRAT-192) SCI GRATERFORD CORR.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| METRONIDAZOLE (FLAGYL) 500MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR 9 DAYS 2508414 IACCARINO, DO, ANTHONY, MD START - 02/21/2002  STOP - 03/02/2002 | 08 / 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg ÷ PO RD 3/6/02            3/8/02 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg ÷ po daily 3/5/02     3/18/02 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg po TID 3/7/02    3/12/02 | 08 12 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Metamucil ÷ pkg daily 3/7/02    3/22/02 | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR        03/01/2002        THROUGH        03/31/2002

| Physician | IACCARINO, DO, ANTHONY | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Physician | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | | Medicare Number | | Complete Entries Checked: | | | |
|---|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |

PATIENT CODE

ROOM NO.     BED   FACILITY C

PATIENT     GRAY, DANIEL STRATTON

# EDICATION ADMINISTRATION RECORD

/01/2002

(GRAT-192) SCI GRATERFORD CORR.

| T01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

CYCLOMINE (BENTYL) 20MG TAB
KE 1 TABLET(S) BY MOUTH  3 TIMES DAILY AS
IDED FOR 30 DAYS

: 2419101 IACCARINO,DO, ANTHONY , MD

RT - 01/08/2002     STOP - 02/06/2002

Metamucil  1 pack
@ H.S.

2-3-02        2-15-02   2000

old set up II P.O. Bid   0800
5 days

-10-02       2-15-02   2000

otrin 600mg  1 P.O. Bid   0800
5 days

-10-02       2-16-02   2000

Flagyl  5mg
1 P o B id
2/1/02       3h/w  0800
0800

| ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR        02/01/2002        THROUGH        02/28/2002

sician   IACCARINO, DO, ANTHONY

Physician

NO KNOWN DRUG ALLERGY
rgies

gnosis

| Telephone No. | | Medical Record No. |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

| caid Number | Medicare Number | Complete Entries Checked: | | Date: |
|---|---|---|---|---|
| | | By: | Title: | |

ENT

| PATIENT CODE | ROOM NO. | BED | FACILITY C |
|---|---|---|---|
| | | | GRAT- |

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOM 30 cc
PO q HS PRN
1/22/02          5/8/02 20

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| STARTING FOR | THROUGH April 02 | | |
|---|---|---|---|
| Physician | Telephone No. | Medical Record No. |
| Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: |
|---|---|---|

| | Title: | Date: |
|---|---|---|
| PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITY |

# EDICATION ADMINISTRATION RECORD

T01

| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Thorazine 200g
Q6 hr PRW agitation
x2#0    2010 B

Cdace 100mg B   08
B.D
24o2   7-24-02   20

Constant watch 1:1
Suicide vest.

Suicide blanket
finger food
tripped cell.

no matress.
no pillow.

f/up c̄ psych   8AM
6-25-02

| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ADM 6/24/02

ARTING FOR 6/02

sician   Smith

Physician

rgies   NKDA

gnosis   R/O SI   r/o delusional thinking

caid Number /    Medicare Number /    Complete Entries Checked:

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

THROUGH

Telephone No.

Alt. Telephone

Rehabilitative
Potential

By:

DOB 11.4.76

HX. GSW abd + LT leg.
Chronic constipation
Chronic abd pain

Title:

Date:

PATIENT CODE    ROOM NO.    BED / FACILITY

# MEDICATION ADMINISTRATION RECORD

/01/2002                                                    (GRAT-192  SC1 GRATERFORD CORR.

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ETAMINOPHEN (TYLENOL) 325MG TAB | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KE 2 TABLET(S) BY MOUTH  EVERY 8 HOURS AS | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDED FOR 30 DAYS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| : 2368460 IACCARINO,DO, ANTHONY , MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ART - 12/11/2001    STOP - 01/09/2002 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Zantac 150mg  po  BID | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| /25/01        1/7/02 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Colace 100mg  po  QD | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| /25/01        1/7/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Bentyl 20mg  po  TID  (PRN) | 08 / 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| /8/02        2/6/02 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

ARTING FOR        01/01/2002        THROUGH        01/31/2002

| sician IACCARINO,DO, ANTHONY | Telephone No. | Medical Record No. |
|---|---|---|
| Physician | Alt. Telephone | |
| rgies    NO KNOWN DRUG ALLERGY | Rehabilitative Potential | |

gnosis

| caid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

ENT

| | PATIENT CODE | ROOM NO. | BED | FACILITY C |
|---|---|---|---|---|
| | DR4246 | | | GRAT-1 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ‖‖ po q 8° prn | 08 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/11/01    1/9/02 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac ī po BID | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/11/01    7/2/02 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150 mg ī po BID | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/25/01    1/7/02 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100 mg ī po QD | 08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12/25/01    1/7/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | | |
|---|---|---|---|---|
| STARTING FOR 12/1/01 | THROUGH 12/31/01 | Telephone No. | | Medical Record No. |
| Physician | | Alt. Telephone | | |
| Physician | | Rehabilitative Potential | | |
| Allergies | | | | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | |
| PATIENT | | | Title: PATIENT CODE | Date: ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

/02/2001                                                    (GRAT-192) SCI GRATERFORD CORR.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CUSATE SOD (COLACE) (CARDS) 100MG CAP
KE 1 CAPSULE(S) BY MOUTH   DAILY FOR 30
YS
:   2234378 KOTOH, MD, SAMUEL , MD        *self*
ART - 10/16/2001      STOP - 11/14/2001

YLLIUM INST(HYDROCI-METAMU) 5.85GM PKT
SSOLVE 2 PACKET(S) IN LIQUID & DRINK  AT
DTIME FOR 30 DAYS                       *Med*
:   2243689 HOVICK, MD, , MD
ART - 10/18/2001      STOP - 11/16/2001

PEPTO BISMOL 20cc
po BID PRN

1/27/01                    12/1/01

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 11/01/2001 | THROUGH | 11/30/2001 | | |
|---|---|---|---|---|---|
| Physician | HOVICK, MD, | | Telephone No. | | Medical Record No. |
| . Physician | | | Alt. Telephone | | |
| ergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |
| agnosis | | | | | |
| edicaid Number | Medicare Number | | Complete Entries Checked: | | |
| | | | By: | Title: | Date: |

| | PATIENT CODE | ROOM NO. | BED | FACILITY |
|---|---|---|---|---|
| ATIENT | | E | | GRAT- |

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Docusate Sod (Colace)
100 mg ‡ Cap
/4/01   PO x 30 days  11/14/01

Milk of Magnesia
30 cc
10/13/01

no treatment  pr         Self
"" PK HS x30⁰        med
-18-01      11-16-01

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | THROUGH | October 31,01 | |
|---|---|---|---|
| cian | | Telephone No. | Medical Record No. |
| hysician | | Alt. Telephone | |
| ies | | Rehabilitative Potential | |
| osis | | | |
| aid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

8/01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1 Ampicillin 500 T.B.d 8/14 | | | | | 28 tab | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/1 Zantac 50 T.B.d 8/14 | | | | | 28 tab | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/1 Glagyl 500 T B.d 8/14 | | | | | 28 tab | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/1 Pepto Bismol z tab Tid 8/14 | | | | | 84 tab | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/24 Zantac 150 T HS 9/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/24 Naproxen 375 T B.d 9/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| STARTING FOR | THROUGH | | |
|---|---|---|---|
| ...cian | | Telephone No. | Medical Record No. |
| ...Physician | | Alt. Telephone | |
| ...gies | | Rehabilitative Potential | |
| ...osis | | | |
| ...aid Number | Medicare Number | Complete Entries Checked: | |
| | | By: | Title: | Date: |

...ENT  Poam-    DP 43.40    | PATIENT CODE | ROOM NO. | BED | FACILITY

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bentyl 10mg cap    08
Tcap PO BID
/11/01          7/17/01   20

Ampicillin 500mg   08
PO BID            Given on Sick Call
/11/01          7/17/01   20

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

RTING FOR                    THROUGH

| | |
|---|---|
| cian | Telephone No. |
| hysician | Alt. Telephone |
| ies | Rehabilitative Potential |
| osis | |
| aid Number | Medicare Number | Complete Entries Checked: |

Medical Record No.

By:                Title:              Date:

NT   PCau

PATIENT CODE    ROOM NO.    BED   FACILITY COD

# MEDICATION ADMINISTRATION RECORD



Zantac 150 mg po
BID x 140                    Se/S

-12                          6-25 med

STARTING FOR ___6-01___ THROUGH

Physician *Taccerino*

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Allergies *Sff*

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked:
By:

Title:

Date:

PATIENT    *Roau*

PATIENT CODE   *D24346*

ROOM NO.   *D*

BED

FACILITY   *SC17*

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

# MEDICATION ADMINISTRATION RECORD

CT01

5/1

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tis Detoned
+ pork OP 5/31

#14 packets gr on 5/30

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| STARTING FOR | | THROUGH | | |
|---|---|---|---|---|
| Physician | | Telephone No. | | Medical Record No. |
| . Physician | | Alt. Telephone | | |
| ergies | | Rehabilitative Potential | | |
| gnosis | | | | |
| dicaid Number | Medicare Number | Complete Entries Checked: | | |
| | | By: | Title: | Date: |
| TIENT   Peay   DP 4246 | | | PATIENT CODE   D | ROOM NO.   BED   FACILITY C |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ct. of Mag
ī bottle.

5-17-01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

STARTING FOR ___May 01___ THROUGH

Physician ___Smith___

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: ___ Title: ___ Date: ___

PATIENT ___PEAY___

PATIENT CODE ___DP4246.___

ROOM NO.

BED

FACILITY CO

# MEDICATION ADMINISTRATION RECORD

DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Penicillin 500mg ĩ PO TID x 7 Days Given on s/c 1/31/01    2/6/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| STARTING FOR 2/1/01 | THROUGH 2/28/01 | | |
| Physician | | Telephone No. | Medical Record No. |
| . Physician | | Alt. Telephone | |
| allergies NUT, NUT PRODUCTS | | Rehabilitative Potential | |
| diagnosis | | | |
| edicaid Number | Medicare Number | Complete Entries Checked: | |
| | | By: | |
| | | Title: | Date: |
| PATIENT PEGY. STRATTON | | PATIENT CODE DP 4246 | ROOM NO. D | BED | FACILITY CO |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg i cap TID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DT01

self  2/caps S. Rolf 10/27

0.26.00    11.06.00

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STARTING FOR    THROUGH    OCT 2000

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | | |

Title:    Date:

PATIENT    P. cann

PATIENT CODE    DP 4246    ROOM NO. 0    BED    FACILITY CO    26 0

# MEDICATION ADMINISTRATION RECORD

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 M STAT
Solu Medrol
125 mg
1/2/00        9/2/00

RECEIVED
NOV 0 5 2000
GRATERFORD T.

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR  NOV 00        THROUGH                11/4/76

| Physician | Beken | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|
| Physician | | | Alt. Telephone | | |

Allergies  ? Nuts, Nut Products
Rehabilitative Potential

Diagnosis  c/c ? Allergic reaction

| Medicaid Number | Medicare Number | | Complete Entries Checked: | | |
|---|---|---|---|---|---|
| | | | By: | Title: | Date: |

PATIENT  PEAY, Stratton

PATIENT CODE  DP4242    ROOM NO.    BED  FACILITY  SCI

# EDICATION ADMINISTRATION RECORD

DT01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 250mg 7-7 TID 7-16 Kap | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CSU 7 X5day 5day ctnr given Kap | | given S/C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| ARTING FOR | 7-1-00 | THROUGH | 7-31-00 | | |
|---|---|---|---|---|---|
| sician | | | Telephone No. | | Medical Record No. |
| Physician | | | Alt. Telephone | | |
| rgies | | | Rehabilitative Potential | | |
| gnosis | | | | | |

| caid Number | Medicare Number | Complete Entries Checked: | |
|---|---|---|---|
| | | By: | Title: |
| | | | Date: |

| IENT | PATIENT CODE | ROOM NO. | BED | FACILITY COD |
|---|---|---|---|---|
| Peau | 084246 | D | | SC16 |

PRINTED    FACILITY    BLOCK E    D/C DATE    HOUR

MO 5    YR 00    PAGE

Lotrimin Cream
BID
to discontinued

5/6    KOP

4/07

Numbers row: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW)

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

DIAGNOSIS:

ALLERGIES:

DIET:

PHYSICIAN:

PATIENT NO.

PATIENT:

PAGE

PRINTED

FACILITY: SCIG

D/C DATE

BLOCK: E

HOUR

MO 4    YR 00

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lotrimin Cream
BID    SG    Kgp

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIAL WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES.
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW):

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:

DIET:

PATIENT NO.

PATIENT    Pead

PRINTED | FACILITY | | PAGE

P">SC16    BLOCK: E

MO / YR / 00

| D/C DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Neosporin oint
1-16    FID
1-15 /app

Met-in 800mg
1-29    +0
1-29 /app

1/1/00  X  G. Roy

@ANY 1-26-00  gru

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:                 DIET:

PATIENT
Peon                 PATIENT NO.   N 001246

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW):

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

PRINTED | FACILITY **SC16** | BLOCK **E** | D/C DATE | HOUR | PAGE | MO **10** YR **99**

| Medication | D/C DATE | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|---|
| Keflex 500 mg T.D  10-29 | 11-7 | pg | X.B. Busby |

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:

DIET:

PATIENT: Peay

PATIENT NO.: DP 4246

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS, REASON GIVEN AND RESULTS SHOULD BE NOTED
   ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW):

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT



PRINTED 9/4/99

FACILITY SCIGt

BLOCK L

| | D/C DATE | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|---|
| Bactrim DS ī PO BID x 7days | 9/10/99 | 08 | |
| | | 20 | |
| 9/3/99 Motrin 600mg ī tab PO TID | 9/23/99 | 08 | |
| | | 12 | |
| | | 20 | |
| 9/16/99 Amoxicillin 500mg cap ī cap PO TID | 9/23/99 | 08 | |
| | | 12 | |
| 9/16/99 | | 20 | |

MO 9    YR 99

PAGE

DIAGNOSIS:

ALLERGIES:

PHYSICIAN: Kulayrtct

PATIENT Perv. S

DIET:

PATIENT NO.    DP 4211.

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW)

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT

4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LE
6. THIGH (QUADRICEPS) RI

PRINTED ___   FACILITY ___   D/C DATE ___   HOUR ___   BLOCK E   MO 5   YR 99   PAGE

Tagamet 800m bid   513 4p

4-08

5/7/99 Dr. Peay

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSES NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW):

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

DIAGNOSIS:
ALLERGIES:
PHYSICIAN:
DIET:
PATIENT NO.   DPH 2 41
PATIENT   Peay

PAGE

FACILITY: SCIG

BLOCK: E

MO: 4  YR: 99

PRINTED

| PRINTED | D/C DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tagamet 800mg
BID

4-29   5-13   pop

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW)

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGH

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:

PATIENT: Penn    PATIENT NO.    DIET:

D P4346

PAGE

PRINTED   FACILITY   SCI 9   BLOCK E   MO 1   YR 99

| DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

D/C DATE

Tagamet 300mg
ī BID
12/24   1/7   KOP

Maalox 30cc
TID
12/24   1/7   KOP

DIAGNOSIS:
ALLERGIES:
PHYSICIAN:
DIET:

PATIENT NO.   DP 4246
PATIENT   P. ...

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSE'S NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) RIGHT
2. BUTTOCKS (GLUTEUS) LEFT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

PRINTED | FACILITY **SCIG**

| D/C DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TAGAMET 300mg
T'G BID
12/24    1/7    06
                 20

MAALOX
30cc q TID
12/24    1/7    08
                 12
                 20

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSES NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED
   ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW):

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT          4. ARM (DELTOID) RIGHT
2. BUTTOCKS (GLUTEUS) RIGHT         5. THIGH (QUADRICEPS) LEFT
3. ARM (DELTOID) LEFT               6. THIGH (QUADRICEPS) RIGHT

DIAGNOSIS:

ALLERGIES:

PHYSICIAN: **DEAY**

PATIENT    PATIENT NO.



DIAGNOSIS:

ALLERGIES:

PHYSICIAN:

PATIENT:

DIET:

PATIENT NO.

