IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY,                    :        CIVIL ACTION
                    Plaintiff         :
                                       :
             v.                        :
                                       :
DONALD VAUGHN, et al.,                 :
                    Defendants         :        NO.  02-2688

## ORDER

AND NOW, this          day of          , 2003, upon consideration of the Joint

Defense Motion to Stay Pretrial Filings Pending Disposition of the Motions for Summary

Judgment, it is hereby ORDERED that said motion is GRANTED.  A new scheduling order will

be issued after the disposition of both summary judgment motions, if necessary.

BY THE COURT:

_____
Jacob P. Hart
UNITED STATE MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al., | : | |
| Defendants | : | NO. 02-2688 |

## JOINT DEFENSE MOTION TO STAY PRETRIAL FILINGS PENDING DISPOSITION OF THE SUMMARY JUDGMENT MOTIONS

1. This Court issued a Scheduling Order on June 10, 2003 setting the deadline for fact and expert discovery at July 25, 2003.

2. By the same order, dispositive motions and Daubert motions were to be filed by August 15, 2003.

3. Moreover, all Motions in Limine and a Pretrial Stipulation, signed by all counsel, must be filed by August 29, 2003.

4. A final Pretrial Conference and Jury Selection are to take place on September 15, 2003, with trial to follow immediately.

5. Commonwealth defendants Superintendent Vaughn, Sergeant Thomas and Corrections Health Care Administrator Knauer filed a Motion for Summary Judgment on August 15, 2003.

6. Defendant Dr. Smith also filed a Motion for Summary Judgment on August 15, 2003.

7. In the interest of efficiency, all defendants now move this Court to stay pretrial filings pending the disposition of their summary judgment motions, if necessary.

WHEREFORE, defendants respectfully request this Court to stay pretrial filings until after the disposition of their summary judgment motions, if necessary.

BY: _Alan Gold_

Alan S. Gold
Gold Butkovitz & Robins
Manor Professional Building
7837 Old York Road
Elkins Park, PA 19027


D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _Patrick J. McMonagle_

Patrick J. McMonagle
Deputy Attorney General
Identification No. 83890


Office of Attorney General                    Susan J. Forney
21 S. 12th Street, 3rd Floor                  Chief Deputy Attorney General
Philadelphia, PA 19107-3603                   Chief, Litigation Section
Telephone No. (215) 560-2933
Fax: (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY,                    :       CIVIL ACTION
                    Plaintiff         :
                                      :
          v.                          :
                                      :
DONALD VAUGHN, et al.,                :
                    Defendants        :       NO. 02-2688

## CERTIFICATE OF SERVICE

I, Patrick J. McMonagle, hereby certify that a true and correct copy of the Joint Defense

Motion to Stay Pretrial Filings Pending Disposition of the Motions for Summary Judgment was

mailed on August 19, 2003, by first class mail, postage prepaid, to:

Angus R. Love                    Alan S. Gold
Institutional Law Project        Gold Butkovitz & Robins
924 Cherry Street                Manor Professional Building
Suite 523                        7837 Old York Road
Philadelphia, PA 19107           Elkins Park, PA 19027

                              D. MICHAEL FISHER
                              ATTORNEY GENERAL

                    BY: _Patrick J. McMonagle_
                         Patrick J. McMonagle
                         Deputy Attorney General
                         Identification No. 83890

Office of Attorney General        Susan J. Forney
21 S. 12th Street, 3rd Floor      Chief Deputy Attorney General
Philadelphia, PA 19107-3603       Chief, Litigation Section
Telephone No. (215) 560-2933
Fax: (215) 560-1031