IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, JULIE KNAUER, | : | |
| RALPH SMITH, SERGEANT THOMAS, and | : | |
| CORRECTIONAL HEALTH CARE, INC. | : | NO. 02-2688 |

## O R D E R

AND NOW, this 20th day of August, 2003, upon consideration of the Defendants' Motion to Stay Pretrial Filings Pending Disposition of the Summary Judgment Motions, IT IS HEREBY ORDERED that the Motion is DENIED. All pretrial submissions shall be filed as originally scheduled in the Court's June 10, 2003 Order.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE