IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, JULIE KNAUER, | : | |
| RALPH SMITH, SERGEANT THOMAS, and | : | |
| CORRECTIONAL HEALTH CARE, INC. | : | NO. 02-2688 |

## O R D E R

AND NOW, this 14th day of October, 2003, upon consideration of the Plaintiff's Motion for Reconsideration of this Court's order, granting summary judgment to the Defendants, IT IS HEREBY ORDERED that the Motion for Reconsideration is DENIED.  The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.  Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985).  As noted in the Memorandum and Order, granting the defendants' summary judgment, the record is completely devoid of any evidence to support Mr. Peay's claims of deliberate indifference or the actions giving rise to his claims against Sergeant Thomas.  The only statement offered by Plaintiff at this point does not involve the actions or inactions relevant to this suit.  Plaintiff has offered no "new" relevant evidence to support his claims.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE