IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRATTON NEAL PEAY

                                              02-2688
                                              District Court Docket Number

        vs.

DONALD VAUGHN, ETAL

Notice of Appeal Filed <u>11/5/03</u>
Court Reporter(s)/ESR Operator(s)        <u>N/A</u>

Filing Fee:
        Notice of Appeal  __Paid  _X_ Not Paid    __Seaman
        Docket Fee       __Paid  _X_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: JUDGE DALZELL
     APPEALS CLERK
     USCA

                                              Defendant's Address (for criminal appeals)

                                              Prepared by : _____
                                                    LINDA V. JERRY, Deputy Clerk Signature/Date

            PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
            THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm