IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON NEAL PEAY | : | CIVIL ACTION |
| v. | : | |
| DONALD VAUGHN et al. | : | NO. 02-2688 |

ORDER

AND NOW, this 25th day of November, 2003, upon consideration of plaintiff Stratton Neal Peay's motion for leave to proceed on appeal <u>in forma pauperis</u> (docket entry # 56), and the Court finding that Peay is unable to pay the fees and costs of his appeal, it is hereby ORDERED that:

1. Peay's request is GRANTED; and
2. Peay may proceed on appeal <u>in forma pauperis</u>.

BY THE COURT:

_____
Stewart Dalzell, J.