A. PUT INITIAL IN APPROPRIATE BOX WHEN MEDICATION GIVEN.
B. CIRCLE INITIALS WHEN MEDICATION REFUSED.
C. STATE REASON FOR REFUSAL ON NURSES NOTES
D. PRN MEDICATIONS: REASON GIVEN AND RESULTS SHOULD BE NOTED ON NURSE'S PRN NOTES.
E. INDICATE SITE OF INJECTION WITH APPROPRIATE NUMBER (SEE BELOW)

INJECTION SITE NUMBERS
1. BUTTOCKS (GLUTEUS) LEFT
2. BUTTOCKS (GLUTEUS) RIGHT
3. ARM (DELTOID) LEFT
4. ARM (DELTOID) RIGHT
5. THIGH (QUADRICEPS) LEFT
6. THIGH (QUADRICEPS) RIGHT

| | HOUR | STOP DATE |
|---|---|---|
| May 9Y | | |
| Bactrim daily x 7d | 5 / 7 / 7 | 4/2 /94 |
| 5/27/94 | | |
| Amoxicillin 500 TID x 10d | 5 / 7 / 7 | 6/4 /94 |
| 5/27/94 | | |
| Dimetapp ī po BID x 5d | 5 / c / 7 | 5/3/94 |
| 5/27/94 | | |

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE

| | |
|---|---|
| ALLERGY | NKDA |
| DIAGNOSIS | |
| PHYSICIAN NAME | Lee ky |
| FACILITY NAME | 5 CI C |
| PATIENT NAME | PEA9    Strg Hen |

| SECTION | A |
|---|---|
| PHYSICIAN PHONE NO. | |
| ROOM NO. | |
| PATIENT NO. | DP 4246 |

# INTER-INSTITUTIONAL MEDICAL RECORD TRANSFER CHECKLIST

From SCI: _Camp Hill_ to SCI: _Graterford_

Date of Transfer: _8/21/98_

| Required Contents | Sending Facility | Receiving Facility |
|---|---|---|
| 1. Intake Screening Form or Reception Summary | ✓ | ✓ |
| 2A. Current PPD and TB Summary Sheet | ✓ | ✓ |
| 2B. Computer Data Entry Complete | ✓ | ✓ By |
| 3. Dental Record | ✓ | ✓ |
| 4. History and Physical Exam | ✓ | ✓ |
| 5. Integrated Psych Records/SNU Records | ✓ | ✓ |
| 6. Laboratory Exams: CBC, Diff, STS, U/A, Sickle Cell, HIV, Culture Reports | ✓ | ✓ |
| 7. Diagnostic Reports: audio/visual, MRI, ultrasound, bone scan, etc. | ✓ | ✓ |
| 8. Consultation Reports on-site and off-site | Na | NA |
| 9. All Xrays: Reports and films | ✓ | ✓ |
| 10. EKG Baseline: If older than 40 or history of heart problems | Na | NA |
| 11. All Progress Notes/Physician Orders | ✓ | ✓ |
| 12. Inpatient Unit Records/Special Unit Records | Na | NA |
| 13. Community Hospitalization/Emergency Room Records | Na | NA |
| 14. MARS (old) | ✓ | ✓ |
| 15. I.D. Card | Na | NA |
| 16. Medications | Na | NA |

Make sure loose filing is retrieved from all appropriate locations. (i.e. infirmary, repository, mail, etc...)

Comments: _____

_Sharon Madden MRA 8/19/98_     _Pauline Zamoski ART 8-24-98_
A.R.T. or Designee Sending Facility     Date     A.R.T. or Designee Receiving Facility     Date

WHITE - Receiving institution under miscellaneous     CANARY - Sending institution file copy

**Inter-institutional Medical Record**
**Tranfer Checklist**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-485**

Inmate Name: _Peay Stratton_

Inmate Number: _DP 4246_

DOB: _11-4-76_

Institution: _CH_

| NURSING TRANSFER CHECKLIST | YES | NO |
|---|---|---|
| 1.  Does the inmate have active TB disease? | | ✓ |
| 2.  Does the TB Summary need to be completed?  (If yes, complete 2a - 2d) | | ✓ |
|     a. Is the inmate a past positive? (circle one)  Yes  (No)  b. If yes, was INH therapy started?  Yes  No | ▨ | ▨ |
|     c. Date of last chest x-ray? _4-27-98_  d. Result?  Positive  (Negative) | ▨ | ▨ |
| 2.  Is the inmate in medical isolation? | | 2 |
| 3.  RPR?  Positive  (Negative)  If positive, does the inmate need to be cleared through the ICN? | | ✓ |
| 4.  Does the record indicate an unstable, uncontrolled or acute condition which needs to be resolved or identified? | | |
| 5.  Does the inmate have an acute or unresolved infection? | | |
| 6.  Does the inmate have a pending consultation? (Look for both the Consultation Record Form and a note in progress notes) | | ✓ |
| 7.  Is the inmate in the process of receiving dental surgical procedures or dentures? | | ✓ |
| 8.  Is there any indication that the inmate is in need of immediate surgery or is the inmate undergoing post- surgical care? | | ✓ |
| 9.  Has the physician or PA determined that the inmate is not physically able to travel? | | ✓ |
| 10. Has the inmate had a serious accident or overdose in the last 24 hours? | | ✓ |
| 11. Has the inmate been housed in the Infirmary, Psychiatric Observation Cell or Mental Health Unit within the past 7 days? | | ✓ |
| 12. Does the record indicate evidence of clinical signs/symptoms of serious mental illness? | | ✓ |
| 13. Are there any missing consults, lab work or x-rays?  (ordered but not on chart) | | ✓ |
| 14. Is there any lab work, x-rays, consultation report, test results without a physician's signature/initials? | | ✓ |

Circle current chronic medical problems:  Seizure   Asthma   Diabetes   HTN   HIV   TB prophylaxis   Neuroleptics

**If there are any checkmarks in the YES column,
the chart MUST be reviewed with the physician for determination of hold status.**

Comments: _____

_____

Reviewed with the physician?   Yes   (No)

_R. Lindsay RN_  _8-18-98_
Sending Facility Nurse Signature                Date/Time _1325_

_____
Receiving Facility Nurse Signature                Date/Time

**Nursing Transfer Checklist
Commonwealth of Pennsylvania
Department of Corrections
DC-491**

Inmate Name: _Peay, STRATTON_

Inmate Number: _DP-4246_

DOB: _11-04-1976_

Institution: _SCI-Camp Hill_

| NURSING TRANSFER CHECKLIST | YES | NO |
|---|---|---|
| 1.  Does the inmate have active TB disease? | | ✓ |
| 2.  Does the TB Summary need to be completed?  (If yes, complete 2a - 2d) | | ✓ |
|      a.  Is the inmate a  past positive? (circle one) Yes  No      b.  If yes, was INH therapy started?  Yes   No | ///////// | ///////// |
|      c.  Date of last chest  x-ray?  2/27/99      d.  Result?     Positive     Negative | ///////// | ///////// |
| 3.  Is the inmate in medical isolation? | | |
| 4.  RPR?   Positive     Negative     If positive, does the inmate need to be cleared through the ICN? | | N/A |
| 5.  Does the record indicate an unstable, uncontrolled or acute condition which needs to be resolved or identified? | | ✓ |
| 6.  Does the inmate have an acute or unresolved infection? | | ✓ |
| 7.  Does the inmate have a  pending consultation?  (Look for both the Consultation Record Form and a note in progress notes) | | ✓ |
| 8.  Is the inmate in the process of receiving dental surgical procedures or dentures? | | ✓ |
| 9.  Is there any indication that the inmate is in need of immediate surgery or is the inmate undergoing post-surgical care? | | ✓ |
| 10.  Has the physician or PA determined that the inmate is not physically able to travel? | | |
| 11.  Has the inmate had a serious accident or overdose in the lasts 24 hours? | | ✓ |
| 12.  Has the inmate been housed in the Infirmary, Psychiatric Observation Cell or Mental Health Unit  within the past 7 days? | | ✓ |
| 13.  Does the record indicate evidence of clinical signs/symptoms of serious mental illness? | | ✓ |
| 14.  Are there any missing consults, lab work or x-rays?  (ordered but not on chart) | | ✓ |
| 15.  Is there any lab work, x-rays, consultation report, test results without a physician's signature initials? | | ✓ |
| 16.  Is there any labwork, x-rays, consultation report, test results which require follow-up? | | ✓ |
| 17.  Is inmate a dialysis patient? | | ✓ |
| 18.  Have dialysis arrangements been made at receiving institution? | | ✓ |
| 19.  Date of Last Dialysis Treatment: | ///////// | ///////// |

Circle current chronic medical problems:    Seizure    Asthma    Diabetes    HTN    HIV    TB prophylaxis    Neuroleptics

**If there are any checkmarks in the YES column,
the chart MUST be reviewed with the physician for determination of hold status.**

Comments: _Cleared      for     Transfer_____

_____

Reviewed with the physician?      Yes      (No)      _Surgeon_   5/4/99   1338
                                              Nurse Signature     Date     Time

Physician/PA Name: _____

| | |
|---|---|
| **Nursing Transfer Checklist**<br>**Commonwealth of Pennsylvania**<br>**Department of Corrections**<br>**DC-** | Inmate Name:  _Peay, Stratton_<br><br>Inmate Number:  _DP 4246_<br><br>DOB:<br><br>Institution: |

# INTER-INSTITUTIONAL MEDICAL RECORD TRANSFER CHECKLIST

From SCI: __GRATERFORD_____ to SCI: __CDCC/CAMP HILL_____

Date of Transfer: __5-6-98_____

| Required Contents | Sending Facility | Receiving Facility |
|---|---|---|
| 1. Intake Screening Form or Reception Summary | ✓ | ✓ |
| 2. History and Physical Exam | NA | Na |
| 3. Laboratory Exams: CBC, Diff, STS, U/A, Sickle Cell, HIV, Culture Reports | NA | Na |
| 4. EKG Baseline: If older than 40 or history of heart problems | NA | Na |
| 5A. Current PPD and TB Summary Sheet | ✓ | ✓ |
| 5B. Computer Data Entry Complete | ✓ | ✓ |
| 6. Dental Record | NA | Na |
| 7. All Xrays: Reports and films | ✓ | ✓ |
| 8. Inpatient Unit Records/Special Unit Records | NA | Na |
| 9. Community Hospitalization/Emergency Room Records | NA | Na |
| 10. Diagnostic Reports: audio/visual, MRI, ultrasound, bone scan, etc. | NA | Na |
| 11. Consultation Reports: on-site and off-site | NA | Na |
| 12. All Progress Notes/Physician Orders | ✓ | ✓ |
| 13. Integrated Psych Records/SNU Records | NA | Na |
| 14. MARS (old) | NA | Na |
| 15. I.D. Card | NA | Na |
| 16. Medications | NA | Na |

Make sure loose filing is retrieved from all appropriate locations. (i.e. infirmary, repository, mail, etc...)

Comments: _____

_Pauline Zamorski Alt_  5-4-98          _B Kent MRA_  5/6/98
A.R.T. or Designee Sending Facility   Date          A.R.T. or Designee Receiving Facility   Date

Original - receiving institution under miscellaneous          Copy - Sending institution file copy

---

Inter-institutional Medical Record
Transfer Checklist
Commonwealth of Pennsylvania
Department of Corrections
DC-485

| | |
|---|---|
| Inmate Name: | _Peay, Stratton_ |
| Inmate Number: | _DP 4246_ |
| DOB: | |
| Institution: | SCI-Graterford |

# TRANSFER HEALTH INFORMATION

Sending Facility: PICC                              Date: 4-24-98        Time: 6³⁰ AM

Receiving Facility: SCIG                    Date of Transfer 4-24-98

Allergies/Drug Sensitivities: NKDA

Current Acute Health Problems: None

Chronic Health Problems None

Current Medications (Name, Dosage, Frequency, Duration, Route): None

Other Treatment: N/A

Follow-up Care Needed: None

Other Significant Medical History: None

Restrictions (Dietary, Housing, Employment): None

Pending Specialty Referrals (Appointment date if available): None

Physical Disabilities / Limitations: No

Assistive Devices / Prosthetics: None                    Eyeglasses: ☐ Yes  ☐ No

## MENTAL HEALTH HISTORY:

Substance Abuse: ☐ Yes  ☒ No  Specify: _____

☐ History of Suicide Attempt:    Date of last attempt: _____

☐ History of Psychotropic Medication    Specify: _____

## TB INFORMATION

Date of last PPD 12-3-97    Result: ☒ Negative  ☐ Positive mm: _____

Date of last chest x-ray _____    Result: _____

☐ History of TB prophylasix: Medication _____ Start Date _____ Stop Date _____

☐ History of treatment for TB disease: Medication _____

Start Date _____    Stop Date _____

RPR 12-3-97 Non-Reactive     Kathryn Weber RN     4-24-98
                             Nurse Signature, Title           Date

**Transfer Health Information**

Inmate Name: Peay, Stratton

Inmate Number: 9621466/760822

DOB: 11-4-76

Institution: PICC

PHS-THI-PHIL

Case 2:02-cv-03830-SD    Document 45-6    Filed 06/15/2005    Page 98 of 153

ID:  #STAT#010909103757

D.O.B.: 11-4-76
Loc: 1

DP4246

Peay, Strattan

09/09/01 10:37:57

Sinus rhythm
*** report made without knowing patient's sex or age ***

Normal ECG

* Unconfirmed Analysis *

| | |
|---|---|
| Vent. Rate: | 63 bpm |
| P Duration: | 74 ms |
| QRS Duration: | 80 ms |
| PR Interval: | 110 ms |
| QT Interval: | 386 ms |
| QTc Interval: | 389 ms |
| QT Dispersion: | 24 ms |
| P-R-T AXIS: | -16°  76°  17° |

RECEIVED

SEP 10 2001

DENNIS IACCARINO D.O
PHS PHYSICIAN

Normal  9/10/01

MEDICAL RECORDS DEPT
S.C.I. GREATERFORD

S.C.I.-GREATERFORD

25 mm/s
STAPLE  40 Hz



RECEIVED

AUG 2 7 2001

MEDICAL RECORDS DEPT
SCI GREATERFORD

*** report made without knowing patient's sex or age ***

Normal ECG    * Unconfirmed Analysis *

Diagnosis: _____
Name: Ralph Restum, M.D.
         Physician
Date/Time: _____
         A          NCS

| | |
|---|---|
| Vent. Rate: | 69 bpm |
| P Duration: | 100 ms |
| QRS Duration: | 74 ms |
| PR Interval: | 132 ms |
| QT Interval: | 398 ms |
| QTc Interval: | 412 ms |
| QT Dispersion: | 38 ms |
| P-R-T AXIS: 10° | 85°  23° |

ID:
*STAT#0108241541114
D.O.B.: 
Loc: 1

Peavy Stretten
OP 4246

25 mm/s
STABLE 40 Hz

S.C.I. GREATERFORD

L: 10 mm/mV
C: 10 mm/mV

# MEDICAL CLEARANCE FORM

**TYPE**

[M] Initial Classification     [ ] Annual Physical     [ ] Revision due to change in Health Status

[ ] Parole, Violator, CCC returns,     [ ] Biennial Physical     [ ] Boot Camp Clearance
    returned escapees, ATA, HVA,
    with more than six months absence

**FOOD SERVICE**

[M] Is approved for food service.     [ ] Is **not** approved for food service.

**MEDICAL CLEARANCE** (Please Check as appropriate:)

Is medically cleared without limitations for:   [M] Regular Housing   [M] Employment.   [M] Activities

Is medically cleared with the following limitations:

Housing: _____

_____

_____

_____

Employment: _____

_____

_____

_____

Activities: _____

_____

_____

Other: _____

_____

_____

_____

Is not medically cleared for:     [ ] Regular Housing     [ ] Employment     [ ] Activities

PHIL RICHARDSON, PA-C
PHYSICIAN ASSISTANT - WHS     (PA)   12 MAY 1998   // 38
_____   _____
         Signature               Date/Time

Original - Medical Records     Copy - Inmate Employment Office     Copy - Activities Copy - Other

**Medical Clearance Form**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 480**

Inmate Name: *Peay, Stratton*

Inmate Number: *DP4246*

DOB: *11/4/76*

Institution: *Sci Camp Hill*

*LO*

# INDIVIDUAL TREATMENT PLAN

| (1) Name  S. Peay | (2) DC#  DP-4246 | (3) Assigned PSA  B. Lachance |
|---|---|---|
| (4) ICD Code  301.9 | (5) GAF  65 | (6) Assigned Psychiatrist  Dr. Hennighan |
| (7) Date of Last Treatment Plan Review | | |

| (8) Problems & Goals (Minimum of 2) | (9) Treatment Objectives (Observable & Measurable) | (10) Objectives Target Date |
|---|---|---|
| "I am suicidal because I am not getting proper medical treatment and I want to prove my innocence" | Help Mr. Peay to talk about his feelings and make connections between his desires & his inappropriate behaviors & to problem solve more effectively | ongoing |
| Increase statement of accepting responsibility of behavior | Confront client when making blame statement of failing to take responsibility for actions | ongoing |

| Treatment Modalities Check All That Apply | Projected Frequency & Duration of Treatment | | | | (11) Anticipated Length of Treatment |
|---|---|---|---|---|---|
| | Once/ wk | Twice/ wk | Every 2 Weeks | Once/Mo. | |
| (12) Individual | | | | | Up to 3 Mos. _____ |
| (13) Group | | | | | Up to 6 Mos. _____ |
| | | | | | More than 1 Year _____ |
| (14) Employment | | | | | |
| (15) Education | | | | | |
| (16) Other (Specify) | | | | | |

## Review/Updates

Review and Update Treatment Plan on a new form as follows:

1. Initial Review (to be completed within 14 days of admission).
2. SNU reviews a minimum of one every 120 days.
3. At the request of the Unit Manager.

**RECEIVED**
**AUG 21 2002**
MEDICAL RECORDS DE
SCI GRATERFORD

*Inmate said suicide so no signer*

| (17) Client Signature/Date | (19) Counselor Signature              Date |
|---|---|

| (18) Psychology Staff/Date  Robin Salone 8/21/02  Signature | (20) Psychiatrist Signature/Date  Violet D. Hennighan MD  08/21/02 | (21) Unit Manager Signature/Date |
|---|---|---|

*13.8.1, Access to Mental Health Care Procedures Manual*
*Section 5 - Special Needs Unit*                    *Attachment 5-A*

**Observation Monitoring Form**

Date 7-15-02    Inmate Name PEA___    DC# DP4A4

| 0600 - 1400 | 1400 - 2200 | 2200 - 0600 |
|---|---|---|
| 6:00 | 2:00 | 10:00  10,12 |
| 6:15 | 2:15 | 10:15  10,6 |
| 6:30 | 2:30 | 10:30  10,6 |
| 6:45 | 2:45 | 10:45  10,12 |
| 7:00 | 3:00 | 11:00  10,12 |
| 7:15 | 3:15 | 11:15  10,12 |
| 7:30 | 3:30 | 11:30  10,12 |
| 7:45 | 3:45 | 11:45  10,12 |
| 8:00 | 4:00 | 12:00  10,12 |
| 8:15 | 4:15 | 12:15  10,12 |
| 8:30 | 4:30 | 12:30  10,12 |
| 8:45 | 4:45 | 12:45  10,12 |
| 9:00 | 5:00 | 1:00  10,12 |
| 9:15 | 5:15 | 1:15  10,12 |
| 9:30 | 5:30 | 1:30  10,12 |
| 9:45 | 5:45 | 1:45  10,12 |
| 10:00 | 6:00 | 2:00  10,12 |
| 10:15 | 6:15 | 2:15  10,12 |
| 10:30 | 6:30 | 2:30  10,12 |
| 10:45 | 6:45 | 2:45  10,12 |
| 11:00 | 7:00 | 3:00  10,12 |
| 11:15 | 7:15 | 3:15  10,12 |
| 11:30 | 7:30 | 3:30  10,12 |
| 11:45 | 7:45 | 3:45  10,12 |
| 12:00 | 8:00 | 4:00  10,12 |
| 12:15 | 8:15 | 4:15  10,12 |
| 12:30 | 8:30 | 4:30  10,12 |
| 12:45 | 8:45  Received @ 2055 | 4:45  10,12 |
| 1:00 | 9:00  10-12 | 5:00  10,12 |
| 1:15 | 9:15  10-12 | 5:15  10,12 |
| 1:30 | 9:30  10-12 | 5:30  10,12 |
| 1:45 | 9:45  10-12 | 5:45  10,12 |
| 2:00 | 10:00  10-12 | 6:00  10,12 |

Signatures    Signatures    Signatures

RECEIVED

JUL 30 2002

MEDICAL RECORDS DEPT

Charle Andrew
Col A. CAMPBELL
Col BROWN (RELIEF)

Utilize applicable codes listed on reverse side of form for behavior / treatment.

**Date** _July 16, 0_    **Inmate Name** _Peay (2006)_    **DC#** _DP 4246_

| 0600 - 1400 | | 1400 - 2200 | | 2200 - 0600 |
|---|---|---|---|---|
| 6:00 | 10, 12 | 2:00 | | 10:00 |
| 6:15 | 10, 12, A, D | 2:15 | | 10:15 |
| 6:30 | 8, 12 | 2:30 | | 10:30 |
| 6:45 | 8, 12 | 2:45 | | 10:45 |
| 7:00 | 8, 12 | 3:00 | | 11:00 |
| 7:15 | 8, 12 | 3:15 | | 11:15 |
| 7:30 | 8, 12 | 3:30 | | 11:30 |
| 7:45 | 8 25, 6, E | 3:45 | | 11:45 |
| 8:00 | 10, 12 | 4:00 | | 12:00 |
| 8:15 | 10, 12 | 4:15 | | 12:15 |
| 8:30 | 10, 12 | 4:30 | | 12:30 |
| 8:45 | 10, 12 | 4:45 | | 12:45 |
| 9:00 | 10, 12 | 5:00 | | 1:00 |
| 9:15 | 10, 12 | 5:15 | | 1:15 |
| 9:30 | 10, 12, E | 5:30 | | 1:30 |
| 9:45 | 10, A | 5:45 | | 1:45 |
| 10:00 | 10, 12 | 6:00 | | 2:00 |
| 10:15 | 10, 12 | 6:15 | | 2:15 |
| 10:30 | 10, 12 | 6:30 | | 2:30 |
| 10:45 | Released TDL | 6:45 | | 2:45 |
| 11:00 | | 7:00 | | 3:00 |
| 11:15 | | 7:15 | | 3:15 |
| 11:30 | | 7:30 | | 3:30 |
| 11:45 | | 7:45 | | 3:45 |
| 12:00 | | 8:00 | | 4:00 |
| 12:15 | | 8:15 | | 4:15 |
| 12:30 | | 8:30 | | 4:30 |
| 12:45 | | 8:45 | | 4:45 |
| 1:00 | | 9:00 | | 5:00 |
| 1:15 | | 9:15 | | 5:15 |
| 1:30 | | 9:30 | | 5:30 |
| 1:45 | | 9:45 | | 5:45 |
| 2:00 | | 10:00 | | 6:00 |

| Signatures | Signatures | Signatures |
|---|---|---|
| Co. Donzfule | | |

**Utilize applicable codes listed on reverse side of form for behavior / treatment.**

# Psychiatric Observation Monitoring Form

Date 7-12-02    Inmate Name WHITE    DC# A11383

| 0600 - 1400 | | 1400 - 2200 | | 2200 - 0600 | |
|---|---|---|---|---|---|
| 6:00 | 10A, 13 | 2:00 | | 10:00 | |
| 6:15 | -10A, 13, A | 2:15 | | 10:15 | |
| 6:30 | | 2:30 | | 10:30 | |
| 6:45 | | 2:45 | | 10:45 | |
| 7:00 | | 3:00 | | 11:00 | |
| 7:15 | | 3:15 | | 11:15 | |
| 7:30 | | 3:30 | | 11:30 | |
| 7:45 | | 3:45 | | 11:45 | |
| 8:00 | | 4:00 | | 12:00 | |
| 8:15 | | 4:15 | | 12:15 | |
| 8:30 | | 4:30 | | 12:30 | |
| 8:45 | | 4:45 | | 12:45 | |
| 9:00 | | 5:00 | | 1:00 | |
| 9:15 | | 5:15 | | 1:15 | |
| 9:30 | | 5:30 | | 1:30 | |
| 9:45 | | 5:45 | | 1:45 | |
| 10:00 | | 6:00 | | 2:00 | |
| 10:15 | | 6:15 | | 2:15 | |
| 10:30 | | 6:30 | | 2:30 | |
| 10:45 | | 6:45 | | 2:45 | |
| 11:00 | | 7:00 | | 3:00 | |
| 11:15 | | 7:15 | | 3:15 | |
| 11:30 | | 7:30 | | 3:30 | SATISFACTORY CONDT |
| 11:45 | | 7:45 | | 3:45 | RECEIVED L 200 |
| 12:00 | | 8:00 | | 4:00 | 12 - 10A |
| 12:15 | | 8:15 | | 4:15 | 12 - 10A |
| 12:30 | | 8:30 | | 4:30 | 12 - 10 A |
| 12:45 | | 8:45 | | 4:45 | 12 - 10A |
| 1:00 | | 9:00 | | 5:00 | 12 - 10 A |
| 1:15 | | 9:15 | | 5:15 | 12 - 10 A |
| 1:30 | | 9:30 | | 5:30 | 12 - 10 A |
| 1:45 | | 9:45 | | 5:45 | 12 - 10 A |
| 2:00 | | 10:00 | | 6:00 | 12 - 10A |
| Signatures | | Signatures | | Signatures | |

**Utilize applicable codes listed on reverse side of form for behavior / treatment.**

Date X-21-02   Inmate Name S. PRAY   DC# DP4246

| 0600 – 1400 | | | 1400 – 2200 | 2200 – 0600 | |
|---|---|---|---|---|---|
| 6:00 | 10, Eye's Closed | | 2:00 | Talking | 10:00 |
| 6:15 | 10, Eye's Closed | | 2:15 | 10, Talking | 10:15 |
| 6:30 | 10, Eye's Closed A | | 2:30 | 10, Talking | 10:30 |
| 6:45 | 10, Eye's Closed | | 2:45 | 6, Fat 10 | 10:45 |
| 7:00 | 10, Eye's Closed | | 3:00 | 10, 10 | 11:00 |
| 7:15 | 10, Eye's Closed | | 3:15 | 12, 10 | 11:15 |
| 7:30 | 10, Eye's Closed | | 3:30 | 10, 10 | 11:30 |
| 7:45 | E, Visit by Staff (Dr) Phys. | | 3:45 | 12, 10 | 11:45 |
| 8:00 | 10, Eye's Closed | | 4:00 | 12, 10 | 12:00 |
| 8:15 | 10    "    " | | 4:15 | 12, 10 | 12:15 |
| 8:30 | 10    "    " | | 4:30 | 10, 6 A E Sgt Byrd | 12:30 |
| 8:45 | 10    "    " | | 4:45 | 10, 12 | 12:45 |
| 9:00 | 6, 11 | | 5:00 | 10, 12 | 1:00 |
| 9:15 | 6    " | | 5:15 | 10, 12 | 1:15 |
| 9:30 | 10, Eye's Closed | | 5:30 | | 1:30 |
| 9:45 | 10    "    " | | 5:45 | | 1:45 |
| 10:00 | 10    "    " | | 6:00 | | 2:00 |
| 10:15 | 10    "    " | | 6:15 | | 2:15 |
| 10:30 | 10    "    " | | 6:30 | | 2:30 |
| 10:45 | 10    "    " | | 6:45 | | 2:45 |
| 11:00 | 10    "    " | | 7:00 | | 3:00 |
| 11:15 | 10    "    " | | 7:15 | | 3:15 |
| 11:30 | 10    "    " | | 7:30 | | 3:30 |
| 11:45 | 10    "    " | | 7:45 | | 3:45 |
| 12:00 | 10 | | 8:00 | | 4:00 |
| 12:15 | 10    "    " | | 8:15 | | 4:15 |
| 12:30 | 10    "    " | | 8:30 | | 4:30 |
| 12:45 | 10    "    " | | 8:45 | | 4:45 |
| 1:00 | 10    "    " | | 9:00 | | 5:00 |
| 1:15 | 10    "    " | | 9:15 | | 5:15 |
| 1:30 | 10    "    " | | 9:30 | | 5:30 |
| 1:45 | 10    "    " | | 9:45 | | 5:45 |
| 2:00 | 10    "    " | | 10:00 | | 6:00 |

RECEIVED
AUG 3 0 2002
CENTRAL RECORDS DEPT.
SCI GRATERFORD

Signatures            Signatures            Signatures

CO Coleman

LPN J. Robinson
COT Tyler 1625

Utilize applicable codes listed on reverse side of form for behavior / treatment.

Date 6/20/02    Inmate Name Peay SR SNY    DC# DP 4246

TO 2004

| 0600 - 1400 | | 1400 - 2200 | | 2200 - 0600 | |
|---|---|---|---|---|---|
| 6:00 | | 2:00 | 10, 12 | 10:00 | 10, 12 |
| 6:15 | | 2:15 | 10, 12 | 10:15 | 10, 12 |
| 6:30 | | 2:30 | 10, 12 | 10:30 | 11, 6 |
| 6:45 | | 2:45 | 10, 12 | 10:45 | 11, 6 |
| 7:00 | | 3:00 | 10, 12 | 11:00 | 11, 6 |
| 7:15 | | 3:15 | 10, 12 | 11:15 | 11, 6 |
| 7:30 | | 3:30 | 10, 12 | 11:30 | 10, 12 |
| 7:45 | | 3:45 | 10, 12 | 11:45 | 10, 12 |
| 8:00 | | 4:00 | 10, 12 | 12:00 | 10, 12 |
| 8:15 | | 4:15 | 10, 12 | 12:15 | 10, 12 |
| 8:30 | | 4:30 | 10, 6, A, E (LT Ashle | 12:30 | 10, 12 |
| 8:45 | | 4:45 | 10, 12 | 12:45 | 10, 12 |
| 9:00 | | 5:00 | 8, 6 | 1:00 | 10, 12 |
| 9:15 | | 5:15 | 10, 6 | 1:15 | 10, 12 |
| 9:30 | | 5:30 | 10, 6 | 1:30 | 10, 12 |
| 9:45 | | 5:45 | 10, 12 | 1:45 | 10, 12 |
| 10:00 | | 6:00 | 11, 12 | 2:00 | 10, 12 |
| 10:15 | | 6:15 | 11, 6 | 2:15 | 10, 12 |
| 10:30 | | 6:30 | 11, 12 | 2:30 | 10, 12 |
| 10:45 | 6, F (Nurse Mark), 10, 12 | 6:45 | 11, 12 | 2:45 | 10, 12 |
| 11:00 | 10, 12 | 7:00 | 9, 12    D. | 3:00 | 10, 12 |
| 11:15 | 10, 12 | 7:15 | 18, 6 | 3:15 | 10, 12 |
| 11:30 | 10, 12 | 7:30 | 11, 12 | 3:30 | 10, 12 |
| 11:45 | 10, 12 | 7:45 | 11, 12 | 3:45 | 10, 12 |
| 12:00 | 10 - 12 | 8:00 | 11, 12 | 4:00 | 10, 12 |
| 12:15 | 10 - 12 | 8:15 | 11, 12 | 4:15 | 10, 22 |
| 12:30 | 10 - 12 | 8:30 | 11, 6 | 4:30 | 10, 33 |
| 12:45 | 10 - 12 | 8:45 | 11, 6 | 4:45 | 10, 12 |
| 1:00 | 10 - 12 | 9:00 | 11, 6 | 5:00 | 10, 12 |
| 1:15 | 10 - 12 | 9:15 | 10, 6 | 5:15 | 10, 12 |
| 1:30 | 10 - 12 | 9:30 | 10, 12 | 5:30 | 10, 12 |
| 1:45 | 10 - 12 | 9:45 | 10, 12 | 5:45 | 10, 12 |
| 2:00 | 10 - 12 | 10:00 | 10, 12 | 6:00 | 10, 12 |

Signatures    Signatures    Signatures

Col De San 1045    1445    Co ELTANSMORE
COL DA Moon 200    Cof Tyler 105pm

**Utilize applicable codes listed on reverse side of form for behavior / treatment.**

<u>MENTAL STATUS REVIEW/CONTACT NOTE</u>

INMATE **PAY**                    DC# **DP 4246**

STAFF **C Joseph PSS**            DATE **2/15/02**

| | | | NOT PRESENT | SLIGHT | MARKED |
|---|---|---|---|---|---|
| **APPEARANCE** | | Uncleanliness: | | | |
| | | of person | ✓ | | |
| | | of cell | ✓ | | |
| | | of clothing | | | |
| **BEHAVIOR** | Doctor-Patient Relationship | domineering | ✓ | | |
| | | suspicious | ✓ | | |
| | | uncooperative | ✓ | | |
| **FEELING** | (Affect and Mood) | blunted | ✓ | | |
| | | sad | ✓ | | |
| | | hostile | ✓ | | |
| | | anxious | ✓ | | |
| **PERCEPTION** | | illusions | ✓ | | |
| | | hallucinations | | | |
| **THINKING** | Insight | difficulty in acknowledging the presence of psychological problems. mostly blames others or circumstances for problems | ✓ | | |
| | Judgement | impaired ability to manage daily living activities. impaired ability to make reasonable life decisions. | ✓ | | |
| | Thought Content | compulsions | ✓ | | |
| | | suicidal ideation | ✓ | | |
| | | homicidal ideation | | | |

*(stamp at left: RECEIVED FEB 19 2002 MEDICAL RECORDS DEPT. SCI GRATERFORD)*

COMMENTS: Mr. Pay was asking to get a Sargent to talk to him something important. Offered him psychologic help. He is denied of having psychological problem. He is not active on mental health main frame either. Mr. Pay is negative of any major psychopathology need psychological help at this time. Informed Sgt. on Nu about inmates bequest to talk to him.

*Christian Joseph PSS.*

INMATE NAME: _Stratton Perry_          DOC #: _DP4246_

RHU Officer completing form (print): _Lt. K.C. Jones_

Date: _7-25-99_          Time: _0925_

RECEIVED
AUG 1 7 1999
MEDICAL & DENTAL DEPT.
SCI GRATERFORD

| Y/N | # | Description |
|---|---|---|
| (N) | 1. | Escorting officer has information that inmate may be a suicidal risk. |
| (N) | 2. | Inmate is expressing suicidal thoughts / making threats to harm self. |
| (N) | 3. | Inmate shows signs of depression (crying, withdrawn, passive). |
| N | 4. | Inmate is acting / talking in a strange manner (hearing / seeing things that aren't there). |
| (N) | 5. | Inmate appears to be under the influence of drugs / alcohol. |
| (N) | 6. | Inmate has recent family change (e.g., death of child/spouse/parent or "Dear John Letter"). |
| (N) | 7. | Inmate has recent legal status change (e.g., parole violation or new detainer). |
| (N) | 8. | Inmate has been assaulted (physically or sexually) by another inmate. |
| (N) | 9. | Inmate shows anger, hostility, and threats. |
| (N) | 10. | Inmate appears anxious, afraid (pacing, wringing hands). |
| (N) | 11. | Inmate displays signs of self-neglect or abuse (e.g., poor hygiene or cuts and bruises). |
| (N) | 12. | Inmate states this is his / her first placement in RHU. |
| (N) | 13. | Inmate states that he / she is taking psychiatric medication. |

Comments:

Instructions: The ranking CO present shall ensure that this form is completed when an inmate is brought to the RHU. The escorting officer will be asked (a) why the inmate is being brought in and (b) whether there is any information that the inmate may be self-destructive. The inmate will be asked (a) if this is his / her first time in the RHU, (b) if he / she has any special problems or needs of which staff should be aware, (c) if he / she is on any medication, and/or (d) whether he / she has any recent legal status changes (e.g., Parole violation, detainers). The officer will also note any special physical / behavioral characteristics (e.g., crying, poor hygiene, cuts & bruises) or if the inmate is uncooperative.

If any of items #1 through #7 are checked "Yes", the RHU officer shall immediately phone the following staff:

☞ Between 8:00 a.m. and 4:30 p.m., nursing and Chief Psychologist or MHC. Psychologist will immediately visit the RHU and review the checklist, assess the inmate, and discuss the case with RHU staff. Time of assessment will be recorded on form.

☞ After hours, or on weekends, the nursing staff and Shift Commander. Nurse will immediately visit RHU to review the checklist, assess the inmate, and discuss case with RHU staff. Time of assessment will be recorded on form.

☞ At any time the inmate appears in immediate danger of harming him / herself or somebody else, the RHU staff shall also contact the Shift Commander, as well as nursing staff and Chief Psychologist or MHC to request an immediate assessment.

If any of items #8 through #13 are checked, the form will be submitted to the nurse and / or psychologist the next time they visit the RHU, but within 24 hours. The nurse or psychologist will assess the inmate and note the date and time of assessment. The completed form will remain in the Cumulative Adjustment Record until reviewed by (PRC) Copies to Medical Records and DC-14.

Clinical Staff Action: _____

_____

Date: _____          Time: _____

Name of Clinical staff (printed): _____          Title: _____

**SUICIDE INDICATORS CHECKLIST FOR RHU/SMU**    Revised (1/19/99)

INMATE NAME: _S. PEAY_                                    DOC #: _DP 4246_

RHU/SMU Officer Completing Form (print): _CO# M. A LOPEZ_    Date: _2-13-99_ Time: _2/25_

| | | | |
|---|---|---|---|
| Y | Ⓝ | 1. | Escorting officer has information that inmate may be a suicidal risk. |
| Y | Ⓝ | 2. | Inmate is expressing suicidal thoughts/making threats to harm self. |
| Y | Ⓝ | 3. | Inmate shows signs of depression (crying, withdrawn, passive). |
| Y | Ⓝ | 4. | Inmate is acting/talking in a strange manner (hearing/seeing things that aren't there). |
| Y | Ⓝ | 5. | Inmate appears to be under the influence of drugs/alcohol. |
| Y | Ⓝ | 6. | Inmate has recent family change (e.g., death of child/spouse/parent or "Dear John letter"). |
| Y | Ⓝ | 7. | Inmate has recent legal status change (e.g., parole violation or new detainer). |
| Y | Ⓝ | 8. | Inmate has been assaulted (physically or sexually) by another inmate. |
| Y | Ⓝ | 9. | Inmate shows anger, hostility, and threats. |
| Y | Ⓝ | 10. | Inmate appears anxious, afraid (pacing, wringing hands). |
| Y | Ⓝ | 11. | Inmate displays signs of self-neglect or abuse (e.g., poor hygiene or cuts and bruises). |
| Y | Ⓝ | 12. | Inmate states this is his/her first placement in RHU/SMU. |
| Y | Ⓝ | 13. | Inmate states that he/she is taking psychiatric medication. |

Comments:

**Instructions:** The ranking CO present shall ensure that this form is completed when an inmate is brought to the RHU/SMU. The escorting officer will be asked (a) why the inmate is being brought in and (b) whether there is any information that the inmate may be self-destructive. The inmate will be asked (a) if this is his/her first time in the RHU/SMU, (b) if he/she has any special problems or needs of which staff should be aware, (c) if he/she is on any medication, and (d) whether he/she has any recent legal status changes (e.g., Parole violation or detainer). The officer will also note any special physical/behavioral characteristics (e.g., crying, poor hygiene, and cuts & bruises) or if the inmate is uncooperative.

If any of items #1 through #7 are checked "Yes," the RHU/SMU officer shall immediately phone the following staff:

❑  Between 8:00 AM and 4:30 PM, nursing and Chief Psychologist or MHC. Psychologist will immediately visit the RHU/SMU to review the checklist, assess the inmate, and discuss the case with RHU/SMU staff. Time of assessment will be recorded on form.

❑  After hours, or on weekends, the nursing staff and Shift Commander. Nurse will immediately visit RHU/SMU to review checklist, assess the inmate, and discuss case with RHU/SMU staff. Time of assessment will be recorded on form.

❑  At any time the inmate appears in immediate danger of harming him/herself or somebody else, the RHU/SMU staff shall also contact the Shift Commander, as well as nursing staff and Chief Psychologist or MHC to request an immediate assessment.

If any of items #8 through #13 are checked, the form will be submitted to the nurse and/or psychologist the next time they visit the RHU/SMU, but within 24 hours. The nurse or psychologist will assess the inmate and note the date and time of assessment. The completed form will remain in the Cumulative Adjustment Record until reviewed by PRC. Copies to Medical Record & DC-14.

RECEIVED
APR 21 1999
MHC GPCI

Clinical Staff Action: _____

_____    Date: _____ Time: _____

Name of Clinical staff (printed): _____    Title: _____

SUICIDE RISK INDICATORS CHECKLIST FOR RHU's                 5/98

INMATE NAME: _S. Peay_         DOC #: _DP4246_

RHU Officer Completing Form (print): _R. Hiltner CoIII_     Date: _10/23/98_ Time: _1044_

Y (N) 1.    Escorting officer has information that inmate may be a suicidal risk.

Y (N) 2.    Inmate is expressing suicidal thoughts/making threats to harm self.

Y (N) 3.    Inmate shows signs of depression (crying, withdrawn, passive).

Y (N) 4.    Inmate is acting/talking in a strange manner (hearing/seeing things that aren't there).

Y (N) 5.    Inmate appears to be under the influence of drugs/alcohol.

Y (N) 6.    Inmate has recent family change (e.g., death of child/spouse/parent or "Dear John letter").

Y (N) 7.    Inmate has recent legal status change (e.g., parole violation or new detainer).

Y (N) 8.    Inmate has been assaulted (physically or sexually) by another inmate.

Y (N) 9.    Inmate shows anger, hostility, and threats.

Y (N) 10.   Inmate appears anxious, afraid (pacing, wringing hands).

Y (N) 11.   Inmate displays signs of self-neglect or abuse (e.g., poor hygiene or cuts and bruises).

Y (N) 12.   Inmate states this is his/her first placement in RHU.

Y (N) 13.   Inmate states that he/she is taking psychiatric medication.

RECEIVED
NOV 0 3 1998
MEDICAL RECORDS DEPT
SCI GRATERFORD

Comments:

Instructions:  The ranking CO present shall ensure that this form is completed when an inmate is brought to the RHU. The escorting officer will be asked (a) why the inmate is being brought in and (b) whether there is any information that the inmate may be self-destr... The inmate will be asked (a) if this is his/her first time in the RHU, (b) if he/she has any special problems or needs of which staff shou... aware, (c) if he/she is on any medication, and/or (d) whether he/she has any recent legal status changes (e.g., Parole violation, detaine... The officer will also note any special physical/behavioral characteristics (e.g., crying, poor hygiene, cuts & bruises) or if the inmate is uncooperative.

    If any of items #1 through #7 are checked "Yes," the RHU officer shall immediately phone the following staff:

➢  Between 8:00 AM and 4:30 PM, nursing and Chief Psychologist or MHC. Psychologist will immediately visit the RH... review the checklist, assess the inmate, and discuss the case with RHU staff. Time of assessment will be recorded on ...

➢  After hours, or on weekends, the nursing staff and Shift Commander. Nurse will immediately visit RHU to review checklist, assess the inmate, and discuss case with RHU staff. Time of assessment will be recorded on form.

➢  At any time the inmate appears in immediate danger of harming him/herself or somebody else, the RHU staff shall als... contact the Shift Commander, as well as nursing staff and Chief Psychologist or MHC to request an immediate assessm...

If any of items #8 through #13 are checked, the form will be submitted to the nurse and/or psychologist the next time the... visit the RHU, but within 24 hours. The nurse or psychologist will assess the inmate and note the date and time of assessm... The completed form will remain in the Cumulative Adjustment Record until reviewed by PRC. Copies to Medical Recor...

DC-14

Clinical Staff Action: _none taken_

Date: _10/22/98_ Time: _1300_

## SUICIDE RISK INDICATORS CHECKLIST FOR RHU's

5/98

INMATE NAME: _____*Perry*_____    DOC #: _*DP 4246*_

RHU Officer Completing Form (print): _*Lt Pickens*_    Date: _9-23-98_ Time: _10:05_

Y (N) 1.    Escorting officer has information that inmate may be a suicidal risk.

Y (N) 2.    Inmate is expressing suicidal thoughts/making threats to harm self.

Y (N) 3.    Inmate shows signs of depression (crying, withdrawn, passive).

Y (N) 4.    Inmate is acting/talking in a strange manner (hearing/seeing things that aren't there).

Y (N) 5.    Inmate appears to be under the influence of drugs/alcohol.

Y (N) 6.    Inmate has recent family change (e.g., death of child/spouse/parent or "Dear John letter").

Y (N) 7.    Inmate has recent legal status change (e.g., parole violation or new detainer).

Y (N) 8.    Inmate has been assaulted (physically or sexually) by another inmate.

Y (N) 9.    Inmate shows anger, hostility, and threats.

Y (N) 10.    Inmate appears anxious, afraid (pacing, wringing hands).

(Y) N 11.    Inmate displays signs of self-neglect or abuse (e.g., poor hygiene or cuts and bruises).  *Right hand scrapes & bruises*

(Y) N 12.    Inmate states this is his/her first placement in RHU.

Y (N) 13.    Inmate states that he/she is taking psychiatric medication.

Comments:

**RECEIVED** SEP 24 1998 MEDICAL RECORDS DEPT SCI GRATERFORD

**Instructions:** The ranking CO present shall ensure that this form is completed when an inmate is brought to the RHU. The escorting officer will be asked (a) why the inmate is being brought in and (b) whether there is any information that the inmate may be self-destructive. The inmate will be asked (a) if this is his/her first time in the RHU, (b) if he/she has any special problems or needs of which staff should be aware, (c) if he/she is on any medication, and/or (d) whether he/she has any recent legal status changes (e.g., Parole violation, detainer). The officer will also note any special physical/behavioral characteristics (e.g., crying, poor hygiene, cuts & bruises) or if the inmate is uncooperative.

If any of items #1 through #7 are checked "Yes," the RHU officer shall immediately phone the following staff:

➢ Between 8:00 AM and 4:30 PM, nursing and Chief Psychologist or MHC. Psychologist will immediately visit the RHU, review the checklist, assess the inmate, and discuss the case with RHU staff. Time of assessment will be recorded on form.

➢ After hours, or on weekends, the nursing staff and Shift Commander. Nurse will immediately visit RHU to review checklist, assess the inmate, and discuss case with RHU staff. Time of assessment will be recorded on form.

➢ At any time the inmate appears in immediate danger of harming him/herself or somebody else, the RHU staff shall also contact the Shift Commander, as well as nursing staff and Chief Psychologist or MHC to request an immediate assessment.

If any of items #8 through #13 are checked, the form will be submitted to the nurse and/or psychologist the next time they visit the RHU, but within 24 hours. The nurse or psychologist will assess the inmate and note the date and time of assessment. The completed form will remain in the Cumulative Adjustment Record until reviewed by PRC. Copies to Medical Record & DC-14

Clinical Staff Action: _Assessed @ cell. Standoffish. Demanding medical attention for cuts not hand, which has been bleeding, since treatment today. Whining, obsessive. No self-destructive complaints._

Date: _9/23_ Time: _1535_ Name of Clinical staff (printed): _Jerold Hurwitz_ Title: _PSS_

Form DC-12A WORKSHEET
FOR INSTITUTIONAL REPORT

COMMONWEALTH OF PEN
DEPARTMENT OF COR

Report - PSYCHOLOGICAL STABILITY (s)

DATE OF REPORT: 5/17/90

INSTITUTIONAL NUMBER: DP 1246  NAME: Peay

STABILITY RATING OF
MEDICAL PROFILE.        A        IS TO BE ADDED TO

- P U L H E S T

Person Preparing Report

PEAY, STRATTON
DP-4246

13. **PSYCHIATRIC HISTORY:**

None indicated in available records as of 5/19/98.

14. **PSYCHOLOGICAL REPORT:**

**Tests Administered:**  All tests were administered on 5/19/98.

Revised Beta II Examination (RBE)
Jastak Wide Range Achievement Test (WRAT3)

| | | | |
|---|---|---|---|
| Reading Score: 47 | St.Sc. 101 | %ile 53 | G.E.12.8 |
| Spelling Score: 43 | St.Sc. 103 | %ile 38 | G.E.11.3 |
| Arithmetic Score: 38 | St.Sc. 89 | %ile 23 | G.E. 7 |

Bender Motor Gestalt (BMG)
Projective Drawings (HTP)
Personality Assessment Inventory (PAI)

**Analysis of Intelligence and Intellectual Functioning:**

Mr. Peay earned a Beta Quotient of 97.  This score falls within the Average range
of mental ability according to the Beta II classification.  The obtained rating
is viewed as a reasonably accurate estimate of his intellectual potential.

**Analysis of Personality Makeup:**

Current test data and interview impression are not reflective of significant
psychopathology requiring immediate psychiatric intervention.  Indications are of
a self-centered, evasive, immature and impulsive individual who is apt to possess
a low tolerance for frustration.  He is prone to exercise poor judgement as he
strives for immediate gratification of his desires without adequate regard for
the consequences of his actions to himself or to others.  Indications of
underlying resentment and hostility creates a potential for acting out behaviors.
He appears to place blame for his actions externally and because of this, his
motivation for treatment may be low.  Interpersonally, his relationships seem to
be superficial due to his apparent suspiciousness and resentment of others.

Prognosis for institutional adjustment is guarded.  This is Mr. Peay's first
state incarceration.  As such, he may be vulnerable to more experienced inmates.
Participation in ABE/vocational programs, substance abuse counseling and
stress/anger management counseling is recommended.  Close supervision is advised
until a stable adjustment pattern has been established.

W. Hals
Psychologist
Licensed #PS008062-L

/bac

# BIO-REFERENCE LABORATORIES

481 EDWARD H. ROSS DR.
ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| D O C T O R | SCI GRATERFORD/PHS GRAVEL PIKE AND BRIDGE GRATERFORD, PA  19426 |
|---|---|

(P0055-6)   Bio-Net Print

−FINAL−  Original Report 06/13/2002

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| PEAY, STRATTON | DP4246 | DR. IACCARINO |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103417777 | 06/12/2002 | 06/12/2002 23:33 | 6/13/2002 10:21 | 25 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : PANEL 2052, ,

## * CHEMISTRY *

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| TOTAL PROTEIN | 8.4 | | 5.9-8.4 | gm/dl |
| ALBUMIN | 5.0 | | 3.2-5.2 | gm/dl |
| GLOBULIN | 3.4 | | 1.7-3.7 | gm/dL |
| A/G RATIO | 1.5 | | 1.1-2.9 | UNITS |
| GLUCOSE | 79 | | 70-109 | mg/dL |
| SODIUM | 141 | | 133-145 | mEq/L |
| POTASSIUM | 3.8 | | 3.3-5.1 | mEq/L |
| CHLORIDE | 101 | | 96-108 | mmol/L |
| CO2 | 28 | | 22-29 | mmol/L |
| BUN | 7 | | 7-25 | mg/dl |
| CREATININE | 0.9 | | 0.4-1.2 | mg/dl |
| BUN/CREAT RATIO | | 7.8 LO | 10-28 | UNITS |
| CALCIUM | 9.7 | | 8.4-10.2 | mg/dl |
| URIC ACID | 4.6 | | 2.4-7.0 | mg/dl |
| IRON | 102 | | 30-160 | mcg/dl |
| BILIRUBIN, TOTAL | 0.6 | | 0.0-1.0 | mg/dl |
| LDH | 130 | | 94-250 | u/l |
| ALK PHOS | 58 | | 39-120 | u/l |
| AST (SGOT) | 17 | | 37 | u/l |
| PHOSPHOROUS | 3.6 | | 206-4.5 | mg/dl |
| ALT (SGPT) | 16 | | < 40 | u/l |
| G-GTP | 34 | | 7-51 | u/L |
| CHOLESTEROL | 143 | | < 200 | mg/dl |
| TRIGLYCERIDES | 85 | A | < 200 | mg/dl |
| HDL CHOL.,DIRECT | 46 | | >45F/>35M | mg/dL |
| HDL AS % OF CHOLESTEROL | 32 | | SEE BELOW | % |
| CHOL/HDL RATIO | 3.11 | | SEE BELOW | |
| LDL/HDL RATIO | 1.74 | | 0-3.55 | MG/DL |
| LDL CHOLESTEROL | 80 | | < 130 | mg/dL |

| % HDL: | (M & F) | * | CHOL/HDL: | Male / Female | | |
|---|---|---|---|---|---|---|
| | > 25 | | | < 4.2 | < 3.9 | BELOW AVERAGE RISK |
| | 15-25 | | | 4.2-7.3 | 3.9-5.7 | AVERAGE RISK |
| | 9-15 | | | 7.4-11.5 | 5.8-9.0 | ABOVE AVG.(MODERATE) |
| | < 9 | | | > 11.5 | > 9.0 | ABOVE AVG.(HIGH) |

## * HEMATOLOGY *

| WBC | | 3.4 | | 3.4-11.8 | x10(3 |
|---|---|---|---|---|---|

Continued on Next Page

ELITE FORMS #12 REV. 1/01

# BIO-REFERENCE LABORATORIES

451 EDWARD H. ROSS DR.
ELMWOOD PARK, N.J. 07407

201-791-3600                                          1-800-229-LABS

| | |
|---|---|
| D O C T O R | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA  19426<br><br>(P0055-6)   Bio-Net Print | -FINAL-  Original Report 06/13/2002 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| PEAY, STRATTON | DP4246 | DR. IACCARINO |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | S |
|---|---|---|---|---|---|
| 103417777 | 06/12/2002 | 06/12/2002 23:33 | 6/13/2002 10:21 | 25 | M |

| Test Description | Result | Abnormal | | Reference Range |
|---|---|---|---|---|
| RBC | 4.9 | | | 4.2-5.9 x10(6) |
| HGB | 15.3 | | | 12.3-17.0 gm/dl |
| HCT | 44.6 | | | 39.3-52.5 % |
| MCV | 91.0 | | | 79.2-104.1 |
| MCH | 31.2 | | | 25-34.1 pg |
| MCHC | 34.3 | | | 30-34.4 gm/dl |
| RDW | 13.7 | | | 10.9-16.9 % |
| POLYS | | 32 | LO | 36.0-78.0 % |
| POLYS   - COUNT,ABS | | 1.088 | LO | 1.2-9.2 x10(3) |
| LYMPHS | | 55 | HI | 12.0-48.0 % |
| LYMPHS  - COUNT,ABS | 1.870 | | | 4-5.6 x10(3) |
| EOS | 4 | | | % |
| EOS     - COUNT,ABS | 0.136 | | | .03-0.0 x10(3) |
| BASOS | 0 | | | 0-2 % |
| BASOS   - COUNT,ABS | 0.000 | | | 0-.07 x10(3) |
| MONOS | 9 | | | 5-12 % |
| MONOS   - COUNT,ABS | 0.306 | | | .2-1.4 x10(3) |
| PLATELET COUNT | 226 | N | | 144-400 x10(3) |

*DENNIS IACCARINO
PHS PHYSICIAN*

Diagnostic Reports
Name: _____
Date / Time: 6/13/02  16⁰

(NCS)

———————————— * MISCELLANEOUS * ————————————

| | | | |
|---|---|---|---|
| THY.STIM.HORM.(TSH) | 0.716 | | 0.27-4.2uIU |
| THYROXINE(T4) | 7.2 | | 4.0-12.0 ug/dL |
| T3 UPTAKE | 33 | | 25-35% |
| FREE T4 INDEX | 2.4 | | 1.1-4.5 |

NOTE: EFFECTIVE 8/15/01, the 3rd.generation TSH assay (1343) is being
      performed under test code 0153 (thyroid stimulating hormone).
      This is a new assay with improved low-end sensitivity, however
      there will be no change in reference range.

Final Report

ELITE FORMS #12 REV. 11/01

Case 2:02-cv-02688-SD   Document 45-6   Filed 08/15/2003   Page 46 of 153

# BIO-REFERENCE LABORATORIES

461 EDWARD H. ROSS DR.
ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| D O C T O R | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA  19426 | | |
|---|---|---|---|
| | (P0055-6)   Bio-Net Print | | —FINAL—  Original Report 04/25/2002 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| PEAY, STEATTON | DP4246 | SCI GRATERFORD/PHS |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 103183069 | 04/24/2002 | 04/24/2002 23:09 | 4/26/2002 07:31 | 25 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : GAMMA-GT (G-GTP), RPR SEROLOGY, ,

———————————————* CHEMISTRY *———————————————

| G-GTP | 51 | | 7-51 | u/L |
|---|---|---|---|---|

———————————* MISCELLANEOUS *———————————

| RPR | Non-Reacti | | NON-REACTIVE |
|---|---|---|---|

RPR INTERPRETATION:
Low-titer positive RPRs up to approximately 1:8 are usually caused
by other, non-specific constituents and are not usually caused
by the disease.  Confirmation of positive RPRs can only be made by
the Serodia-tp confirmation test.

Final Report

RECEIVED

APR 2 9 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

RALPH W. SMITH, MD
MEDICAL DOCTOR

Diagnostic Report

Name: _____
Date / Time: _____

A          N          NCS

ELITE FORMS #12 REV. 11/01


Case 2:02-cv-02668-SD    Document 169    Filed 09/16/2003    Page 481 of ...

# BIO-REFERENCE LABORATORIES

**EDWARD H. ROSS DR.**
**ELMWOOD PARK, N.J. 07407**

201-791-3600

1-800-229-LABS

| D O C T O R | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA 19426<br><br>(P0055-6)   Bio-Net Print |
|---|---|

-FINAL-   Original Report 08/30/2001

| NAME | PATIENT I.D. / ROOM NO. | DR. D. IACCARINO |
|---|---|---|
| PEAY, STRATTON | DP4246 | |

| 102104763 | 08/27/2001 COLLECTED | 08/29/2001 23:56 RECEIVED | 8/30/2001 02:20 DATE OF REPORT | 24 AGE | M SEX |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CH24/HDL, CBC W/DIFF, PLATELET CT., URINALYSIS, COMPLETE,
                LIPASE,AMYLASE, ,

Comment : 08-27-01

## * CHEMISTRY *

DENNIS IACCARINO D.O.
PHS PHYSICIAN

Diagnostic Reports

Name: _____

Date / Time: 9/4/01 1300  N  NCS

RECEIVED SEP 0 5 2001

MEDICAL RECORDS DEPT.
SCI GRATERFORD

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| TOTAL PROTEIN | 8.2 | | 5.9-8.4 | gm/dl |
| ALBUMIN | 5.0 | | 3.2-5.2 | gm/dl |
| GLOBULIN | 3.2 | | 1.7-3.7 | gm/dL |
| A/G RATIO | 1.6 | | 1.1-2.9 | UNITS |
| GLUCOSE | 89 | | 70-109 | mg/dL |
| SODIUM | 140 | | 133-145 | mEq/L |
| POTASSIUM | 4.3 | | 3.3-5.1 | mEq/L |
| CHLORIDE | 101 | | 96-108 | mmol/L |
| CO2 | 27 | A | 22-29 | mmol/L |
| BUN | 7 | | 7-25 | mg/dl |
| CREATININE | 0.9 | | 0.4-1.2 | mg/dl |
| BUN/CREAT RATIO | | 7.8 LO | 10-28 | UNITS |
| CALCIUM | 9.3 | | 8.4-10.2 | mg/dl |
| URIC ACID | 3.8 | | 2.4-7.0 | mg/dl |
| IRON | 73 | | 30-160 | mcg/dl |
| BILIRUBIN, TOTAL | 0.3 | | 0.0-1.0 | mg/dl |
| LDH | 172 | | 94-250 | u/l |
| ALK PHOS | 57 | | 39-120 | u/l |
| AST (SGOT) | 20 | | < 37 | u/l |
| PHOSPHOROUS | 2.6 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 20 | | < 40 | u/L |
| G-GTP | 42 | | 7-51 | u/L |
| CHOLESTEROL | 142 | | < 200 | mg/dl |
| TRIGLYCERIDES | 63 | | < 200 | mg/dl |
| HDL CHOL.,DIRECT | 50 | | >45F/>35M | mg/dL |
| HDL AS % OF CHOLESTEROL | 35 | | SEE BELOW % | |
| CHOL/HDL RATIO | 2.84 | | SEE BELOW | |
| LDL/HDL RATIO | 1.6 | | 0-3.55 | MG/DL |
| LDL CHOLESTEROL | 80 | | < 130 | mg/dL |

| % HDL: (M & F) * | | CHOL/HDL: Male / Female | | |
|---|---|---|---|---|
| > 25 | | < 4.2 | < 3.9 | BELOW AVERAGE RISK |
| 15-25 | | 4.2-7.3 | 3.9-5.7 | AVERAGE RISK |
| 9-15 | | 7.4-11.5 | 5.8-9.0 | ABOVE AVG.(MODERATE) |
| < 9 | | > 11.5 | > 9.0 | ABOVE AVG.(HIGH) |

Continued on Next Page

*Robert L. Rush Ph.*

Case 2:90-cv-00520-KJM-SCR   Document 1   Filed 08/15/2003   Page 461 of

# BIO-REFERENCE LABORATORIES



EDWARD H. ROSS DR.
ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| | |
|---|---|
| D O C T O R | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA  19426<br><br>(P0055-6)    Bio-Net Print | -FINAL-  Original Report 08/30/2001 |

| PEAY, STRATTON | DP4246 | PATIENT I.D. / ROOM NO. | DR. D. IACCARINO |
|---|---|---|---|

| 102104763 | 08/27/2001 | 08/29/2001 23:56   8/30/2001 02:20 | 24 | M |
|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

## * HEMATOLOGY *

Diagnostic Reports
Name: _____
Date / Time: 8/4/01 1200

DENNIS IACCARINO D.O.
PHS PHYSICIAN

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| WBC | | 2.4 | 3.4-11.8 | x10(3) |
| RBC | 5.0 | | 4.2-5.9 | x10(6) |
| HGB | 15.0 | | 12.3-17.0 | gm/dl |
| HCT | 45.2 | | 39.3-52.5 | % |
| MCV | 90.9 | | 79.2-104.1 | |
| MCH | 30.2 | | 25-34.1 | pg |
| MCHC | 33.2 | | 30-34.4 | gm/dl |
| RDW | 14.2 | A | 10.9-16.9 | % |
| POLYS | | 24 LO | 36-78 | % |
| POLYS  - COUNT,ABS | | 0.576 LO | 1.2-9.2 | x10(3) |
| LYMPHS | | 59 HI | 12-48 | % |
| LYMPHS - COUNT,ABS | 1.416 | | .4-5.6 | x10(3) |
| EOS | 5 | | 1-8 | % |
| EOS    - COUNT,ABS | 0.120 | | .03-1.0 | x10(3) |
| BASOS | 1 | | 0-2 | % |
| BASOS  - COUNT,ABS | 0.024 | | 0-.07 | x10(3) |
| MONOS | 11 | | 5-12 | % |
| MONOS  - COUNT,ABS | 0.264 | | .2-1.4 | x10(3) |
| PLATELET COUNT | 220 | | 144-400 | x10(3) |

## * URINALYSIS *

| Test Description | Result | Reference Range | |
|---|---|---|---|
| COLOR/APPEARANCE | Yellow/Clear | STRAW/CLEAR | |
| SPECIFIC GRAVITY | 1.010 | 1.000-1.050 | |
| PH | 7.000 | 5.0-9.0 | |
| PROTEIN, URINE | NEGATIVE | NEGATIVE | |
| GLUCOSE, URINE, QUAL. | NEGATIVE | NEGATIVE | |
| KETONE, QUAL. | NEGATIVE | NEGATIVE | |
| UROBILINOGEN | 0.2 | 0-2 | UNITS |
| BILIRUBIN, URINE | NEGATIVE | NEGATIVE | |
| BLOOD, URINE | NEGATIVE | NEGATIVE | |
| NITRITES | NEGATIVE | NEGATIVE | |
| LEU.ESTERASE | NEGATIVE | NEGATIVE | |
| WBC, URINE | NONE | 0-3 | PER H |
| RBC, URINE | NONE | 0-1 | PER H |
| EPITHELIAL CELLS, URINE | NONE | 0-9 | U |
| CAST, HYALINE, URINE | NONE | NONE | U |
| CAST, GRANULAR, URINE | NONE | NONE | U |
| CAST, RBC, URINE | NONE | NONE | U |
| BACTERIA, URINE | OCCASIONAL | NONE | U |

Continued on Next Page

Robert L. Rush Ph.

Case 2:90-cv-00654-LS    Document 86-1    Filed 08/18/2003    Page 48 of 153

# BIO-REFERENCE LABORATORIES 

201-791-3600                                                    1-800-229-LABS

| DOCTOR | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA  19426 | | |
|---|---|---|---|
| | (P0055-6)    Bio-Net Print | -FINAL-  Original Report 08/30/2001 | |

| PEAY, STRATTON | | DP4246 | PATIENT I.D. / ROOM NO. | | DR. D. IACCARINO |
|---|---|---|---|---|---|

| 102164763 | 08/27/2001 | 08/29/2001 23:56 | 8/30/2001 02:20 | 24 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|
| MUCUS, URINE | NONE | | SMALL AMOUNT |
| AMYLASE, SERUM | 67 | | <100 U/L |
| LIPASE, SERUM | 55 | | 0-190 U/L |

Final Report

DENNIS IACCARINO D.O.
PHS PHYSICIAN

**Diagnostic Reports**

Name: _____

Date / Time: 9/4/01  1200

A                    N        NCS

Robert L. Rush Ph.L

# BIO-REFERENCE LABORATORIES



481 EDWARD H. ROSS DR.
ELMWOOD PARK, N.J. 07407

201-791-3600

1-800-229-LABS

| | |
|---|---|
| **D O C T O R** | SCI GRATERFORD/PHS<br>GRAVEL PIKE AND BRIDGE<br>GRATERFORD, PA  19426<br><br>(P0055-6)   Bio-Net Print | -FINAL-  Original Report 07/19/2001 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| PEAY, S | DP4246 | DR. AKBERZIE |

| ATTACH | DATE COLLECTED | DATE RECEIVED | DATE REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101966525 | 07/17/2001 | 07/17/2001 22:39 | 7/19/2001 04:01 | 24 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : H. PYLORI ANTIBODY PANEL, ,

| | | | |
|---|---|---|---|
| H.PYLORI AB.,IGG | 0.23 | | SEE BELOW |
| H.PYLORI AB.,IGA | 0.11 | | SEE BELOW |
| H.PYLORI AB.,IGM | 0.77 | | SEE BELOW |

---

H.PYLORI (IgG, IgA, IgM) REFERENCE RANGES:  (previous ranges)
          NEGATIVE        <0.89 UNITS      <12.6 units
          EQUIVOCAL     0.89-0.99 UNITS    12.6-20.0 units
          POSITIVE        >0.99 UNITS      >20.0 units
NOTE: This is a screening test for H.PYLORI and the diagnosis
of gastritis and peptic ulcers should be assessed with the
patients medical history and clinical symptoms. Results in the
equivocal range should be rechecked with a new specimen in 2-5 weeks.

---

NOTE: H.Pylori Antibody, IgA (test#1766) is for RESEARCH USE ONLY.
This assay is NOT for use in Diagnostic Procedures.

Final Report

RALPH W SMITH MD
MEDICINE

**Diagnostic Reports**
Name:
Date / Time: 7/20/01 1410
A          N          NCS

RECEIVED
JUL 2 3 2001
MEDICAL RECORDS DEPT.
SCI GRATERFORD

*Robert L. Rush Ph. D*



Lancorp
Laboratory Corporation of America

# LABORATORY CORPORATION OF AMERICA

RECEIVED
NOV 1 5 2000
MEDICAL REC.
SCI GRATERF...

| SPECIMEN 313-142-3262-0 | TYPE S | PRIMARY LAB RN | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

BEKER
DOB: 11/04/1976

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PEAY,DP 4246 | M | 24 / |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/08/2000 | 9:00 | 11/09/2000 | 11/09/2000 | 0:00 | 2293 |

| CLINICAL INFORMATION |
|---|
| CD- 52497214728 |

| PHYSICIAN ID. BEKER | PATIENT ID. |
|---|---|

ACCOUNT: SCI GRATERFORD
PHS
ROUTE 29 PO BOX 244
GRATERFORD    PA  19426-0000
ACCOUNT NUMBER:  37101365

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | RN |
| CHEMISTRIES | | | |
| Glucose, Serum | 89 mg/dL | 65 - 109 | RN |
| Uric Acid, Serum | 4.5 mg/dL | 2.4 - 8.2 | RN |
| **Please Note Reference Interval Change** | | | |
| BUN | 10 mg/dL | 5 - 26 | RN |
| Creatinine, Serum | .9 mg/dL | .5 - 1.5 | RN |
| BUN/Creatinine Ratio | 11 | | |
| Sodium, Serum | 144 mEq/L | 135 - 148 | RN |
| Potassium, Serum | 4.4 mEq/L | 3.5 - 5.5 | RN |
| Chloride, Serum | 105 mEq/L | 96 - 109 | RN |
| Calcium, Serum | 9.4 mg/dL | 8.5 - 10.6 | RN |
| Phosphorus, Serum | 3.2 mg/dL | 2.5 - 4.5 | RN |
| Protein, Total, Serum | 7.9 g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 4.7 g/dL | 3.5 - 5.5 | RN |
| Globulin, Total | 3.2 g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | 1.1 - 2.5 | |
| Bilirubin, Total | .5 mg/dL | .1 - 1.2 | RN |
| Alkaline Phosphatase, Serum | 67 IU/L | 25 - 150 | RN |
| LDH | 124 IU/L | 100 - 250 | RN |
| AST (SGOT) | 19 IU/L | 0 - 45 | RN |
| ALT (SGPT) | 24 IU/L | 0 - 50 | RN |
| GGT | 53 IU/L | 0 - 85 | RN |
| Iron, Serum | 99 mcg/dL | | RN |
| **Please Note Reference Interval Change** | | | |
| LIPIDS | | A | N |
| Cholesterol, Total | 134 mg/dL | 100 - 199 | RN |
| Triglycerides | 55 mg/dL | 0 - 199 | RN |
| HDL Cholesterol | 41 mg/dL | 35 - 150 | RN |
| VLDL Cholesterol Cal | 11 mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 82 mg/dL | 0 - 129 | |
| T. Chol/HDL Ratio | 3.2 Ratio Units | .0 - 5.0 | |
| Estimated CHD Risk | < 0.5 Times Avg. | .0 - 1.0 | |

Diagnostic Reports
Name
Date / Time:  11/0/00

(The CHD Risk is based on the
T.Chol/HDL Ratio. Other factors
affect CHD Risk such as hyper-
tension, smoking, diabetes,

|  | T. Chol/HDL Ratio | |
|---|---|---|
|  | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |

Emre Beken
Medical Dir...

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



# LABORATORY CORPORATION OF AMERICA

RECEIVED
NOV 1 5 2000
MEDICAL R...
SCI GRA...

| SPECIMEN 313-142-3262-0 | TYPE S | PRIMARY LAB RN | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| BEKER |
| DOB: 11/04/1976 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PEAY,DP 4246 | M | 24  / |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/08/2000 | 9:00 | 11/09/2000 | 11/09/2000 | 0:00 | 2293 |

| CLINICAL INFORMATION |
|---|
| CD- 52497214728 |

| PHYSICIAN ID. BEKER | PATIENT ID. |
|---|---|

ACCOUNT:  SCI GRATERFORD
PHS
ROUTE 29 PO BOX 244
GRATERFORD        PA  19426-0000
ACCOUNT NUMBER:  37101365

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| severe obesity, and family history of premature CHD.) | | 2X Avg.Risk | 9.6 | 7.1 | |
| | | 3X Avg.Risk | 23.4 | 11.0 | |
| | | | | | RN |
| | | | | | RN |
| THYROID | | | | | RN |
| TSH, High Sensitivity, Serum | .94 | mcIU/mL | .35 - 5.50 | | |
| | | Male | Female | | |
| 1- 30 days | | 0.52 - 16.00 | 0.72 - 13.10 | | |
| 1 mo-5 yrs. | | 0.55 - 7.10 | 0.46 - 8.10 | | |
| >5 yrs. | | 0.35 - 5.50 | 0.35 - 5.50 | | |
| Thyroxine (T4) | 7.0 | mcg/dL | 4.5 - 12.0 | | RN |
| T3 Uptake | 30 | % | 24 - 39 | | RN |
| Free Thyroxine Index | 2.1 | | 1.2 - 4.9 | | |
| CBC, PLATELET CT, AND DIFF | | | | | |
| > White Blood Cell (WBC) Count | 3.4L | X 10-3/uL | 4.0 - 10.5 | | RN |
| Red Blood Cell (RBC) Count | 4.91 | X 10-6/uL | 4.10 - 5.60 | | RN |
| Hemoglobin | 15.2 | g/dL | 12.5 - 17.0 | | RN |
| Hematocrit | 44.7 | % | 36.0 - 50.0 | | RN |
| MCV | 91 | fL | 80 - 98 | | RN |
| MCH | 31.0 | pg | 27.0 - 34.0 | | RN |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | | RN |
| RDW | 12.5 | % | 11.7 - 15.0 | | RN |
| Platelets | 226 | X 10-3/uL | 140 - 415 | | RN |
| > Polys | 31 L | % | 40 - 74 | | RN |
| > Lymphs | 56 H | % | 14 - 46 | | RN |
| Monocytes | 8 | % | 4 - 13 | | RN |
| Eos | 4 | % | 0 - 7 | | RN |
| Basos | 1 | % | 0 - 3 | | RN |
| > Polys (Absolute) | 1.1L | X 10-3/uL | 1.8 - 7.8 | | RN |
| Lymphs (Absolute) | 1.9 | X 10-3/uL | .7 - 4.5 | | RN |
| Monocytes(Absolute) | .3 | X 10-3/uL | .1 - 1.0 | | RN |
| Eos (Absolute Value) | .1 | X 10-3/uL | .0 - .4 | | RN |
| Baso(Absolute) | .0 | X 10-3/uL | .0 - .2 | | RN |

Emre Beken MD
Medical Director

DIREC

LAB: RN LABCORP RARITAN
69 FIRST AVE, RARITAN,  NJ 08869-0000

Diagnostic Reports
Name: _____
Date / Time: 11/10/00

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report

19426001 AREA/ROUTE/ST.P: AO—CH
SCI GRATERFORD
PO BOX 246
GRATERFORD, PA 19426

*Perry OP4246*

**SB** **SmithKline Beecham**
*Clinical Laboratories*

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| SCIGR2693, 2693 | | SCIGR2693 | | | 22 | M | KULAYLAT |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0014843 | KP267149P | 0014843 | 05041999 10:40 | 05051999 | 05061999 | 7:26 |

REMARKS

EAST
TIM

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | S |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | C |

Date of Birth: 11/04/1976
A COPY OF THIS REPORT HAS BEEN SENT TO: CONTRACT LABORATORY SCVS, INC.
                                        1437 DEKALB ST – STE 102
                                        NORRISTOWN, PA 19401


HIV-1 AB SCREEN              NON-REACTIVE                        NON-REACTIVE

    ***NOTE:  A NON-REACTIVE RESULT INDICATES THAT HIV1 (HTLV-III)
              ANTIBODIES HAVE NOT BEEN FOUND IN THIS PATIENT SPECIMEN.
              A NON-REACTIVE RESULT, HOWEVER, DOES NOT PRECLUDE
              PREVIOUS EXPOSURE OR INFECTION WITH HIV1.


         )) END OF REPORT – SCIGR2693, 2693 KP267149P ((


MAY 11

Diagnostic Reports
Name: Dr. Ramon B. Keine
Date: 5/9/99   12np.14
A         Ⓝ        NCS
A-Requires A DC78 SOAP Note

19426001 AREA/ROUTE/S  : AO-CH
SCI GRATERFORD
PO BOX 246
GRATERFORD, PA 19426


**SmithKline Beecham**
*Clinical Laboratories*

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| PEAY, DP4246 | DP4246 | | 22 | M | SOLOMONE |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0009613 | KP383783M | 0009613 | 01141999 06:00 | 01151999 | 01191999 | 11:16PI |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE COD |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: 11/04/1976
A COPY OF THIS REPORT HAS BEEN SENT TO: CONTRACT LABORATORY SCVS, INC.
                                        1437 DEKALB ST - STE 102
                                        NORRISTOWN, PA 19401

==================================

OVA & PARASITES, FECES
   STATUS:             FINAL
   CONCENTRATE RESULT: NO PARASITES SEEN
                       NO WHITE BLOOD CELLS SEEN
   TRICHROME RESULT:  NO PARASITES SEEN
                       NO WHITE BLOOD CELLS SEEN

==================================

CULTURE, STOOL
   (SAL/SHIG/CAMPY)
   SOURCE:             BOWEL
   STATUS:             FINAL
   RESULT:             NO ENTERIC CAMPYLOBACTER, SALMONELLA OR SHIGELLA
                       SPECIES ISOLATED.

        >> END OF REPORT <<

*Diagnostic Reports*
Name:
Date:
A
A-Requires A DC78 SOAP Note

KP

NCS

2/4/99
Miguel Salomon, M.D.
CPS Physician

KP

RECEIVED
FEB 0 9 1999
MEDICAL RECORDS DEPT
SCI GRATERFORD

Diagnostic Reports
Name:
Date:
A          ii      NCS
A-Requires a DC 472 SOAP Note

# CONTRACT LABORATORY SERVICES, INC.

John J. Zaro, D.O., PhD. — Medical Director
1437 DeKalb Street, Suite 102, Norristown, Pennsylvania 19401
Phone:(610)239-5071    Fax:(610)239-5079


Name: PEAY   ID: DP4246   DOB: 11/04/76   Sex: M


SCI GRATERFORD

Physician: SOLOMON        Drawn: 01/11/99


| Test Name | Result | Flag | Units | Range |
|-----------|--------|------|-------|-------|
| **CBC** | | | | |
| WBC | 4.6 | | K/UL | (4.2-10.5) |
| RBC | 4.69 | | M/UL | (4.5-6.30) |
| Hgb | 15.0 | | G/DL | (14-18) |
| HCT | 41.6 | | % | (40-52) |
| MCV | 89 | | FL | (80-97) |
| MCH | 32 | | PG | (27-34) |
| MCHC | 36 | | % | (31.5-36) |
| RDW | 12.4 | | % | (11.5-14.5) |
| PLT | 274.0 | | K/UL | (140-440) |
| POLY % | 35.4 | L | % | (45-70) |
| LYM % | 52.9 | H | % | (22-44) |
| MONO % | 11.7 | | % | (4-12.9) |
| POLY ABSOLUTE | 1.7 | | K/UL | (1.5-7.8) |
| LYMPH ABSOLUTE | 2.4 | | K/UL | (1.5-4.1) |
| MONO ABSOLUTE | 0.5 | | K/UL | (0.2-1.3) |

*** Other ***
| | | | | |
|---|---|---|---|---|
| H. Pylori | NEG | | +/- | (No Range) |

RECEIVED
JAN 1 9 1999
MEDICAL RECORDS DEPT
SCI GRATERFORD

Peter Baddick, D.O.
Medical Director

Diagnostic Reports
Name:
Date:
A
A-Requires a DC 472 COAP Note

Primary Instrument Operator: L MCGREGOR, MT  Signature:
Date: 01/12/99          Page: 1          Time: 16:32:22

JERSEY SHORE HOSPITAL LABORATORY
JERSEY SHORE, PA 17740
05/08/98                    PHONE:717-398-1442                    CHEM - 1
5:03              DANIEL HILL,M.D. - DIRECTOR
                    ** FINAL REPORT **

NAME: PEAY STRATTON                         MR #: 922542    ID #:98232891
LOC: SCI-CAMP HILL D    ROOM:              SEX: M    AGE:  21
DR: LASKEY,MARTIN (CAMPH                   D.O.B.11/04/76
  COPY TO DR.LASKEY,MARTIN (CAMPHILL/DCC)

  COLLECTED: 5/07/98 06:35    S2      ACCESSION #:8127-GL2213
  RECEIVED:  5/07/98 17:39    SLJ
  COMPLETED: 5/07/98 22:13              PATIENT'S #:DP4246          12 MAY 19

  COMMENT:FAST                          REVIEWED BY
                                        NOT SIGNIFICANT UNLESS

===============================================================================
PROCEDURE                RESULT        UNITS      EXPECTED RANGE      TECH

                    CHEMISTRY
PROFILE
HEALTH PROFILE #3
    WBC              3.5 L        X 10^3        4.5-11.0          SE
    RBC              4.93         X 10^6        4.20-5.40         SE
    HGB              15.1         g/dl          13.0-17.0         SE
    HCT              44.4         %             38.0-52.0         SE
    MCV              90.2         um^3          80.0-100.0        SE
    MCH              30.7         pg            26.0-33.0         SE
    MCHC             34.0         g/dl          32.0-36.0         SE
    RDW              12.3         %             11.0-15.0         SE
    PLT              216          X 10^3        150-450           SE
    MPV              9.3          um^3          7.4-10.4          SE
    LYMPH %          52.1 H  (1)  %             20.0-45.0         SE
    MONO %           10.7         %             1.0-12.0          SE
    NEUT%            33.1 L       %             55.0-75.0         SE
    EOS%             3.8          %             0.0-4.0           SE
    BASO%            0.3          %             0.0-1.0           SE
    LYMPH #          1.8          X 10^3        1.0-4.5           SE
    MONO #           0.4          X 10^3        0.0-0.8           SE
    NEUT#            1.2 L        X 10^3        2.0-7.7           SE
    EOS              0.1          X 10^3        0.0-0.7           SE
    BASO             0.0          X 10^3        0.0-0.2           SE
    GLUCOSE          79           mg/dl         70-105            MB
    SODIUM           137          mEq/l         133-145           MB
    POTASSIUM        3.9          mEq/L         3.3-5.1           MB
    CHLORIDE         103          mEq/L         96-108            MB
    CARBON DIOXIDE   26           mmol/L        22-29             MB
    CALCIUM          8.8          mg/dl         8.4-10.2          MB
    PHOSPHORUS       3.4          mg/dl         2.6-4.5           MB
    LDH              131          U/L           94-250            MB
    SGOT/AST         19           U/L           0-37              MB
    SGPT/ALT         25           U/L           0-40              MB
    ALK PHOS         75           U/L           39-117            MB
    GGT              48           U/L           11-51             MB

(1) LYMPHOCYTOSIS

JERSEY SHORE HOSPITAL LABORATORY
1020 THOMPSON ST.

05/08/98                    JERSEY SHORE, PA  17740-0689                    CHEM  -  2
  5:03                       DANIEL HILL,M.D. -  DIRECTOR
                              ** FINAL REPORT **

NAME: PEAY STRATTON                         MR #:922542   ID#:98232891
LOC: SCI-CAMP HILL D  ROOM:                 SEX:M       AGE:  21
DR: LASKEY,MARTIN (CAMPH                     D.O.B.11/04/76
  COPY TO DR. LASKEY,MARTIN (CAMPHILL/DCC)
                                            ACCESSION #:8127-GL2213

  COLLECTED: 5/07/98 06:35      S2
  RECEIVED:  5/07/98 17:39      SLJ         PATIENT'S #:DP4246
  COMPLETED: 5/07/98 22:13
                                            REVIEWED BY

  COMMENT:FAST                              NOT SIGNIFICANT UNLESS


============================================================================
PROCEDURE                    RESULT         UNITS      EXPECTED RANGE    TECH
============================================================================
HEALTH PROFILE #3    Continued
    TOTAL BILIRUBIN          0.6            mg/dl      0.0-1.0           MB
    DIRECT BILIRUBIN         0.1            mg/dl      0.0-0.3           MB
    BUN                      10             mg/dl      6-19              MB
    CREATININE               0.7            mg/dl      0.5-1.2           MB
    URIC ACID                5.2            mg/dl      3.4-7.0           MB
    TOTAL PROTEIN            7.6            G/DL       5.9-8.4           MB
    ALBUMIN                  4.8            g/dl       3.2-5.2           MB
    CHOLESTEROL              129            mg/dl      0-200             MB
    TRIGLYCERIDE             75             mg/dl      25-200            MB
    GLOBULIN                 2.8            g/dl       2.3-5.3           MB
    A/G RATIO                1.71                      1.06-1.95         MB
    RPR                      NONREACT                                    MB
    COLOR                    YELLOW                                      SH
    APPEARANCE               CLEAR                                       SH
    GLUCOSE                  NEGATIVE                                    SH
    BILIRUBIN                NEGATIVE                                    SH
    KETONE                   NEGATIVE                                    SH
    SP. GR.                  1.020                                       SH
    pH                       6.5                       4.5-8.0           SH
    PROTEIN                  NEGATIVE                                    SH
    UROBILINOGEN             0.2            EU/dl      0.1-2.0           SH
    NITRITE                  NEGATIVE                                    SH
    BLOOD                    NEGATIVE                                    SH
    LEUK. ESTERASE           TRACE A                                     SH

```
                    JERSEY SHORE HOSPITAL LABORATORY
                              1020 THOMPSON ST.
05/08/98                  JERSEY SHORE, PA  17740-0689              URINE - 1
  5:03                  DANIEL HILL, M.D. -  DIRECTOR
                            ** FINAL REPORT **

NAME: PEAY STRATTON                   MR #:922542  ID#:98232891
LOC: SCI-CAMP HILL D  ROOM:           SEX:M    AGE: . 21
DR: LASKEY,MARTIN (CAMPH               D.O.B.11/04/76
 COPY TO DR. LASKEY,MARTIN (CAMPHILL/DCC)
                                      ACCESSION #:8127-GL2213

 COLLECTED: 5/07/98 06:35    S2
 RECEIVED:  5/07/98 17:39    SLJ      PATIENT'S #:DP424
 COMPLETED: 5/07/98 22:13
```

REVIEWED BY PHIL RICHARDSON, PA-C PHYSICIAN ASSISTANT - WHS

1 2 MAY 1998

COMMENT:FAST

NOT SIGNIFICANT UNLESS

```
=====================================================================
PROCEDURE                   RESULT        UNITS    EXPECTED RANGE   TECH

                          URINALYSIS
URINALYSIS
U/A + MICROSCOPIC
     URINE WBC'S             5-10 A       /hpf                       SH
     URINE RBC'S             2-4  A       /hpf                       SH
     URINE BACTERIA        NONE SEEN      /hpf                       SH
     EPITHELIAL CELLS      NONE SEEN      /hpf                       SH
     URINE MUCUS           NONE SEEN      /lpf                       SH
     URINE CASTS           NONE SEEN      /lpf                       SH
     URINE CRYSTALS        NONE SEEN      /lpf                       SH
```

## Correctional Industries Optical Laboratory
451 Fullerton Avenue, Cambridge Springs, Pennsylvania 16403
(814) 398-5400 EXT. 5615      FAX (814) 398-5617

| PATIENT  _Peay_ | | | | CONTACT PERSON  _Vic_ | | |
|---|---|---|---|---|---|---|
| INSTITUTION  _SCIC_ | | | | DOC #  _DP 4246_ | | |

| DIST. | SPHERE | CYL. | AXIS | DECENTER | | PRISM & BASE |
|---|---|---|---|---|---|---|
| | | | | IN | OUT | |
| R | +00 | | | | | |
| L | | | | | | |

| NEAR | ADD | SEG. HGT. | SEG. TYPE | INSET | TOTAL INSET | P.D. | | |
|---|---|---|---|---|---|---|---|---|
| R | | | | | | DIST. | R | L |
| L | | | | | | NEAR | R | L |

**FRAME INFORMATION**

CIRCLE ONE: (LAB SUPPLY)    FRAME ENCL.    TO COME    LENSES ONLY    CALL FOR FRAME

PLASTIC FRAME    METAL    RIMLESS    HALF-EYE

| FRAME MFG - STYLE  _M150_ | | NAME | |
|---|---|---|---|
| EYE SIZE  _44_ | BRIDGE | COLOR  _BrgAn_ | **LENS INFORMATION** CIRCLE ONE    TINT    COATING |
| TEMPLE SIZE AND STYLE  _140_ | DROP BALL | DATE  _3-23-9_ | PLASTIC    HI INDEX PLASTIC 2.2 THK    POLYCARB OTHER - SPECIFY 3.0 IND. THK    LENS COLOR _____ |

**VISION SAFETY NOTICE: READ & SIGN BELOW**

* Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21 CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.
* If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.
* The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your protection, scratched or pitted lenses should be replaced immediately.
* If your occupational and recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

SPECIAL INSTRUCTIONS:

INMATE'S SIGNATURE:

R No. _269_    FACTORY ORDER #  _243787_

DATE ORDERED
DATE RECEIVED
DATE COMPLETED

| | PHS CHARGE | INMATE CHARGE |
|---|---|---|
| FRAME CHARGE | 3.00 | |
| LENS CHARGE | 8.50 | |
| COLOR | | |
| PRISM | | |
| – DIOPTER ; 6SPH 2CYL. | | |
| EDGE | | |
| RIMLESS | | |
| CASE | | |
| SHIPPING | 1.75 | |
| | | |
| TOTAL | 12.25 | |
| BILLING DATE | | |

DISTRIBUTION:  WHITE - INVOICE    CANARY - CUSTOMER    PINK - LAB OFFICE    GOLDENROD - SENDING INSTITUTION

Date _3/22/01_ Time _____ History _____

_____ Newu _____

_____

V.A.          Unaided (Distance)        Unaided (Near)        With Old R (Distance)        Old R (Near)

O.D. _20/2_        O.D. _J1_        O.D. _____        O.D. _____

O.S. _20/2_        O.S. _J1_        O.S. _____        O.S. _____

External Examination _Nml_ _____

_____

Ophthalmoscopy _Nml_ _____

_____

_____ Tonometry _____ OD ____ OS ____

Remarks _Re-Exam 3m_ _____

_____

_____

Phoria          Hor._____          Ver._____          Near _____

R: O.D. _+0.75_          V.A.          O.S. _+0.75_          V

P.D. _____          Signature _____          William Troppanuer          M.D/O
                                                              Optometry

DC-451

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**OPHTHALMOLOGIC/OPTOMETRIC**

**EXAMINATION RECORD**

Inmate Name: _Peay_

Inmate Number: _DP 4246_

DOB:

Institution:

Attachment I

# TELEBINOCULAR/AUDIOGRAM TESTING

Date: 5/8/08

|  | Pass | Fail |
|---|---|---|
| Depth Perception | | ✗ |
| Color Perception | ✓ | |

(Any failure of depth or color perception should be reflected in the PULHEST rating.)

## ACUITY TEST

| Acuity Values | Both Eyes | Right Eye | Left Eye |
|---|---|---|---|
| Far Point | 20/20 | 20/20 | 20/30 |
| Near Point | 20/20 | 20/20 | 20/30 |

### TESTED

With Glasses/Contacts _____     Without Glasses/Contacts ✓

(If acuity value of either or both eyes is above 20/40 then the inmate should be referred to optometrist)

Date: _____

## AUDIOGRAM

|  | 125 | 250 | 500 | 750 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Hearing Threshold Level in dB: -10, 0, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 110

|  | 125 | 250 | 500 | 750 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EAR RIGHT | | | 20 | | 10 | | 10 | 5 | 10 | | |
| LEFT | | | 20 | | 10 | | 10 | 5 | 15 | | |

Telebinocular/Audiogram Testing
Commonwealth of Pennsylvania
Department of Corrections
DC -

Inmate Name: Peay, Stratton

Inmate Number: DP 4246

DOB: 11/4/76

Institution: SCIC



**Inpatient Vital Signs Flow Sheet**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-475**

Inmate Name: _PEAY_

Inmate Number: _DP 4246_

DOB:

Institution: _SCI GRA_

RECEIVED

JUL 17 2002

MEDICAL RECORDS DE
SCI GRATERFORD

# INDIVIDUAL TREATMENT PLAN

| (1) Name S Peay | (2) DC# DP-4346 | (3) Assigned PSA B. Ladunne |
|---|---|---|
| (4) ICD Code NONE | (5) GAF ~~NAS~~ 75 | (6) Assigned Psychiatrist Dr. Henninghan |

(7) Date of Last Treatment Plan Review

| (8) Problems & Goals (Minimum of 2) | (9) Treatment Objectives (Observable & Measurable) | (10) Objectives Target Date |
|---|---|---|
| No indication from inmue of any psychiatril psychological problem Mr. Peay again Cas in 6/25/02) told stuff he was suicidal in order to get to infirmary to discuss medical problem | Cleared for discharge by Psychiatry | NONE |

| Treatment Modalities Check All That Apply | Projected Frequency & Duration of Treatment | | | | (11) Anticipated Length of Treatment |
|---|---|---|---|---|---|
| | Once/ wk | Twice/ wk | Every 2 Weeks | Once/Mo. | |
| (12) Individual | | | | | Up to 3 Mos. _____ |
| (13) Group | | | | | Up to 6 Mos. _____ |
| | | | | | More than 1 Year _____ |
| (14) Employment | | | | | |
| (15) Education | | | | | |
| (16) Other (Specify) | | | | | |

## Review/Updates

Review and Update Treatment Plan on a new form as follows:

1. Initial Review (to be completed within 14 days of admission).
2. SNU reviews a minimum of one every 120 days.
3. At the request of the Unit Manager.

RECEIVED

JUL 17 2002

MEDICAL RECORDS DEPT.
SCI GRATERFORD

Refused to sign
(17) Client Signature/Date

(19) Counselor Signature          Date

Robert Coder 7/16/02  Violet A. Henninghan D.D
(18) Psychology Staff/Date Signature   (20) Psychiatrist Signature/Date 07/16/02   (21) Unit Manager Signature/Date

13.8.1, Access to Mental Health Care Procedures Manual
Section 5 - Special Needs Unit

**INPATIENT UNIT NURSING CARE PLAN**

Diagnosis _____ SI

Admission Date 6/24/02 Discharge Date _____

Please remember that each entry must be signed.

| DATE | PROBLEM OR NURSING DIAGNOSIS | NURSING INTERVENTION | OBJECTIVE AND/OR EXPECTED OUTCOME | DATE RESOLVED/ CHANGED |
|---|---|---|---|---|
| 6/24/02 | At risk for self harm. | 1:1<br>↓ vest<br>↓ blanket<br>f - food<br>↓ Meals<br>↓ eval<br>Med. eval | Stabilize Coudrsy/Px<br>Disch To blk<br>F/u ↓ | |

# RELEASE FROM RESPONSIBILITY FOR MEDICAL TREATMENT

I, _PEAY_ , an inmate at S.C.I. _SCIG_ ,
    (Inmate's name)                                              (Institution)
have been advised by the physician named below that I am in need of medical treatment for:

_X - RAY_

I understand the nature of the treatment is: (Attending physician: Give brief description of the medical treatment required, and the possible consequences of this inmate not receiving it.)

I hereby refuse this treatment. I have been fully advised of the nature of my ailment or injury and fully realize the effects that may result from my refusal to accept the prescribed treatment. I hereby release the attending physician, and the institution from all legal responsibility for any ill effects which may result from my refusal to accept medical treatment.

In signing this I certify that the above has been read and fully explained to me.

RALPH W. SMITH, MD
MEDICAL DOCTOR                          1-4-02

_____    _____          _____    _____
      Inmate Signature          Date                 Physician Signature         Date

_M Bassick_  1-2-02                _Col A. M____  1-2-02
_____    _____          _____    _____
      Witness Signature         Date                 Witness Signature           Date

Release from Responsibility for
Medical Treatment
Commonwealth of Pennsylvania
Department of Corrections
DC-462

Inmate Name     _PEAY_

Inmate Number   _DP 4246_

DOB:

Institution:    _SCIG_

RECEIVED

JAN - 7 2001

MEDICAL RECORDS DEPT
SCI GRATERFORD

# RELEASE FROM RESPONSIBILITY FOR MEDICAL TREATMENT

I, _PEAY_ , an inmate at S.C.I. _Graterford_
(Inmate's name)                                         (Institution)
have been advised by the physician named below that I am in need of medical treatment for:

_X-RAY (KUB)_

I understand the nature of the treatment is: (Attending physician: Give brief description of the medical
treatment required, and the possible consequences of this inmate not receiving it.)

I hereby refuse this treatment. I have been fully advised of the nature of my ailment or injury and
fully realize the effects that may result from my refusal to accept the prescribed treatment. I
hereby release the attending physician, and the institution from all legal responsibility for any ill
effects which may result from my refusal to accept medical treatment.

In signing this I certify that the above has been read and fully explained to me.

_REFUSED_        _12·31·01_          _SAMUEL KOTO4 M.D_   _12/31_
Inmate Signature        Date              Physician Signature        Date

_Col Domberosky_   _12·31·01_          _H Sethi_           _12/31/01_
Witness Signature        Date              Witness Signature         Date

---

Release from Responsibility for
Medical Treatment
Commonwealth of Pennsylvania
Department of Corrections
DC-462

Inmate Name _PEAY_

Inmate Number _DP4246_

DOB:

Institution: _SCIG_

RECEIVED
JAN 0 2 2001
MEDICAL RECORDS DEPT
SCI GRATERFORD

RE:  HIV CONSENT FORM
PENNA. DEPT. OF CORRECTIONS
SCI/GRATERFORD
Page 2 of 2


## COMMENT

I have read or someone has read to me the information on this form.  I have received an explanation about this information.  I have also been given or offered information about ways to prevent infecting myself and others with the HIV virus.  I have had a chance to ask questions and those questions have been answered to my satisfaction.  I request that a sample of blood be taken from me and tested for HIV antibodies.  I have been told how I will receive my test results and I agree to receive my results that way.

The fact that I have been tested and my results, together with any information that identifies or can be used to identify me, are confidential and, except as otherwise permitted by law, will not be given to anyone without my signed permission.

*******************************************************************************

INFORMATION ON PERSON REQUESTING AN HIV ANTIBODY TEST (PRINT)

| Last Name | First Name | MI | Birthdate | Age |
|---|---|---|---|---|
| Perry | Stralton | | 11-4-76 | 22 |

| SCI/Graterford | | Inmate Number |
|---|---|---|
| Institution | | DP4246 |

| Graterford | Montgomery | PA | 19401 |
|---|---|---|---|
| City | County | State | Zip |

RECEIVED
JUN 0 2 1999
MEDICAL RECORDS DEPT
SCI GRATERFORD

X S. Perry                          5-4-99
Signature of Person Consenting to the Test        Date

M. Becaskernera

I hereby authorize the performance upon ___STRATTON  PEAY___
Name of Patient

of the following procedure ___Removeal of warts on left thigh___
Name or description of operation or other procedure to be performed

To be performed under the direction of Dr. ___NEIL C HEFFERNAN PAC___

I acknowledge that the nature of such operation or procedure, its seriousness and probable outcome have been explained to me. I also acknowledge that no guarantee has been given to me by anyone concerning the results which may be obtained.

I understand that in consenting to the performance of this operation or procedure, I am authorizing as well all procedures which are ordinarily incident to the procedure including the administration of such anesthetics as may be considered advisable.

I consent to the disposal by medical department authorities of any tissues or parts which may be removed.

I consent to the performance of operations and procedures in addition to or different from those contemplated which the above named doctor or his associates or assistants may consider necessary or advisable in the course of the operation.

___a. PEAY  DP 4246___
Patient or person authorized to consent for patient

___Witness___

**NEIL HEFFERNAN, PA-C**
**PHYSICIAN ASSISTANT - WHS**

___
Relationship to Patient of person signing if other than Patient

Institution ___S C I CAMP hill___

Date ___7-21-98___

---

**DC-77**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**CONSENT TO OPERATION OR**

**OTHER MEDICAL PROCEDURES**

Inmate Identification

D.O.B. ___1-4-76___

SSN

Inst. No. ___DP- 4246___

Name ___PEAY  STRATTON___

# SELF-MEDICATION DISTRIBUTION PROGRAM INSTRUCTIONS

You have been selected to participate in a self-medication distribution program. You will receive up to a one month's supply of some of your medication.

You may need to report to the medication line daily for certain medications which are not allowed to be kept in your possession.

You must assume responsibility to take your medications properly, as labeled. Any medication found outside of the package, any selling of medication, any reported stolen medication or any loss of the medication package may result in your being removed from the self-medication distribution program. Any misuse of the medication could result in a misconduct. You must show all medication in your possession to any staff member upon request.

To obtain refills of your medication you must:

1.    Report to (A.M.) morning medication line.
2.    Bring your Photo I.D. - Be prepared to show your I.D. to Nursing Staff.
3.    Bring your empty medication card, bottle, tube, inhaler, etc., in order to receive refill.

I have received both written and verbal instructions on the self-medication distribution program, and I understand these instructions.

X _G. Prat___     5-6-98       _____ 5/6/98
Inmate Signature     Date        Nurse Signature     Date

White - Medical Record - File Under Legal       Canary - Inmate's Copy

| | |
|---|---|
| **Self-Medication Distribution Program Instructions** Commonwealth of Pennsylvania Department of Corrections DC-499 | Inmate Name: _Roy Shatton_ Inmate Number: _DP 4246_ DOB: _11/4/76_ |

DEPARTMENT OF CORRECTIONS    **THERAPEUTIC DIET ORDER FORM**    MEDICAL NUTRITION THERAPY

| Order Date: 2/21/02 | Expiration Date: 8/21/02 | Height: 5' 8" | Weight: 177 |
|---|---|---|---|

Potential food/drug interaction problems?  (i.e., Lithium, MAO Inhibitors, Theophylline):    Yes _____    No _____    (If Yes, explain):

## PA DOC STANDARD DIETS

☐ **DIABETIC:** Circle calorie level.  Diabetic diets have a total fat content <30%, Na restricted; HS snack <u>automatically</u> included.

      1500    2000    2500    3000

☐ **CARDIAC:** Fat/Cholesterol/Sodium Restricted: Total fat <30% of total calories; Saturated fat <7% of total calories; Cholesterol <200 mg/day; Sodium 3000-4000 mg; approximately 2500Kcal.

☐ **HIGH KCAL/PRO:**  120 gram protein, >4000 kcal.

☐ **MECHANICAL SOFT:**  Consistency modified to minimize need for chewing

☐ **RENAL (NON-DIALYSIS):**  60 gram protein, sodium, potassium, phosphorus & fluid controlled

☐ **CLEAR LIQUID:**  (duration 3 days max)

☐ **RENAL (DIALYSIS):**  80 gram protein, sodium, potassium, phosphorus & fluid controlled

☐ **FULL LIQUID:**  (duration 3 days max)

☐ **OTHER NON-STANDARD DIET:**

Additional modifications/comments:

H H Diet

Physician/PA Signature:  S. KOTH M.D

**WHITE** — Medical Records          **CANARY** — Food  Service

**Therapeutic Diet Order**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-465**

Inmate Name:  PEAY          ( L Block

Inmate Number:  DP 4246

DOB:

Institution:  SCI CRA

3  2/21/02

# INTER-INSTITUTIONAL
# TRANSFER RECEPTION SCREENING

Transferring Institution: _Camp Hill_    Receiving Institution: _Gra_    Date: _8-21-9?_

Current Acute Conditions/Problems: _Ø_

Chronic Conditions/Problems: _Ø_

Medications: (Name, Dosage, Frequency, Duration) _Ø_

Allergies: _NKDA_

Dietary Restrictions: _Ø_

Physical Disabilities/Limitations: _Ø_

Visible Signs of Dental Problems: _Ø_

Bruises, Deformities, Evidence of Trauma: _Ø_

Significant Medical History: _hx GSW 1996 ABD/ℝ(L) leg_

History of Drug/Alcohol Abuse (Specify): _denied_

General Appearance and Behavior: _Calm, lucid, cooperative_

Complaints: _no c/o_

## PHYSICAL AIDS

| (check as appropriate) | YES | NO | DESCRIPTION | | YES | NO | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Eyeglasses | | ✓ | | Orthotics, Braces | | ✓ | |
| Contact Lens | | | | Artificial Limbs | | | |
| Eye Prosthesis | | | | Crutches/Cane | | | |
| Hearing Aid | | | | Wheelchair | | | |
| Dentures | | | | Other | | | |

## FEMALES ONLY

Gravida _____    Para _N/A_

Date of Last Menstrual Period _____

Any chance of pregnancy now?    Yes    No

Any gynecological problems?

**Inter-Institutional Transfer Reception
Screening
Commonwealth of Pennsylvania
Department of Corrections
DC-479**

Inmate Name: _Peay_

Inmate Number: _DP 4246_

DOB: _11-4-76_

Institution: _Gra_

# INTER-INSTITUTIONAL
# TRANSFER RECEPTION SCREENING

Transferring Institution _Sci-Graf_     Receiving Institution: _Sci-Camp Hill_    Date: _5/6/98_

Current Acute Conditions/Problems: _C/o ① knee buckling under he_

Chronic Conditions/Problems: _none_

Medications:(Name, Dosage, Frequency, Duration) _none_

Allergies: _none NKDA_

Dietary Restrictions: _none_

Physical Disabilities/Limitations: _none_

Visible signs of Dental Problems: _none_

Bruises, Deformities, Evidence of Trauma: _none_

Significant Medical History: _GSW 1994 to Abd +Che_

History of Drug/Alcohol Abuse (Specify): _marijuana, alcohol_

General Appearance and Behavior: _WNL_

Complaints:

## PHYSICAL AIDS

| (check as appropriate) | YES | NO | DESCRIPTION | | YES | NO | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Eyeglasses | | ✓ | | Orthotics, Braces | | ✓ | |
| Contact Lens | | ✓ | | Artificial Limbs | | ✓ | |
| Eye Prosthesis | | ✓ | | Crutches/Cane | | ✓ | |
| Hearing Aid | | ✓ | | Wheelchair | | ✓ | |
| Dentures | | ✓ | | Other | | | |

**FEMALES ONLY**

Gravida _____ Para _____

Date of Last Menstrual Period _____

Any chance of pregnancy now? Yes   No

Any gynecological problems?

**Inter-Institutional Transfer Reception
Screening
Commonwealth of Pennsylvania
Department of Corrections
DC-479**

Inmate Name: _Ray, Stratton_

Inmate Number: _DP4246_

DOB: _11/4/76_

Institution: _Sci Camp Hill_

## MENTAL HEALTH STATUS

| (Check as Appropriate) | Yes | No | Comments |
|---|---|---|---|
| Do you hear voices? | | ✓ | |
| Do you have thoughts hurting yourself or others? | | ✓ | |
| Do you have history of depression? | | ✓ | |
| Is there a history of suicide attempts? | | ✓ | |
| Is there evidence of self-mutilation? | | ✓ | |

Psychiatric Follow-up care is needed (Circle those that apply):      Yes      (No)      Immediate      Routine

Medical Follow-up care is needed (Circle those that apply):      Yes      (No)      Immediate      Routine

Procedures for obtaining medical services explained (Circle one):      (Yes)      No

_____      5/6/98 1215
Nurse Signature, Title                              Date/Time

_____      5/6/98
Inmate Signature                                      Date

_____      _____
Witness Signature (if inmate refuses to sign)                      Date

Medical Chart Reviewed (Circle one):      Yes      No

Psychiatric referral is needed (Circle those that apply):      Yes      No      Emergency      Routine

Medical referral is needed (Circle those that apply):      Yes      No      Emergency      Routine

Is inmate medically cleared for general population?      Yes      No

_____      _____
Reviewing Nurse Signature, Title                      Date/Time

# INTER-INSTITUTIONAL
# TRANSFER RECEPTION SCREENING

Transferring Institution _Sci-Graf_     Receiving Institution: _Sci-Camp Hill_     Date: _5/6/98_

Current Acute Conditions/Problems: _C/o ℞ knee buckling under h___

Chronic Conditions/Problems: _none_

Medications:(Name, Dosage, Frequency, Duration) _none_

Allergies: _none NKDA_

Dietary Restrictions: _none_

Physical Disabilities/Limitations: _none_

Visible signs of Dental Problems: _none_

Bruises, Deformities, Evidence of Trauma: _none_

Significant Medical History: _GSW 1994 to Abd + Leg_

History of Drug/Alcohol Abuse (Specify): _marijuana, alcohol_

General Appearance and Behavior: _WNL_

Complaints:

## PHYSICAL AIDS

| (check as appropriate) | YES | NO | DESCRIPTION | | YES | NO | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Eyeglasses | | ✓ | | Orthotics, Braces | | ✓ | |
| Contact Lens | | ✓ | | Artificial Limbs | | ✓ | |
| Eye Prosthesis | | ✓ | | Crutches/Cane | | ✓ | |
| Hearing Aid | | ✓ | | Wheelchair | | ✓ | |
| Dentures | | ✓ | | Other | | | |

### FEMALES ONLY

Gravida _____     Para _____

Date of Last Menstrual Period _____

Any chance of pregnancy now?    Yes    No

Any gynecological problems? _____

**Inter-Institutional Transfer Reception
Screening
Commonwealth of Pennsylvania
Department of Corrections
DC-479**

Inmate Name: _Ray Stratton_

Inmate Number: _DP4246_

DOB: _11/4/76_

Institution: _Sci Camp Hill_

## MENTAL HEALTH STATUS

| (Check as Appropriate) | Yes | No | Comments |
|---|---|---|---|
| Do you hear voices? | | ✓ | |
| Do you have thoughts hurting yourself or others? | | ✓ | |
| Do you have history of depression? | | ✓ | |
| Is there a history of suicide attempts? | | ✓ | |
| Is there evidence of self-mutilation? | | ✓ | |

Psychiatric Follow-up care is needed (Circle those that apply):  Yes  (No)  Immediate  Routine

Medical Follow-up care is needed (Circle those that apply):  Yes  (No)  Immediate  Routine

Procedures for obtaining medical services explained (Circle one):  (Yes)  No

_____  5/6/98  1215
Nurse Signature, Title                                          Date/Time

__X B. Peay_____  5/6/98
Inmate Signature                                               Date

_____  _____
Witness Signature (if inmate refuses to sign)                 Date

Medical Chart Reviewed (Circle one):  Yes  No

Psychiatric referral is needed (Circle those that apply):  Yes  No  Emergency  Routine

Medical referral is needed (Circle those that apply):  Yes  No  Emergency  Routine

Is inmate medically cleared for general population?  Yes  No

_____  _____
Reviewing Nurse Signature, Title                              Date/Time

**OBSERVATIONS**

| | NORMAL or NONE | ABNORMAL/COMMENTS: |
|---|---|---|
| Appearance | ✓ | |
| Tremors | ✓ | |
| Sweating | ✓ | |
| Any Recent Injury (specify) | ✓ | |
| Bruises | ✓ | |
| Lesions | ✓ | |
| Jaundice | ✓ | |
| Rashes | ✓ | |
| Infestation | ✓ | |
| Needle marks | ✓ | |
| Persistent Cough | ✓ | |
| Lethargy | ✓ | |
| Speech & Posture | ✓ | |
| Teeth and Gums | ✓ | |
| Physical Limitations | ✓ | |
| Deformities | ✓ | |
| Ease of Movement | ✓ | |
| Other | | |

**PHYSICAL AIDS**

| (check as appropriate) | YES | NO | DESCRIPTION | | YES | NO | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Eyeglasses | | ✓ | | Orthotics, Braces | | ✓ | |
| Contact Lens | | ✓ | | Artificial Limbs | | ✓ | |
| Eye Prosthesis | | ✓ | | Crutches/Cane | | ✓ | |
| Hearing Aid | | ✓ | | Wheelchair | | ✓ | |
| Dentures | | ✓ | | Other | | ✓ | |

List physical aids sent with inmate: _____ Ø _____

**FEMALES ONLY:**

Menstrual Period (circle one):    Regular          Irregular        Last Menstrual Period: _____

Para/Gravida _____        Last Pap Smear _____

Any chance of pregnancy now? (circle one):   YES      NO

Any Gynecological Problems? _____

_____

_____

_____

**Initial Reception Screening**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-471**

| | |
|---|---|
| Inmate Name: | PEAY, STRATTON |
| Inmate Number: | DP-4246 <br> DOB: 11/04/76 |
| DOB: | |
| Institution: | |

# MENTAL HEALTH REVIEW:

| (check as appropriate) | YES | NO |
|---|---|---|
| Do you hear voices? | | ✓ |
| Do you have thoughts of hurting yourself or others? | | ✓ |
| Do you have a history of depression? | | ✓ |
| Impaired Speech? | | ✓ |
| Evidence of self-mutilation? | | ✓ |
| Oriented to time, place, person? | ✓ | |
| Other significant observations? | | ✓ |

Observations: _____

Suicide attempts: (circle one)    Yes    (No)
  If yes, How many times?_____

If yes, why/where/when/how: _____

Past Psychiatric Hospitalizations/Outpatient Treatments/Partial Hospitalizations: ∅

Previous Diagnosis as stated by Inmate: _____

Psychotropic Medications, Dosage and Frequency: _____

When last taken: _____

Psychiatric referral is needed (Circle those that apply):    Yes    (No)    Emergency    Routine

Medical referral is needed (Circle those that apply):    (Yes)    No    Emergency    (Routine)

If yes, indicate date and time referral was made: _____
                                                      Date                  Time

Is inmate medically cleared for general population?    (Yes)    No

Access to medical service explained to inmate?    (Yes)    No

_____ RN 4/24/98 1835        _____ 4-24-98
Interviewer's Signature, Title    Date/Time        Inmate Signature         Date

_____        _____
Witness (if inmate refuses to sign)    Date        Interpreter Signature (if needed)    Date

# INMATE IMMUNIZATION RECORD

Allergies: ⌀

| IMMUNIZATION | | | | | | |
|---|---|---|---|---|---|---|
| Tetanus/Diphtheria | Date: | 4·24·95 | | | | |
| | Lot: | 457·0P4 | | | | |
| | Mfg: | Lederle | | | | |
| | Site: | Ⓡ deltoid | | | | |
| | Initials: | BB | | | | |
| Flu | Date: | | | | | |
| | Lot: | | | | | |
| | Mfg: | | | | | |
| | Site: | | | | | |
| | Temp: | | | | | |
| | Initials: | | | | | |
| Pneumococcal | Date: | | | | | |
| | Lot: | | | | | |
| | Mfg: | | | | | |
| | Site: | | | | | |
| | Temp: | | | | | |
| | Initials: | | | | | |
| Hepatitis B | Date: | | | | | |
| | Lot: | | | | | |
| | Mfg: | | | | | |
| | Site: | | | | | |
| | Temp: | | | | | |
| | Initials: | | | | | |
| Other: | Date: | | | | | |
| | Lot: | | | | | |
| | Mfg: | | | | | |
| | Temp: | | | | | |
| | Initials: | | | | | |

| Initials | Signature | Initials | Signature | Initials | Signature |
|---|---|---|---|---|---|
| BB | S. Keenckle | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Inmate Immunization Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-486**

Inmate Name:    PEAY, STRATTON

Inmate Number:    DP-4246
DOB: 11/04/76

DOB:

Institution:

# TUBERCULOSIS SUMMARY RECORD

4/24/98

This record will be initiated at hire/reception and updated by each facility throughout employment/incarceration.

**Tuberculous History** - (To be completed at time of hire/reception)

Current Symptoms of TB: ☑ None  ☐ Cough  ☐ Fever  ☐ Night Sweats  ☐ Weight Loss  ☐ Malaise  ☐ Other

**Multidrug Resistant?**

| | No | Yes | If Yes, Date | Yes | No | Not Known |
|---|---|---|---|---|---|---|
| | | | | N/A | N/A | N/A |
| Known Previous Positive PPD? | ☑ | ☐ | | ☐ | ☐ | ☐ |
| Known Prior History of TB Exposure? | ☑ | ☐ | | ☐ | ☐ | ☐ |
| Known Prior History of TB Disease? | ☑ | ☐ | | ☐ | ☐ | ☐ |
| Known Completion of TB Preventive Therapy? | ☑ | ☐ | | N/A | N/A | N/A |
| Known Completion of Therapy for TB Disease? | ☑ | ☐ | | ☐ | ☐ | ☐ |

**Treatment for TB During Incarceration**  Drugs:

| | No | Yes | Offered but Refused | Dates/Comments |
|---|---|---|---|---|
| Preventive Therapy? | ☐ | ☐ | | |
| Therapy for Active Disease? | ☐ | ☐ | N/A | |
| Therapy After DOC Release | ☐ | ☐ | N/A | |
| HIV Testing: | ☐ | ☐ | | |

Post Release DOT Appointment:    Date:    Place:

Local DOH/County Health Dept. (notified)    Date:    Initials:

**PPD RECORD** ☐ 10mm - EMP  ☐ 5mm - INMATES

| DATE PLANTED | | SITE | DATE READ | | SIZE |
|---|---|---|---|---|---|
| DATE | SIGNATURE | | DATE | SIGNATURE | |
| 4/24/9 | S. Green | (L)Forearm | 4/27/98 | Hauepta | 0mm |
| 4/6/98 | D. Knu | (R)FA | 5-8-98 | Mparate RN | 0mm |
| 4/30/99 | T. MARTYNENKO, RN | (L)FA | 5/2/99 | T. MARTYNENKO RN | 0mm |
| 4/26/00 | Whaly | LFA | 4/28/00 | Whaly | 0mm |
| 4/17/01 | BV March | LFA | 4/20/01 | BV March | 0mm |
| 4/22/02 | BV March | LFA | 4/24/02 | BV March | 0mm |

4-30-98

Employee/Inmate Name:  PEAY, STRATTON  DP-4246  DOB: 11/04/76

Employee/Inmate Number:

DOB:

Institution:  SCI/GRATERFORD

**TB Summary Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-469**

## TUBERCULOSIS SUMMARY RECORD

### Anergy Testing

| 1 Candida | Date test applied: | initials | Manufactures/Lot #: | | |
|---|---|---|---|---|---|
| | Date test read: | initials | Anatomic site: | Result: | mm |
| Trichophyton/Mumps | Date test applied: | initials | Manufactures/Lot #: | | |
| | Date test read: | initials | Anatomic site: | Result: | mm |
| 2 Candida | Date test applied: | initials | Manufactures/Lot #: | | |
| | Date test read: | initials | Anatomic site: | Result: | mm |
| Trichophyton/Mumps | Date test applied: | initials | Manufactures/Lot #: | | |
| | Date test read: | initials | Anatomic site: | Result: | mm |
| 3 Candida | Date test applied: | initials | Manufactures/Lot #: | | |
| | Date test read: | initials | Anatomic site: | Result: | mm |
| Trichophyton/Mumps | Date test applied: | initials | Manufactures/Lot #: | | |
| | Date test read: | initials | Anatomic site: | Result: | mm |

### Chest X-ray Results

| Date X-ray Taken | Result Code * / Comment | Date X-ray Taken | Result Code * / Comment |
|---|---|---|---|
| 4.27.98① | | | |
| | | | |
| | | | |
| | | | |

* X-ray Codes: 1 = Normal  2 = Abnormal, consistent with active TB disease  3 = Abnormal, consistent with inactive prior TB disease
4 = Abnormal, but not indicative of TB disease  5 = Converter  6 = Contact Investigation  7 = Cavitary  8 = Non-Cavitary

### TB Comments:

| DATE | EVENT/COMMENT | INITIALS |
|---|---|---|
| / / | | |
| / / | | |
| / / | | |
| / / | | |
| / / | | |
| / / | | |
| / / | | |
| / / | | |
| / / | | |

# DENTAL RECORD

| Purpose of Examination | ☑ Initial   ☐ Other (Specify): |
|---|---|
| Type of Examination (Circle one): 1   2   ③   4 | PULHEST Classification (Circle one): 1   ②   3   4   5 |

**INITIAL EXAMINATION: Missing Teeth and Existing Restorations**

AoL ⇒ ←
AO

1 2 3 4 5 6 7 8 | 9 10 11 12 13 14 15 16

**Lingual**

32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17

→ ←

AOF  AoF                                    AOF

**Facial**

| Medical History | Y | N |
|---|---|---|
| Heart Trouble.................... | ( ) | (√) |
| High Blood Pressure.......... | ( ) | (√) |
| Rheumatic Fever................ | ( ) | (√) |
| Asthma............................. | ( ) | (√) |
| Diabetes........................... | ( ) | (√) |
| Tuberculosis...................... | ( ) | (√) |
| Hepatitis........................... | ( ) | (√) |
| Epilepsy............................ | ( ) | (√) |
| Psychiatric Treatment....... | ( ) | (√) |
| Excessive Bleeding............ | ( ) | (√) |
| Anemia.............................. | ( ) | (√) |
| Venereal Disease............... | ( ) | (√) |
| Allergies (Identify)............ | ( ) | (√) |

Institution: SCIC

Signature: J. Selcher, DDS

Date: 5-8-98   Time: 1359

**Diseases & Abnormalities**

1 2 3 4 5 6 7 8 | 9 10 11 12 13 14 15 16

**Lingual**

32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17

F

**Facial**

CALCULUS: ☑ Slight ☐ Moderate ☐ Heavy

PERIODONTITIS:   ☐ Local ☑ General

☑ Incipient ☐ Moderate ☐ Severe

STOMATITIS (Specify): ☑ Gingivitis ☐ ANUG

DENTURES NEEDED: (Include dentures needed after indicated extractions)   NO
☐ Full Upper ☐ Full Lower
☐ Partial Upper ☐ Partial Lower

Indicate X-Rays used in this examination
☐ Full Mouth Periapial
☐ Posterior Bite-Wings
☑ Other (Specify) Panograph.

This is only to be signed if x-rays were taken to complete this examination.

Institution: Sci-Graterford

Signature: RONALD BURKHOLDER, D.

Date: 17 Mar 2000   Time:

**Dental Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-458**

Inmate Name: Peay, Stratton

Inmate Number: DP 4246

DOB: 11-4-76

Restorations and Treatments (Completed during incarceration)    equent Diseases and Abnormalities



## SERVICES RENDERED

| Date Time | Tooth # | Diagnosis - Treatment - Signature | SCI | T # |
|---|---|---|---|---|
| 7-12 99 | | Dental s/c pt reg. Dr. appt. 9-1-99 9:00 am. | | |
| | | C. Hestand | | |
| 3/17/00 05:15 | | S/c - reg. due hyg. appt. due nxt : 5/9/00 @ 2:30 | G | |
| | | C. Kantner RDH | | |
| 17 Mar 2000 | | SickCall - Exam - Charted - Panorex - tx - Consult Dr. Bruce Mueller | G | 2 |
| | | Nxt Hygiene - 9 May 2000 - 2:30    RONALD BURKHOLDER, D.D.S. | | |
| 5/9/00 14:45 | | Prophy: Cavitron, handscale, polish, full mouth | G | |
| | | OHI / appt. on sc chart C. Kantner - RDH C. Kantner RDH | | |
| 5/18/00 1820 | | pt request appt for dental care 17 2000 | | |
| | | M. J. HUDSON, D.D.S. | | |

# PROBLEM LIST

| Prob. Letter | Date | Chronic Problems | ICD-9-CM |
|---|---|---|---|
| A | 4/14/98 | Hx. G.S.W. to Abd. r (L) leg | 959.1 |
| B | 8/24/01 | Chronic Abd Pain | 789.0 |
| C | 6/02 | Chronic Constipation | |
| D | | | |
| E | | | |
| F | | | |
| G | | | |
| H | | | |

| Prob. # | Date | Temporary Problems | Recurrence Date 1 | 2 | 3 | 4 | 5 | ICD-9-CM |
|---|---|---|---|---|---|---|---|---|
| 1 | 1996 | S/P abd explority 2° GSW | | | | | | |
| 2 | 9/99 | Otitis (R) | | | | | | |
| 3 | 1/00 | erosion of flmil shift | | | | | | |
| 4 | 1/00 | (R) plant due wm | | | | | | |
| 5 | 4/00 | three cupsles | | | | | | |
| 6 | 7/5/00 | Inmate states "I feel dizzy, I think I have a cold" | | | | | | 780.4 460 |
| 7 | 7/6/00 | Bronchitis | | | | | | 490 |
| 8 | 10/00 | Follow up of Pneumonia | | | | | | 4048 |
| 9 | 4/2/00 | r/o allergy to miner | 11/3/00 2035 | | | | | |
| 10 | | mut combination | | | | | | |
| 11 | 12/00 | URI | | | | | | 465.9 |
| 12 | 1/01 | R/o Depressiv | | | | | | 311 |
| 13 | 5/01 | Gastroentritis | | | | | | 558.9 |
| 14 | 6/01 | LBP | | | | | | 724.2 |
| 15 | | Laurat of (R) system | | | | | | |

**Problem List**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC - 467**

Inmate Name:

Inmate Number:

DOB:

Institution:

PEAY, STRATTON
DP-4246
DOB: 11/04/76